# EXHIBIT A

IN THE HIGH COURT OF JUSTICE                         Claim no: 2009 Folio 1099

QUEEN'S BENCH DIVISION

COMMERCIAL COURT

Before Mr Justice Teare

Dated 6 August 2010 (as amended on 10th November 2010, 26th January 2011, 8th April 2011, 27
May 2011, 9 June 2011, 8 March 2012, 24 April 2012, 22 May 2012, 9 August 2012 and 23 August
2012)

IN PRIVATE

B E T W E E N :

JSC BTA BANK

Claimant/Applicant

and

(1) MUKHTAR ABLYAZOV

First Defendant/Respondent

(2) ROMAN SOLODCHENKO

(3) ZHAKSYLYK ZHARIMBETOV

(4) DREY ASSOCIATES LIMITED

(5) ANTHONY EDWARD THOMAS STROUD

(6) JOHN DOMINIC WILSON

(7) SARAH JULIET WILSON

(8) INTERFUNDING FACILITIES LIMITED

(9) ALEXANDER UDOVENKO

(10) OOO MARION PLUS

(11) OOO TETROCONSULT

(12) OOO KHUDRED-SERVICE 5

(13) OOO TRAIKER

(14) OOO STEK-1000

(15) OOO AMK-INVEST

(16) TURANALEM CAPITAL LLC

(17) ZRL BETEILIGUNGS LLC

Defendants



---

ORDER

---

If you Mukhtar Ablyazov disobey this order and/or interfere with the Receivers exercising their
powers or performing their duties under this order you may be held to be in contempt of court
and may be imprisoned, fined or have your assets seized.

Any other person who knows of this order and does anything which helps or permits Mukhtar
Ablyazov or any other person to breach its terms may also be held to be in contempt of court and
may be imprisoned, fined or have their assets seized.

1

Upon the First Defendant by his solicitors, without prejudice to his application to the Supreme Court for permission to appeal against the making of this Order, not opposing the variations made within this Order to Schedules 1 and 3 of the Order made by Mr Justice Teare on 6 August 2010 (as varied by paragraph 1 of the Order of the Court of Appeal dated 5 November 2010, and excluding paragraphs 28 (permission to appeal) and 29 (stay) and Schedule 2(2) (First Defendant's undertakings) thereof)

And upon the Court reading the written evidence set out in Schedule 1 to this Order

And upon the Court accepting the undertakings set out in Schedule 2 to this Order

And upon the Court on 8 April 2011 hearing the without notice application of the Claimant for an extension of this order ("the **April Extension Application**")

And upon the Court on 27 May 2011 hearing the without notice application of the Claimant for an extension of this order ("the **May Extension Application**")

And upon the Court on 8 March 2012 hearing the without notice application of the Claimant seeking variations to this order ("the **March 2012 Application**")

And upon the Court on 24 April 2012 hearing the without notice application of the Claimant seeking variations to this order ("the **April 2012 Application**")

And upon hearing Counsel for the Claimant

And upon the following terms having the following meanings for the purposes of this Order:-

| | |
|---|---|
| "The **Freezing Order**" | shall mean the Order of Mr Justice Blair made herein on 13 August 2009 as continued by the Order of Mr Justice Teare made on 12 November 2009 and as amended from time to time thereafter (in particular by Orders made on 11 December 2009, 29 March, 6 May 2010, 16 August and 5 October 2010 and 26 January, 8 April, 27 May 2011 and 26 March 2012) |
| "**Direct Assets**" | shall mean any assets held by a company listed in either Schedule 3A, 3B, 3C or 3D in its own name |
| "**Indirect Assets**" | shall mean any assets either (i) held for or on behalf of a company listed in either Schedule 3A, 3B, 3C or 3D or (ii) held by or for a subsidiary (as defined by s 1159 of the Companies Act 2006) of a company listed in Schedule 3A, 3B, 3C or 3D |
| "The **Disclosed Assets**" | shall mean all the legal and beneficial interests in the assets set out in Schedule 3 to this Order being assets of the First Defendant disclosed by him to the Claimant in the course of this claim to the date hereof pursuant to the disclosure provisions of the Freezing Order including for the avoidance of doubt, the legal and beneficial interests, direct or indirect, in each of the companies in the structures |

holding such assets identified in Schedule 3

"The **Undisclosed Assets**"          shall mean all the legal and beneficial interests in the shares in, and (from the moment of service of this order on Mr Ablyazov's solicitors) the Direct and Indirect Assets of, the companies listed in Schedule 3A hereto

"The **Further Undisclosed Assets**"          shall mean all the legal and beneficial interests in the shares in, and (from the moment of service of this order on Mr Ablyazov's solicitors) the Direct and Indirect Assets of, the companies listed in Schedule 3B hereto

"The **Additional Undisclosed Assets**"          shall mean all the legal and beneficial interests in the shares in, and (from the moment of service of this order on Mr Ablyazov's solicitors) the Direct and Indirect Assets of, the companies listed in Schedule 3C hereto.

"The **Extra Undisclosed Assets**"          shall mean all the legal and beneficial interests in the shares in, and the Direct and Indirect Assets of, the companies listed in Schedule 3D hereto.

"The **UK Properties**"          shall mean those properties listed at paragraph 5A(b)(i), (ii) and (iv) of the Freezing Order

"**Reserved Assets**"          shall mean those properties listed at paragraph 5A(b)(iii) and (v) of the Freezing Order

"**Valenora Proceedings**"          shall mean proceedings instituted in the Larnaca District Court, Cyprus by Valenora Co Limited against Usarel Investments Limited under Action Number 672/2012

**IT IS ORDERED THAT:**

## APPOINTMENT OF RECEIVERS

1. Save for the Reserved Assets, Jeremy Outen, David Standish and John Milsom, partners of KPMG LLP, of 8 Salisbury Square, London EC4Y 8BB ("the **Receivers**"), be appointed joint receivers to receive all the Disclosed Assets, Undisclosed Assets, Further Undisclosed Assets and all the Additional Undisclosed Assets, the UK Properties and the Extra Undisclosed Assets.

1A. The Receivers shall also be appointed as managers of (a) the companies listed for the purposes of this paragraph in Schedule 3 to this order, (b) Chrysopa Holding B.V. (listed in row 93 of Schedule 3B hereto), International Petroleum Services Group Limited (listed in row 20 of Schedule 3D hereto) and Valenora Co Limited (listed in row 23 of Schedule 3D hereto), and (c) Mount Properties Limited (listed in row 248 of Schedule 3B hereto) and Lafe Technology Limited (listed in row 210 of Schedule 3B hereto).  The said appointment shall, upon

recognition of this order in the jurisdiction of incorporation of the said companies, suspend the powers of the directors of those companies (such powers to be assumed by the Receivers or persons acting on their instructions) save in so far as (i) any director thereof is authorised by the Receivers in writing to exercise any of those powers and/or (ii) such powers relate to the conduct of the arbitration proceedings and litigation referred to in Schedule 4(2)(ii) and (iii) hereto.

2.   The Receivers shall further be appointed receivers to receive

    a.   the US$5,750,000 (and the traceable proceeds of it or any part of it) paid to Julia Seliverstova on 27 June 2008 by Devesta Limited.

    b.   The US$41,100,000 (and the traceable proceeds of it or any part of it) paid to FM Company on 27 June 2008 by Devesta Limited.

    c.   The US$2,000,000 (and the traceable proceeds of it or any part of it) being the balance of a total sum of US$50,000,000 received by Devesta Limited from Drey Associates Limited on 25 June 2008 which was not paid to the Claimant.

    d.   The US$1,939, 500 (and the traceable proceeds of it or any part of it) paid by Amador Investment Limited to Toscana Group Limited on 3 July 2008.

    e.   The US$1,060,500 (and the traceable proceeds of it or any part of it) paid by Amador Investment Limited to Evanda Trading S.A. on 2 July 2008.

    f.   The US$815,000 (and the traceable proceeds of it or any part of it) paid by Aha Management Inc to Industrial Complex AMK Invest on 24 October 2008.

    g.   The US$750,000 (and the traceable proceeds of it or any part of it) paid by City Ventures Limited to Atlant LLP on 27 June 2008.

    h.   The US$720,000 (and the traceable proceeds of it or any part of it) paid by Tradestock Inc to Denmar Assets Management Inc on 22 October 2008.

    i.   The US$500,000 (and the traceable proceeds of it or any part of it) being the balance of a total sum of US$4,000,000 received by Klostrade Financial Group from Amador Investment Limited on 27 June 2008 which was not paid to the Claimant.

    j.   The US$400,000 (and the traceable proceeds of it or any part of it) received by Caprio Limited from Swain River Limited on 27 June 2008.

    k.   The US$297,642 (and the traceable proceeds of it or any part of it) being the balance of a total sum of US$900,000 received by Ditron Solutions Limited from Darfield Limited on 1 July 2008 which was not paid to the Claimant.

Provided that this clause shall not apply to any property, assets or interests which have been acquired by a *bona fide* third party purchaser for value.

3.   The Disclosed Assets and the assets referred to in paragraph 2 above (hereafter together called "the **Property**") and the Undisclosed Assets, Further Undisclosed Assets, Additional Undisclosed Assets, the UK Properties and the Extra Undisclosed Assets shall be held by the Receivers to the order of the Court.

4.   Subject to paragraph 7, below, the appointment of the Receivers shall continue until further order of the Court.

5.   The Receivers shall have power to take all such steps as may seem expedient to recover and preserve the Property and the Undisclosed, Further Undisclosed, Additional Undisclosed Assets, the UK Properties and the Extra Undisclosed Assets and in particular shall have the powers set out in Schedule 4 hereto. The powers vested in the Receivers may be exercised jointly or individually.

Provided always that (in relation to the Property and the Undisclosed, Further Undisclosed, Additional Undisclosed and Extra Undisclosed Assets and the UK Properties) once the Receivers certify that they have control over assets with a value exceeding the value stated from time to time in paragraph 4(a) of the Freezing Order or in the equivalent paragraph of any order which replaces that order, this Order shall cease to apply to any other assets constituting the Property and Undisclosed, Further Undisclosed, Additional Undisclosed and Extra Undisclosed Assets and the UK Properties. For the avoidance of doubt, the Claimant shall have permission to apply to seek a variation of this provision.

## EXTENSION APPLICATION—THE EXTRA UNDISCLOSED ASSETS

5A.   The amendments made to this order on 24 April 2012 ("the **April 2012 Amendments**") were made at a hearing without notice to the First Defendant. The First Defendant has a right to apply to the court to vary or discharge such amendments and the amendments made to this order on 26 January 2011 ("the **January 2011 Amendments**"), 8 April 2011 ("the **April 2011 Amendments**") and/or 27 May 2011 ("the **May 2011 Amendments**") and 8 March 2012 ("the **March 2012 Amendments**")– see paragraph 5C, below.

5B.   The Court will (if required) reconsider the April 2012 Amendments as soon as possible at an appointment to be fixed through the usual channels to be heard by Teare J if possible.

5C.   Anyone served with or notified of this order may apply to the court at any time to vary or discharge the January and/or April and/or May 2011 and/or March 2012 and/or April 2012 Amendments (in so far as those amendments affect that person), but they must first inform the Claimant's solicitors. If evidence is to be relied upon in support of the application, the substance of it must be communicated in writing to the Claimant's solicitors in advance.

5D.   The Claimant is permitted, pursuant to CPR rule 3.2(1)(a), to delay service of the April 2012 Application, this order, supporting evidence and associated documentation on Mr Ablyazov (by service on his solicitors) until 4 pm on 8 May 2012.

5E.   No documentation relating to the April 2012 Application, including this order itself, shall be put on the court file until after service of this order. The Claimant's solicitors shall notify the Court as soon as reasonably practicable after such service has been effected.

5F.   The costs of the April and May 2011 Extension Applications and the March and April 2012 Application are reserved.

### FREEZING ORDER – THE EXTRA UNDISCLOSED ASSETS

5G.   The Freezing Order shall be varied by the inclusion of a new Schedule F, in identical terms to Schedule 3D to this Order.

### SECURITY

6.   The Receivers do within eight days of the date of this order coming into force provide security in the sum of £5 million by filing written evidence of the bonds provided by them to cover appointment as a court appointed receiver.

7.   If the Receivers have not given such security within eight days of the date of this order coming into force or within such further time as the Court may allow, their appointment as Receivers is immediately to cease.

8.   The Claimant having given the undertakings in Schedule 2 and having made the payments and given the notifications referred to in 8A and 8B, below, the Receivers have permission to act.

### FURTHER FORTIFICATION

8A.   As further fortification for the undertaking in damages in paragraphs (i), (ii) and (iii) of Schedule 2 hereto, the Claimant shall pay the sum of £45 million into Court forthwith (and shall forthwith thereafter send written notification of such payment to the First Defendant's solicitors and the Receivers).

8B.   The Claimant shall pay the sum of £7.5 million into Court in respect of the costs of the receivership forthwith (and shall forthwith thereafter send written notification of such payment to the First Defendant's solicitors and the Receivers).

8C.   The First Defendant shall have liberty to apply in respect of the sufficiency of the fortification of the undertakings and in respect of the sum paid in relation to costs.

### DELIVERY UP

9.   The First Defendant shall, as soon as reasonably practicable:

    a.   use his best endeavours to deliver or cause to be delivered to the Receivers such of the Property and such of the Undisclosed, Further Undisclosed, Additional Undisclosed and Extra Undisclosed Assets and the UK Properties as are in his possession, under his control, or in respect of which he has the power to dispose or deal;

b.  use his best endeavours to deliver or cause to be delivered to the Receivers all share certificates, securities, books, instruments evidencing title and other documents and records (whether electronic or otherwise) relating to the Property or relating to the Undisclosed, Further Undisclosed, Additional Undisclosed or Extra Undisclosed Assets or the UK Properties (or any part thereof) as are in his control (as defined by CPR rule 31.8);

c.  use his best endeavours to irrevocably instruct all nominees, trustees, agents, attorneys or other persons who hold or control the Property or the Undisclosed, Further Undisclosed, Additional Undisclosed or Extra Undisclosed Assets or the UK Properties (or any part thereof), whether directly or indirectly, to deliver it and the documents referred to in sub-paragraph (b) above, to the Receivers. In particular, but without limitation, the First Defendant shall use his best endeavours to give such instructions to:

     i.  Erzhan Kadesov (also known as Urshan Kavisof);
     ii.  Rinat Batyrgareyev;
     iii.  Askhat Seitov;
     iv.  Julie Seliverstova (also known as Julia Seliverstova);
     v.  Abilkhan Amangeldiev;
     vi.  Helmedt Seitz (also known as H. Seitz);
     vii.  Paul Kythreotis;
     viii.  B. Littman;
     ix.  Panagitis Pavlides;
     x.  Joahna Linzi Rita Alcindor;
     xi.  Fiona Paraskeva;
     xii.  Ize Zviburle;
     xiii.  Maria Antoniadou;
     xiv.  Syrym Shalabayev;
     xv.  Alexander Udovenko;
     xvi.  Jason Hercules;
     xvii.  Zhaiykbek Burkitbayev;
     xviii.  Safuan Zhadikov;
     xix.  Yerlan Kossayev;
     xx.  Yuliya Degtyareva;
     xxi.  Tatyana Aleinova;
     xxii.  Edward Pakhomov (also known as Vitaliy Pakhomov and Eduard Pakhomov);
     xxiii.  Ella Ligai;
     xxiv.  Galina Batyrgareyeva; and
     xxv.  Alexander Frolov.

d.  use his best endeavours to irrevocably instruct the nominees, trustees, agents, attorneys or other persons who have the power to do so, to forthwith execute or cause to be executed share transfer forms in a form capable of being registered in the names of the Receivers (or their nominees or agents on their behalf) for all of the shares identified as the Disclosed Assets within Schedule 3 hereto (in the form of that

Schedule prior to the amendments made to it on 8 March 2012) and for all of the shares identified as the Undisclosed Assets, Further Undisclosed Assets, Additional Undisclosed or Extra Undisclosed Assets within Schedules 3A, 3B, 3C and 3D hereto and to provide those executed transfers to the Receivers forthwith.

e.  use his best endeavours to irrevocably instruct the nominees, trustees, agents, attorneys or other persons who have the power to do so, to confirm in writing to the Receivers that they will not issue, or allow to be issued, any new shares in the entity in respect of which they exercise control, or to otherwise take any step that would alter the management structure or capital structure of the relevant entity unless the Receivers first provide their written consent to such action being taken.

f.  provide to the Receivers copies of all written instructions and details of all oral instructions given in accordance with sub-paragraphs (c), (d) and (e) above including (as appropriate) details of: the name and address of the person being instructed; the date when the instruction was given; the method by which the instruction was given; the nature of the asset to which the instructions referred; and the gist of any words said when giving those instructions.

10.  The First Defendant (in addition to the Orders at paragraph 9(c), (d) and (e) above) shall, as soon as reasonably practicable, provide to the Receivers copies of all subsequent written communications and details of all subsequent oral communications concerning any actual or potential dealing with or disposal of any of the Property or any of the Undisclosed, Further Undisclosed, Additional Undisclosed or Extra Undisclosed Assets or the UK Properties between himself (including by any employee or agent or otherwise howsoever) and each person (whether by themselves their employees or agents or otherwise howsoever) to whom instructions were given in accordance with sub-paragraph 9(c), (d) and (e) above including (as appropriate) details of: the name and address of the person with whom he was communicating; the date of the communication; the method of communication; and the gist of any words said.

11.  If so requested in writing by the Receivers, the First Defendant shall, as soon as reasonably practicable, use his best endeavours to irrevocably instruct the nominees, trustees, agents or other persons who have the power to do so,  forthwith to cause the Receivers (or their nominees or agents on their behalf) to be registered as the holders of the shares (or equivalent participation rights as may exist in the relevant jurisdiction) identified as amongst the Disclosed Assets in Schedule 3 to this Order (in the form of that Schedule prior to the amendments made to it on 8 March 2012) or the Undisclosed Assets in Schedule 3A to this Order or the Further Undisclosed Assets in Schedule 3B to this Order or the Additional Undisclosed Assets in Schedule 3C to the Order or the Extra Undisclosed Assets in Schedule 3D to the Order.

## OBLIGATIONS OF THE FIRST DEFENDANT

12.  The First Defendant shall:

a.  give to the Receivers such information and documentation relating to the Property and the Undisclosed, Further Undisclosed, Additional Undisclosed and Extra Undisclosed Assets and the UK Properties and where the said Property or

Undisclosed, Further Undisclosed, Additional Undisclosed or Extra Undisclosed Assets consist of shares in companies used by the First Defendant as a part of a structure through which to hold his interests in a business or asset, such information and documentation relating to all companies and their respective businesses and assets within that structure,

b.  attend on the Receivers at all such times, and

c.  do all such things (including, without limitation, use his best endeavours to procure his agents, nominees, trustees or attorneys to do all such things),

as the Receivers may reasonably require for the purposes of getting in the Property and the Undisclosed, Further Undisclosed, Additional Undisclosed and Extra Undisclosed Assets and the UK Properties and carrying out their functions.

12A.   The First Defendant shall use his best endeavours to procure that the directors of, and holders of powers of attorney in relation to, the companies listed in Schedules 3A, 3B, 3C and 3D hereto and their subsidiaries shall not deal with or dispose of the shares in, or the Direct or Indirect Assets of, those companies save in accordance with the Freezing Order (as amended). Without prejudice to the generality of this obligation, the First Defendant shall, as soon as reasonably practicable, issue appropriate written instructions to all such directors and holders of powers of attorney of which he has knowledge (copies of which shall be provided to the Claimant's solicitors and the Receivers).

## THIRD PARTIES

12B.   The Receivers shall have power to request any information from any third party within the jurisdiction or who falls within paragraph 20(2) (including without limitation those persons specified in Schedule 5) as the Receivers may reasonably require for the purposes of getting in the Disclosed, Undisclosed, Further Undisclosed, Additional Undisclosed and Extra Undisclosed Assets and the UK Properties and carrying out their functions in relation thereto.

12C.   Any person upon whom this order is served within this jurisdiction or who falls within paragraph 20(2) (including without limitation those persons specified in Schedule 5), shall:

a.  give to the Receivers such information and documentation relating to the Disclosed, Undisclosed, Further Undisclosed, Additional Undisclosed and Extra Undisclosed Assets and the UK Properties,

b.  attend on the Receivers at all such times, and

c.  do all such things,

as the Receivers may reasonably require for the purposes of getting in the Disclosed, Undisclosed, Further Undisclosed, Additional Undisclosed and Extra Undisclosed Assets and the UK Properties and carrying out their functions in relation thereto.

## DISCLOSURE OF INFORMATION

13.   The First Defendant shall, within 6 working days of this order, file and serve on the Claimant and the Receivers a witness statement confirming whether the disclosure given by his third witness statement dated 16 April 2010 of the assets which ought to be disclosed pursuant to

the disclosure provisions of the Freezing Order remains (as at the date of the further witness statement) accurate (and, if not, providing full details of the ways in which the said disclosure is inaccurate).

14. To the extent not already provided, the Claimant's solicitors shall be at liberty to provide to the Receivers all information and documentation disclosed by the First Defendant or his solicitors pursuant to (i) the Freezing Order; (ii) the cross-examination of the First Defendant ordered by Mr Justice Teare on 16 October 2009; (iii) the evidence served in opposition to this application to appoint the Receivers; and (iv) the hearing of the application for their appointment.

## REPORTS

15. The Receivers do submit a report to the Court, the Claimant's solicitors and the First Defendant within 6 weeks after the coming into force of this Order, giving details of the nature and value of the money, assets and property received by them pursuant to this Order and the quantum of their remuneration, expenses and costs. Thereafter, the Receivers shall submit reports to the Court, the Claimant's solicitors and the First Defendant at quarterly intervals from the date of their first report or more frequently if the Receivers believe that it is necessary or appropriate to do so.

16. The Claimant's solicitors may only circulate the said reports in a manner which is consistent with paragraph 15 of the Order of Mr Justice Teare dated 12 November 2009 (as subsequently amended).

## RECEIVERS' COSTS AND EXPENSES

17. The Receivers shall be entitled to reasonable remuneration and reasonable costs and expenses properly incurred in the performance of their duties and the exercise of their powers as receivers, such remuneration, costs and expenses to be taken (if not paid directly by the Bank) from the sum paid into Court by the Bank in accordance with paragraph 8B, above, provided that both the Bank and the First Defendant shall have liberty to apply to the court for a determination of the reasonableness of such remuneration, costs and expenses, and upon such application being made the Court shall determine the same. The Bank shall have liberty to apply to seek an order that it be reimbursed for the said remuneration, costs and expenses by (a) the First Defendant and/or (b) the sale of asset(s) held by the Receivers.

18. The Receivers shall have a lien over the Property for the payment of their fees, costs and expenses (provided that such a lien may only be enforced with the leave of the court).

## THIRD PARTIES

19. It is a contempt of court for any person notified of this Order knowingly to assist in or permit a breach of it. Any person doing so may be sent to prison, fined or have his assets seized.

## PERSONS OUTSIDE ENGLAND AND WALES

20. (1)    Except as provided in paragraph (2) below, the terms of this order do not affect or

concern anyone outside the jurisdiction of this court.

(2)   The terms of this order will affect the following persons in a country or state outside the jurisdiction of this court-

    (a)   the First Defendant, or any nominee, trustee, agent or attorney appointed by him or holding assets (whether directly or indirectly) for him.

    (b)   any person who-

        (i)    is subject to the jurisdiction of this court;

        (ii)   has been given written notice of this order at his residence or place of business within the jurisdiction of this court; and

        (iii)  is able to prevent acts or omissions outside the jurisdiction of this court which constitute or assist in a breach of the terms of this order; and

    (c)   any person, only to the extent that this order is declared enforceable by or is enforced by a court or is recognised in that country or state.

(3)   The persons referred to in paragraphs 20(2)(a) and/or 20(2)(c) above shall include (without limitation) those persons listed in Schedule 5 hereto.

## ASSETS LOCATED OUTSIDE ENGLAND AND WALES

21. Nothing in this order shall, in respect of assets located outside England and Wales, prevent any third party (save for the persons referred to in paragraph 20(2) above) from complying with—

(1)   what it reasonably believes to be its obligations, contractual or otherwise, under the laws and obligations of the country or state in which those assets are situated; and

(2)   any orders of the courts of that country or state, provided that reasonable notice of any application for such an order is given to the Claimant's solicitors.

## LIBERTY TO APPLY AND APPLICATIONS

22. The Claimant, First Defendant and Receivers shall have liberty to apply.  The receivership application is transferred to the Chancery Division pursuant to CPR rule 30.5, to which division all applications relating to the receivership shall be made.

## COSTS

23. The First Defendant do pay 80% of the Claimant's costs of the receivership application (which for the avoidance of doubt are to include 80% of the costs of the hearing as regards all applications on 4-6 August 2010) on the standard basis, to be assessed if not agreed.  The First Defendant do pay the Claimant's costs of the application made on 10 November 2010 on the standard basis, to be assessed if not agreed. The Claimant's application for a payment on

account of such costs shall be stood over in order that the solicitors for the Claimant and First Defendant can attempt to agree the amount of such payment in correspondence.

## PRIVACY AND RESTRICTED INFORMATION

24. The judgments of Mr Justice Teare dated 17 March and 16 July 2010 and this order may be made publicly available after the names of all individuals, companies and other entities which are subject to the restricted information regime imposed by paragraph 15 of the order of Mr Justice Teare dated 12 November 2009 (as subsequently amended) have been appropriately anonymised by agreement between the solicitors for the Claimant and the First Defendant or by direction of the court. For the avoidance of doubt, the Receivers may use and/or disclose the full terms of this order (including the schedule hereto) as they consider necessary for the purposes of the receivership.

25. Any publication and/or use of this order by the Receivers pursuant to paragraph 24, above, shall not be a breach of the order of Mr Justice Teare dated 17 March 2010.

26. The order of Mr Justice Teare dated 17 March 2010 shall be varied in order to permit the Claimant to inform the following entities as to the outcome of the receivership application, the terms of this order, and significant developments in the progress of the receivership and the appeal referred to below: (i) PriceWaterhouseCoopers; (ii) White & Case LLP; and (iii) Samruk-Kazyna (to whom the Claimant may also disclose information relating to the costs of the receivership).

27. The Receivers shall be permitted to use and/or disclose all information that has come, or will come, into their possession for the purposes of the receivership and no such use shall be restricted by or be a breach of paragraph 15 of the order of Mr Justice Teare dated 12 November 2009 (as subsequently amended) and/or paragraph 5 of the order of Mr Justice Teare dated 22 April 2010, save that such disclosure (insofar as it relates to information provided by the First Defendant), if directed towards the Claimant, shall in the first instance be provided to the Claimant's solicitors, Hogan Lovells International LLP, who shall continue to comply with paragraph 15 of the order of Mr Justice Teare dated 12 November 2009 (as subsequently amended) absent further order.

**SCHEDULE 1**

*Evidence read by the Court*

1.  The tenth witness statement of Christopher George Hardman dated 18 February 2010.

2.  The statement of fitness of Warren Foot dated 18 February 2010.

3.  The statement of fitness of Joseph Stewart Farquharson Plant dated 18 February 2010.

4.  The eleventh witness statement of Christopher George Hardman dated 22 February 2010.

5.  The witness statement of David Edward Langley dated 15 March 2010.

6.  The second witness statement of Mukhtar Ablyazov dated 16 March 2010.

7.  The third witness statement of Mukhtar Ablyazov dated 16 April 2010 ("**MKA 3**").

8.  The fourth witness statement of Alan Bercow dated 16 April 2010.

9.  The expert report of Richard Hainsworth dated 16 April 2010.

10.  The expert report of Christopher Morris dated 16 April 2010.

11.  The third expert report of Professor William Bowring dated 16 April 2010.

12.  The expert report of Scott Jonas Newton dated 14 April 2010.

13.  The fifteenth witness statement of Christopher George Hardman dated 11 May 2010.

14.  The second witness statement of Arman Dunayev dated 11 May 2010.

15.  The witness statement of Mukhit Abdrasilov dated 10 May 2010.

16.  The statement of the proposed joint receivers dated 11 May 2010.

17.  The expert report of Vsevolod Markov dated 11 May 2010.

18.  The expert report of Alexander Handruev dated 11 May 2010.

19.  The fourth witness statement of Mukhtar Ablyazov dated 17 May 2010 ("**MKA 4**").

20.  The expert report of Professor Maggs dated 17 May 2010.

21.  The supplemental report of Christopher Morris dated 17 May 2010.

22.  The fifth witness statement of Mukhtar Ablyazov dated 24 May 2010.

23.  The first witness statement of Aram Iosifyan dated 24 May 2010.

24.  The first witness statement of Rinat Batyrgareyev dated 4 June 2010.

25.  The sixth witness statement of Mukhtar Ablyazov dated 4 June 2010.

26.  The second witness statement of Cary Kochberg dated 7 June 2010.

27.  The seventh witness statement of Mukhtar Ablyazov dated 14 June 2010.

28.  The eighth witness statement of Mukhtar Ablyazov dated 18 June 2010.

29.  The sixteenth witness statement of Christopher George Hardman dated 29 June 2010.

30.  The second expert report of Professor Maggs dated 7 July 2010.

31.  The first witness statement of Louis Flannery dated 15 July 2010.

32.  The ninth witness statement of Mukhtar Ablyazov dated 15 July 2010.

33.  The seventh witness statement of Alan Bercow dated 29 July 2010.

34.  The seventeenth witness statement of Christopher George Hardman dated 2 August 2010.

35.  The eleventh witness statement of Mukhtar Ablyazov dated 8 November 2010

36.  The first report to the Court of the Joint Receivers dated 21 December 2010.

37.  The twenty third witness statement of Christopher George Hardman dated 24 January 2011.

38.  The statement of the joint receivers dated 24 January 2011.

39.  The first affirmation of Mukhtar Ablyazov dated 9 February 2011.

40.  The second report to the Court of the Joint Receivers dated 21 March 2011.

41.  The twenty fifth witness statement of Christopher George Hardman dated 7 April 2011.

42.  The statement of the Joint Receivers dated 7 April 2011.

43.  The twenty sixth witness statement of Christopher George Hardman dated 26 May 2011.

44.  The statement of the Joint Receivers dated 26th May 2011.

45.  The report of the Joint Receivers dated 27 May 2011.

46.  The twenty eighth witness statement of Christopher George Hardman dated 8 June 2011.

47. The second witness statement of John Milsom dated 8 June 2011.

48. The thirty-seventh witness statement of Christopher George Hardman dated 7 March 2012.

49. The report of the Joint Receivers dated 6 March 2012.

50. The thirty-ninth witness statement of Christopher George Hardman dated 23 April 2012

51. The report of the Joint Receivers dated 23 April 2012

## SCHEDULE 2

### *Undertakings given to the Court by the Claimant*

(i)     The Claimant undertakes to be answerable for what the Receivers may receive or become liable to pay until they have given the security directed in this Order.

(ii)    If the Court later finds that the appointment or any act or omission of the Receivers has caused loss to the First Defendant, and decides that the First Defendant should be compensated for that loss, the Claimant undertakes that it will comply with any order that the Court may make.

(iii)   If the Court later finds that (i) the First Defendant is not the beneficial owner of an Undisclosed, Further Undisclosed, Additional Undisclosed or Extra Undisclosed Asset or the UK Properties (whether in whole or in part), and (ii) the appointment or any act or omission of the Receivers in relation to the said Undisclosed Asset, Further Undisclosed, Additional Undisclosed or Extra Undisclosed Asset or the UK Properties has caused loss to third party owner(s) of the same, and (iii) that the said third party owner(s) should be compensated for that loss, the Claimant undertakes that it will comply with any order that the Court may make.

(iv)    That it will, subject to the proviso set out below, serve the following documents on the First Defendant's solicitors by the time specified in paragraph 5D, above:

     a.  Copies of the witness statements, reports and associated exhibits containing the evidence relied upon by the Claimant in support of the Extension Application (but only insofar as  such documentation has not previously been relied upon at an inter partes hearing);

     b.  A copy of the transcript or a solicitor's note of today's hearing; and

     c.  This order.

(v)     The Claimant will pay the reasonable costs of anyone other than the First Defendant and those persons referred to in paragraph 9(c), above, which have been incurred as a result of this order, including the costs of finding out whether that person holds any of the Undisclosed, Further Undisclosed, Additional Undisclosed or Extra Undisclosed Assets or the UK Properties.

(vi)     That if for any reason this Order ceases to have effect the Claimant will forthwith take all reasonable steps to inform, in writing, any person to whom it has given notice of this Order or of whom it has reasonable grounds for supposing may act on this Order, that it has ceased to have effect.

## SCHEDULE 3

### *The Disclosed Assets*

In this Schedule reference is made to companies in the following categories:

(a)  Companies over which the Receivers are appointed as managers pursuant to paragraph 1A of this Order;

(b)  Intermediate holding companies; and

(c)  Local operating companies to which Schedule 4, paragraph 2(i) of this order applies.

**(1)     The First Defendant's Interest in AMT (See Appendix 2 to the Third Affidavit of the First Defendant herein ("MKA 3"))**

The relevant companies in respect of this asset over which the Receivers are appointed as managers pursuant to paragraph 1A of this Order are:-
-        Venezzia Trading Limited (BVI)
-        Omada Trading Limited (BVI)
-        Squarecut Trading Ltd (BVI)
-        AHA Management Inc (Commonwealth of Dominica)
-        Crosbie Tech Limited (BVI)
-        Daniels Tradecorp Inc (BVI)
-        Drey Associates Limited (United Kingdom)
-        Interfunding Facilities Limited (United Kingdom)
-        Powermatic Data Limited (Seychelles)
-        Solent Management Limited (BVI)

The intermediate holding companies (to which paragraph 1A of this Order does not apply) are:-
-        Delta Torg LLC (Russia)
-        Rikas Finance LLC (Russia)
-        TuranAlem Capital LLC (Russia)
-        PSK Finance AMK Invest LLC (Russia)

The relevant local operating company for the purposes of Schedule 4, paragraph 2 of this Order (to which paragraph 1A of this Order does not apply) is:-
-        AMT Bank LLC

**(2)     The First Defendant's Interest in BTA Ukraine (See Appendix 3 to MKA 3)**

The relevant companies in respect of this asset over which the Receivers are appointed as managers pursuant to paragraph 1A of this Order are:-

- Randers Company Inc (BVI)
- Lakeland Commercial Ltd (BVI)
- Sundycoast Processing Ltd (BVI)
- Venezzia Trading Limited (BVI)
- Goldfine Import Limited (BVI)
- Squarecut Trading Limited (BVI)
- Drobo Trade Ltd (BVI)
- Impulse Capital Corp (Seychelles)
- Stantis Ltd (Cyprus)
- Crosbie Tech Limited (BVI)
- Interfunding Facilities Limited (United Kingdom)
- Pointview Services Limited (BVI)
- Steffler Global Inc (BVI)
- ZRL Beteiligungs AG (Austria)

The intermediate holding companies (to which paragraph 1A of this Order does not apply) are:-

- Absolut Investment LLP (Ukraine)
- Afina Trade LLP (Ukraine)
- DP MP Invest (Ukraine)
- DP Jupiter Trade (Ukraine)
- Drobo Trade Investments LLP (Ukraine)
- Goldfine Import Investments LLP (Ukraine)
- Impulse Capital Investments LLP (Ukraine)
- IPG Eurasia Ukraine LLC (Ukraine)
- Lakeland Investments LLP (Ukraine)

The relevant local operating company for the purposes of Schedule 4, paragraph 2 of this Order (to which paragraph 1A of this Order does not apply) is:-

- BTA Ukraine

(3)     **The First Defendant's Interest in BTA Georgia** (See Appendix 4 to MKA3)

The relevant companies in respect of this asset over which the Receivers are appointed as managers pursuant to paragraph 1A of this Order are:-

- Venezzia Trading Limited
- Sundycoast Processing Ltd (BVI)
- Crosbie Tech Limited (BVI)
- Interfunding Facilities Limited (United Kingdom)
- Pointview Services Limited (BVI)
- ZRL Beteiligungs AG (Austria)

The relevant local operating company for the purposes of Schedule 4, paragraph 2 of this Order (to which paragraph 1A of this Order does not apply) is:-

- BTA Georgia

(4)      **The First Defendant's Interest in BTA Armenia** (See Appendix 5 to MKA 3)

The relevant companies in respect of this asset over which the Receivers are appointed as managers pursuant to paragraph 1A of this Order are:-
-     Sundycoast Processing Ltd (BVI)
-     AHA Management Inc (Commonwealth of Dominica)
-     Pointview Services Limited (BVI)
-     Squarecut Trading Limited (BVI)
-     ZRL Beteiligungs AG (Austria)

The intermediate holding company (to which paragraph 1A of this Order does not apply) is:-
-     PSK Finance AMK Invest LLC (Russia)

The relevant local operating company for the purposes of Schedule 4, paragraph 2 of this Order (to which paragraph 1A of this Order does not apply) is:-
-     BTA Armenia

(5)      **The First Defendant's 25% shareholding in in Temirbank** (See para. 301 MKA3)

(6)      **The First Defendant's Interest in BTA Kazakhstan** (See para. 303 MKA 3)

The relevant companies in respect of this asset over which the Receivers are appointed as managers pursuant to paragraph 1A of this Order are:-
-     AST Holdings Ltd (St Vincent's and the Grenadines)
-     Vartexo Trading Ltd (Cyprus)
-     Revil Securities SA (Panama)
-     Crosbie Tech (BVI)
-     Venezzia Trading Limited (BVI)
-     KT Asia Investment Group BV (Holland)
-     KSC International Ltd (BVI)
-     Omada Trading Ltd (BVI)
-     Sundycoast Processing Ltd (BVI)
-     Biofusion Limited (BVI)
-     Boscobel International Corp (BVI)
-     Delaware Capital Inc (BVI)
-     Drey Associates Limited (United Kingdom)
-     Eurobusiness Group Inc (Panama)
-     GEM Equity Management Holding AG (Austria)
-     Gemestra Limited (BVI)
-     Interfunding Facilities Limited (United Kingdom)
-     KT Asia Investment Group C.V (Netherlands)
-     Lucky Kingdom Investments (Seychelles)
-     Merenko Limited (Cyprus)
-     Pointview Services Limited (BVI)
-     Powermatic Data Limited (Seychelles)

|   | - | Strident Energy Limited (United Kingdom) |
|---|---|---|
|   | - |   |
|   | - | Tollo Holdings S.a.r.l (Luxembourg) |
|   | - | ZRL Beteiligungs AG (Austria) |

The intermediate holding companies (to which paragraph 1A of this Order does not apply) are:-

- Companiya Invest Capital LLP (Ukraine)
- Agroinvest LLP (Kazakhstan)
- Kazcapital Invest LLP
- Makta Aral Company LLP (Kazakhstan)
- Orken Kapital LLP
- SMKK LLP (Kazakhstan)
- Yassy Invest LLP (Kazakhstan)

The relevant local operating companies for the purposes of Schedule 4, paragraph 2 of this Order are:-

- JSC BTA Bank

(7)   **The First Defendant's 60% shareholding in Real Estate Commercial Company, a company holding property in Kazakhstan** (See para. 306 MKA 3)

(8)   **The First Defendant's Interest in Business Centre at Tsvetnoi Boulevard Moscow** (See para. 314 MKA 3)

The relevant companies in respect of this asset over which the Receivers are appointed as managers pursuant to paragraph 1A of this Order are:-

- Helia Investments Ltd (BVI)
- Clerante Holdings Limited (Cyprus)
- Yarla Investments Limited (BVI)

The relevant local operating company for the purposes of Schedule 4, paragraph 2 of this Order (to which paragraph 1A of this Order does not apply) is:-

- Tekhstroy Alliance CJSC (Russia)

(9)   **The First Defendant's Interest in Oceanarium, Moscow** (See para. 324 MKA 3)

The relevant companies in respect of this asset over which the Receivers are appointed as managers pursuant to paragraph 1A of this Order are:-

- Legendcatch Services Limited (Cyprus)
- Livehouse International Ltd (BVI)
- Salvino Services Limited (Cyprus)

The relevant local operating companies for the purposes of Schedule 4, paragraph 2 of this Order (to which paragraph 1A of this Order does not apply) are:-

- OOO Marine Gardens

(10)    **The First Defendant's Interest in Business Centre at Kutuzovsky Prospect, Moscow** (See para. 328 MKA 3)

The relevant companies in respect of this asset over which the Receivers are appointed as managers pursuant to paragraph 1A of this Order are:-
- Jadason Enterprises Ltd (Seychelles)
- Minlin Estates Limited (Cyprus)

The relevant local operating companies for the purposes of Schedule 4, paragraph 2 of this Order (to which paragraph 1A of this Order does not apply) are:-
- Dik Nedvizhimost CJSC (Russia)
- Financial Centre Micex CJSC (Russia)

(11)    **The First Defendant's Interest at Pavletskaya Square, Moscow** (See para. 338 MKA 3)

The relevant companies in respect of this asset over which the Receivers are appointed as managers pursuant to paragraph 1A of this Order are:-
- Investclub Investments Ltd (BVI)
- Salvino Services Limited (Cyprus)
- Ringbell Investments Limited (BVI)
- Simplecity Holdings Limited (Cyprus)

The relevant local operating company for the purposes of Schedule 4, paragraph 2 of this Order (to which paragraph 1A of this Order does not apply) is:-
- Paveletskaya OJSC (Russia)

(12)    **The First Defendant's Interest in land at Kaluzkhoye Highway. Moscow** (See para. 350 MKA 3)

The relevant companies in respect of this asset over which the Receivers are appointed as managers pursuant to paragraph 1A of this Order are:-
- Avalle Consulting Limited (Seychelles)
- Avgur Group Limited (Seychelles)
- Beststage International Ltd (BVI)
- Terrazone Investments Ltd (BVI)
- Bayshore Marketing Inc (BVI)
- Salvino Services Limited (Cyprus)
- Varna Limited (Seychelles)

The relevant local operating companies for the purposes of Schedule 4, paragraph 2 of this Order (to which paragraph 1A of this Order does not apply)  are:-
- Pakhra Fields LLC (Russia)
- PK Yurovo LLC (Russia)
- PO Bylovo LLC (Russia)

(13)    **The First Defendant's Interest in Vitino Port** (See para. 355 MKA 3)

The relevant companies in respect of this asset over which the Receivers are appointed as managers pursuant to paragraph 1A of this Order are:-
-     Direct Logistic Solutions Ltd
-     Lux Investing Limited (BVI)
-     Tedcom Finance Limited (Seychelles)

The intermediate holding companies (to which paragraph 1A of this Order does not apply) are:-
-     Usarel Investments Limited
-     White Sea Complex B.V (Netherlands)

The relevant local operating companies for the purposes of Schedule 4, paragraph 2 of this Order (to which paragraph 1A of this Order does not apply) are:-
-     Belomorskaya Neftebaza CJSC (Russia)
-     N-Terminal LLC (Russia)
-     Nord Shipping Inc (Belize)
-     Northern Operations N.V (Netherlands Antilles)
-     Sea Specialised Port Vitino LLC (Russia)

(14)     **The First Defendant's Interest in mine in Kyrgyzstan** (See para. 361 MKA3)

The relevant companies in respect of this asset over which the Receivers are appointed as managers pursuant to paragraph 1A of this Order are:-
-     Delaware Capital Inc (BVI)
-     Merenko Limited (Cyprus)

The relevant local operating companies for the purposes of Schedule 4, paragraph 2 of this Order (to which paragraph 1A of this Order does not apply) are:-
-     IPG Eurasia LLC (Russia)
-     OOO Saryjaz Mineral Mining Co

(15)     **The First Defendant's Interest in oil reserves in Kazakhstan through a 33.3% shareholding in Parasat Group NV** (See para. 366 MKA 3)

The relevant companies in respect of this asset over which the Receivers are appointed as managers pursuant to paragraph 1A of this Order are:-
-     Ancilla Beteiligungs – Verwaltungs GmbH (Austria)
-     Bondhouse Holdings Limited (Cyprus)
-     Riverstreet Investments Ltd (BVI)

The intermediate holding company (to which paragraph 1A of this Order does not apply) is:-
-     Parasat Group NV

The relevant local operating companies for the purposes of Schedule 4, paragraph 2 of this Order (to which paragraph 1A of this Order does not apply) are:-
-     NOO MK Caspian Zhuldyz

-    TOO Caspian Tristar

(16)   **The First Defendant's Interest in Cosmos Hotel, Moscow being a 25.19% shareholding in OAO Gostinichniy Kompleks Cosmos (See para. 370 MKA 3)**

The relevant companies in respect of this asset over which the Receivers are appointed as managers pursuant to paragraph 1A of this Order are:-
-    Eminota Limited (Cyprus)
-    Lemur Holdings Ltd (Cyprus)
-    Fexon International Ltd (Seychelles)

The relevant local operating company for the purposes of Schedule 4, paragraph 2 of this Order (to which paragraph 1A of this Order does not apply) is:-
-    OAO Gostinichniy Kompleks Cosmos

(17)   **The First Defendant's 10% shareholding in New Tobacco Company (See para. 377 MKA 3)**

The relevant company in respect of this asset over which the Receivers are appointed as managers pursuant to paragraph 1A of this Order is:-
-    Instem Holdings Ltd (Cyp)

The relevant local operating company for the purposes of Schedule 4, paragraph 2 of this Order (to which paragraph 1A of this Order does not apply) is:-
-    OOO Novaya Tabachnaya Companiya

(18)   **The First Defendant's interest in the proceeds of sale Eurasia Tower in Moscow (see para. 16(4) MKA 4)**

The relevant company in respect of this asset over which the Receivers are appointed as managers pursuant to paragraph 1A of this Order is:-
-    Handcart Investments Limited

**And In Addition**

The First Defendant's bank accounts with BTA Bank, Moscow, now called AMT including account number 103-0003779-04.

The First Defendant's bank accounts with EFG Bank, Switzerland including account numbers N534746, 534746.150.0 GBP and IBAN CH22 0866 7005 3474 6150 0.

SCHEDULE 3A

The Undisclosed Assets

*The shares in, and (from the moment of service of this order on Mr Ablyazov's solicitors) the Direct and Indirect Assets of, the following companies:*

| | Company name | Subsidiaries | Jurisdiction | Reg. no. |
|---|---|---|---|---|
| 1. | ABREMIN HOLDINGS LIMITED | | Cyprus | |
| 2. | AEG SYSTEMS INC. | | BVI | 492383 |
| 3. | AFRELTA HOLDINGS LIMITED | | | |
| 4. | ALARA INTERNATIONAL INC. | SAMAL PROPERTIES | BVI | 304518 |
| 5. | ALDAN GLOBAL LIMITED | | BVI | |
| 6. | ALDRIDGE VENTURES LTD | | Seychelles | |
| 7. | ALEDAR HOLDINGS LIMITED | | BVI | 1494228 |
| 8. | ALPHASEA INVESTMENTS LIMITED | | BVI | 1474198 |
| 9. | AMADOR INVESTMENTS LTD. | | Cyprus | 176354 |
| 10. | AMBERWAY LIMITED | | Seychelles | |
| 11. | AMELCA INVESTMENTS LIMITED | | | |
| 12. | AMOREUX LIMITED | SALWICK HOLDING S. À R.L. | Cyprus | HE221463 |
| 13. | ANITAL LLC | | Delaware | 3764432 |
| 14. | ARACELA HOLDINGS LIMITED | | Cyprus | |
| 15. | ARANA CONSTRUCTIONS LIMITED | | BVI | 1495434 |
| 16. | ARGONEX INVEST CORP | LLP AGROCENTER-ASTANA | BVI | 511956 |
| 17. | ARKRIDGE TELECOM LIMITED | SANDOWN HOLDING S. À R.L. | Cyprus | |
| 18. | ARTOUNOA HOLDINGS LIMITED | | Cyprus | |
| 19. | ASINO HOLDINGS LIMITED | | BVI | 1495405 |
| 20. | ASMELTA INVESTMENTS LIMITED | | Cyprus | HE231313 |
| 21. | ASPELICA INVESTMENTS LIMITED | | Cyprus | |
| 22. | ASSET GROUP HOLDINGS LIMITED | | BVI | 1420763 |
| 23. | ASTERATO MANAGEMENT LIMITED | | | |
| 24. | ASTROGOLD CORP. | | BVI | 1374174 |

| | Company name | Subsidiaries | Jurisdiction | Reg. no. |
|---|---|---|---|---|
| 25. | AUSTIN UNIVERSAL INC. | | BVI | 1377358 |
| 26. | AVASIA HOLDINGS LIMITED | | | |
| 27. | AVGOUSTA HOLDINGS LIMITED (FORMERLY MOLYNEUX LTD.) | | | |
| 28. | AVONHILL VENTURES LTD. | | BVI | 682000 |
| 29. | BALGAVEN INVEST INC. | | BVI | 300853 |
| 30. | BARDANE LIMITED | SEAHAM HOLDING S.À R.L | Cyprus | |
| 31. | BAYMAK SERVICES LIMITED | | BVI | 1495416 |
| 32. | BELINIA HOLDINGS LIMITED | [JSC АТЫРАУМУНАЙГАЗГЕО ЛОГИЯ] | Cyprus | |
| 33. | BENFLEET HOLDING SARL | | Luxemburg-Kirchberg | B138,496 |
| 34. | BERIT LIMITED | | BVI | 1375691 |
| 35. | BERMENT VENTURES LTD. | | BVI | 1058546 |
| 36. | BLACKSTEEL EXPERTS CORP | | BVI | 1376758 |
| 37. | BLERACE LIMITED | | Cyprus | |
| 38. | BOLOT WORLDWIDE LIMITED | | BVI | 610502 |
| 39. | BONVEST ADVISORS LIMITED | | BVI | |
| 40. | BRANDEN & ASSOCIATES LIMITED | JSC АТЫРАУМУНАЙГАЗГЕО ЛОГИ | Seychelles | 024595 |
| 41. | BTA INTERNATIONAL GROUP LIMITED | | BVI | 1518591 |
| 42. | BUBRECA LIMITED | | | |
| 43. | BUSINESS CODE LIMITED | | Seychelles | 25953 |
| 44. | CALERNEN FINANCE INC. | | BVI | 300833 |
| 45. | CALESHA LIMITED | | Cyprus | |
| 46. | CARGOMAX MERCHANTS LIMITED | | BVI | 1374188 |
| 47. | CELINA HOLDINGS INVESTMENTS LIMITED (FORMERLY BUBRIS INVESTMENTS LIMITED) | | | |

| | Company name | Subsidiaries | Jurisdiction | Reg. no. |
|---|---|---|---|---|
| 48. | COMET MERCHANTS LTD. | | BVI | 578198 |
| 49. | COMWORK LTD | | BVI | 580838 |
| 50. | CONCARDO LIMITED | SHALFORD HOLDING S. À R. L. | Cyprus | HE221263 |
| 51. | CORBIERE UNIVERSAL LIMITED | | BVI | |
| 52. | CRESHIA HOLDINGS LIMITED | | Cyprus | |
| 53. | DANA TRADE CORP. | | Seychelles | |
| 54. | DELCHELVA HOLDINGS LIMITED | | Cyprus | |
| 55. | DELTONA SERVICES LIMITED | | BVI | 1495431 |
| 56. | DERBENT SERVICES LIMITED | | BVI | 1495422 |
| 57. | DERNECO LIMITED | | | |
| 58. | DORBEA INVESTMENTS LIMITED | | BVI | 1453089 |
| 59. | ELANESCA INVESTMENTS LIMITED | | Cyprus | |
| 60. | ELGIN ASSETS & VENTURES LIMITED | | BVI | 610503 |
| 61. | ELISHA HOLDINGS LIMITED | | | |
| 62. | ELISTA TRADING INTERNATIONAL LIMITED | | BVI | 1495415 |
| 63. | ERGEN TRADING LTD | | BVI | 1062904 |
| 64. | ERGO TRANSIT CORP. | | BVI | 1380623 |
| 65. | ESTREA MANAGEMENT LIMITED | | BVI | 1453021 |
| 66. | EXTRACORD COMPANY LIMITED | | BVI | 1374177 |
| 67. | FAMESCA INVESTMENTS LIMITED | | Cyprus | |
| 68. | FOUNTAIN HILLS TRADING LIMITED | | BVI | 1495411 |
| 69. | FROLOVO HOLDINGS LIMITED | | BVI | 1495823 |
| 70. | G.R.V. GRECO VENTURES LIMITED | BATHGATE HOLDING S. À R. L. | Cyprus | HE204398 |
| 71. | GEMINI LIMITED | | Seychelles | |
| 72. | GLOBAL TEAM COMPANY | | Seychelles | 036979 |

| | Company name | Subsidiaries | Jurisdiction | Reg. no. |
|---|---|---|---|---|
| 73. | GOLD ARRIS LIMITED | BALDOCK HOLDING S. À R.L., | Cyprus | C221362 |
| 74. | GORAZAR LIMITED | | Cyprus | HE209166 |
| 75. | GREBORE LIMITED | | Cyprus | |
| 76. | GREPAS SERVICES LIMITED | | BVI | 1494529 |
| 77. | GRUNDBERG INC. | | Seychelles | 27871 |
| 78. | HALLMER LIMITED | BANAVIE HOLDING S. À R.L. | Cyprus | 221342 |
| 79. | HILBERTON TRADING LTD. | | BVI | |
| 80. | HILLSPAR HOLDING LIMITED | BANGOR HOLDING S. À R.L. | Cyprus | HE221271 |
| 81. | IDRIAL LIMITED | BARDON HOLDING S. À R. L. | Cyprus | |
| 82. | JACROBI LIMITED | | BVI | 1540549 |
| 83. | JOHNSON INTERTRANS INC. | | BVI | 682017 |
| 84. | JOJOLAND VENTURES LTD | | Cyprus | |
| 85. | JOYTAS HOLDINGS LIMITED | | BVI | 1494520 |
| 86. | KAPSY LIMITED | | BVI | 1494232 |
| 87. | KENTAVIR LIMITED | BARNHILL HOLDING S. À R.L. | Cyprus | HE221289 |
| 88. | KINMATE TRADING LIMITED | | Seychelles | |
| 89. | KLOSTRADE FINANCIAL GROUP LTD. | | | |
| 90. | KSC INTERNATIONAL CORP. | | Seychelles | |
| 91. | KUTUZOV WORLDWIDE ENTERPRISES LIMITED | | BVI | 610814 |
| 92. | LALLARTE LTD | | | |
| 93. | LALLARTE PROPERTIES LIMITED | | Cyprus | |
| 94. | LAPLOUS GROUP LTD. | "ОМСК-ПОЛИМЕР" - OMSK-POLYMER | BVI | 660218 |
| 95. | LAQUIAN LIMITED | BEMPTON HOLDING S. À R.L. | Cyprus | |
| 96. | LATRECIA INVESTMENTS LIMITED | | Cyprus | |
| 97. | LEARNA HOLDINGS LIMITED | | Cyprus | HE 22136 |
| 98. | LEONCA HOLDINGS LIMITED | | Cyprus | |

| | Company name | Subsidiaries | Jurisdiction | Reg. no. |
|---|---|---|---|---|
| 99. | LERCINA HOLDING LTD | | | |
| 100. | LERCINA HOLDINGS LIMITED | | | |
| 101. | LERNICE INVESTMENTS LIMITED | | Cyprus | |
| 102. | LINGARD INDUSTRY LIMITED | | BVI | [1051505] |
| 103. | LINKWOOD LIMITED | | Seychelles | |
| 104. | LOREMAIN LIMITED | BERWICH HOLDING S.À R.L. | Cyprus | HE204395 |
| 105. | M.T.H. MARITIME HOLDINGS LIMITED | BILLBROOK HOLDING S.À R.L. | Cyprus | |
| 106. | MABCO INC. | | BVI | 492132 |
| 107. | MALABAR INVESTMENTS GROUP LIMITED | | BVI | 1495414 |
| 108. | MALAKIY RESOURCES LIMITED | | BVI | 1528963 |
| 109. | MARCENICA INVESTMENTS LIMITED | | Cyprus | |
| 110. | MARCIANA INVESTMENTS LIMITED | | Cyprus | |
| 111. | MASOUR HOLDINGS LIMITED | | BVI | 1494229 |
| 112. | MELINDRA HOLDINGS LIMITED | | Cyprus | HE235065 |
| 113. | MER INVESTMENTS LIMITED | | BVI | 1472376 |
| 114. | MERCIELO LIMITED | | Cyprus | |
| 115. | MINTEX TRADING LTD. | | BVI | |
| 116. | MISHIA INVESTMENTS LIMITED | | BVI | 1474162 |
| 117. | MORANTA INVEST (CYPRUS) LIMITED | | Cyprus | 177050 |
| 118. | MORTECIA INVESTMENTS LIMITED | | Cyprus | |
| 119. | MYMANA INVESTMENT HOLDINGS LIMITED (FORMERLY KYMA INVESTMENT HOLDINGS LIMITED) | | | |
| 120. | NAFAZKO INVESTMENTS LIMITED | | BVI | |
| 121. | NARABAK HOLDINGS LIMITED | | BVI | 1474174 |
| 122. | NETGOLD SERVICES LTD | | | |
| 123. | NOSTRAS LIMITED | BILLINGHAM HOLDING S.À R.L. | | |
| 124. | NUERTO LIMITED | | | |
| 125. | OLOFU INVESTMENT HOLDINGS LIMITED | | | |

| | Company name | Subsidiaries | Jurisdiction | Reg. no. |
|---|---|---|---|---|
| 126. | OOO STROIINVEST-KAZAN | | Russia | 1071690047164 |
| 127. | OOO STROI-RESOURCE | | Russia | |
| 128. | OOO INVESTPROEKT | | Russia | 1065260110080 |
| 129. | OOO ATLANT-T | | Russia | 1087154007203 |
| 130. | [OOO] REGION-INVEST LLC | | Russia | 1080278009261 |
| 131. | [OOO] INVEST DEVELOPMENT LLC | | Russia | 1087746609840 |
| 132. | OPIS INVESTMENTS LIMITED | | BVI | 1474166 |
| 133. | PADOGE LIMITED | | | |
| 134. | PASU INVESTMENTS LIMITED | | BVI | 1494521 |
| 135. | PERFETA LIMITED | | | |
| 136. | PKM INVEST LIMITED | | | |
| 137. | PLARUM LIMITED | BARLASTON HOLDING S. À R.L. | | |
| 138. | PORFITTO TRADING LIMITED | BARMING HOLDING S. À R.L. | | |
| 139. | PRESTONA HOLDINGS LIMITED | | BVI | 1472753 |
| 140. | PREVIA LIMITED | | Cyprus | |
| 141. | PROLIFERONE LIMITED | BROCKLEY HOLDING S. À R.L. | Cyprus | HE 223867 |
| 142. | QUASONT LIMITED | BEXLEY HOLDING S. À R.L.   BIZNESELIT | Cyprus | 201456 |
| 143. | REBLANCA HOLDINGS LIMITED | | Cyprus | |
| 144. | REME INVESTMENTS LIMITED | | BVI | 1494523 |
| 145. | RETRICA HOLDINGS LIMITED | | Cyprus | |
| 146. | REUEL LIMITED | | BVI | 1494227 |
| 147. | RIHANCA HOLDINGS LIMITED | | Cyprus | |
| 148. | ROCKLANE PROPERTIES LIMITED | | BVI | 454885 |
| 149. | ROSPOZANT LIMITED | BLACKBURN HOLDING S. À R.L. | Cyprus | 204378 |

|  | Company name | Subsidiaries | Jurisdiction | Reg. no. |
|---|---|---|---|---|
| 150. | RUBYWAY LIMITED | | Seychelles | |
| 151. | S.L. SCHOOLDESK LICENSING LIMITED | BUCKLEY HOLDING S. À R.L. | Cyprus | |
| 152. | SAMAL PROPERTIES LIMITED LIABILITY PARTNERSHIP | | Kazakhstan | 38888318 |
| 153. | SAMERA HOLDINGS LIMITED | BRUNDALL HOLDING S. À R.L. | Cyprus | HE 221374 |
| 154. | SANBRETA INVESTMENTS LIMITED | | Cyprus | HE 237114 |
| 155. | SANTE TRADING LIMITED [SANTE TRADING GROUP LIMITED] | | BVI | 1495417 |
| 156. | SEERIA ALLIANCE LTD. | | BVI | 507352 |
| 157. | SHORELINE INVESTMENT HOLDINGS LIMITED (FORMERLY GRANTA INVESTMENT HOLDINGS LIMITED) | | BVI | 1453140 |
| 158. | SIMONIE HOLDINGS LIMITED | BELLGROVE HOLDING S. À R.L. | Cyprus | 221278 |
| 159. | SOMERSET PROJECTS INC. | | BVI | 1045876 |
| 160. | STRASECA HOLDINGS LIMITED | | Cyprus | |
| 161. | SUNSTONE VENTURES LTD. | | BVI | 584478 |
| 162. | SURMAKA SERVICES LIMITED | | Cyprus | |
| 163. | SVELGATE ALLIANCE CORP. | | BVI | |
| 164. | TACTICA ENTERPRISES LTD. | | BVI | 682002 |
| 165. | TAHOKA LIMITED | BULWELL HOLDING S. À R.L. | Cyprus | |
| 166. | TARANSKI LIMITED | BRANHALL HOLDING S. À R.L. | Cyprus | |
| 167. | TELFORD FINANCIERS CORP. | | BVI | 1374186 |
| 168. | TICKER SERVICES AND CONSULTING LIMITED | | BVI | 1494530 |
| 169. | | | | |
| 170. | TOPGEO HOLDINGS LIMITED | | Cyprus | 175798 |
| 171. | TRADESTOCK INC. | | Panama | |
| 172. | TRAMLANES INVESTMENTS LIMITED (FORMERLY BERGTRANS CONTRACTS CORP) | | BVI | 1374191 |

| | Company name | Subsidiaries | Jurisdiction | Reg. no. |
|---|---|---|---|---|
| 173. | TRASNATIONAL ASSETS LIMITED | | | |
| 174. | TRASNATIONAL CAPITAL AND INVESTMENTS LIMITED | | BVI | 610501 |
| 175. | TRIONFALE LIMITED | | Cyprus | 183346 |
| 176. | TSENTR-INVEST LIMITED LIABILITY COMPANY | | | |
| 177. | UNITED CLEARING & PROCESSING COMPANY LTD. | | BVI | 1062737 |
| 178. | VALEFORD CONSORTIUM CORP. | EXCELLENT GLIDE | BVI | 682014 |
| 179. | VANESCA HOLDINGS LIMITED | | BVI | |
| 180. | VANESCA INVESTMENTS LIMITED | | Cyprus | |
| 181. | VARKIZA INVESTMENTS LIMITED | | BVI | 1474168 |
| 182. | VIANDEN LIMITED | | Cyprus | HE201422 |
| 183. | VOREDA INVESTMENTS LIMITED | | BVI | 1472752 |
| 184. | VULIER INVESTMENTS LIMITED | | BVI | 1474163 |
| 185. | WESTRADE LTD. | | BVI | 53136 |
| 186. | WIDLEY WORLDWIDE INC. | | BVI | 610505 |
| 187. | WOODBRIDGE GROUP LTD. | | BVI | 569250 |
| 188. | WORLDWIDE CITY INVESTMENTS LIMITED | | BVI | 610506 |
| 189. | YORK RESOURCES CAPITAL CORP. | | BVI | 682013 |
| 190. | YUMA HOLDINGS LIMITED | | BVI | 1495418 |
| 191. | ZAFFERANT PARTNERS INC. | | BVI | 1044166 |
| 192. | ZALOU INVESTMENTS LIMITED | | BVI | 1474161 |
| 193. | ZANGYLA HOLDINGS LIMITED | | Cyprus | |
| 194. | ZATHEN HOLDING INVESTMENTS LIMITED (FORMERLY CARSONWAY LIMITED) | | BVI | 601702 |
| 195. | ZED CANDY LIMITED | | | |
| 196. | ZEPHYRANTH LIMITED | | | |
| 197. | AFRICAN SKY TRADING LIMITED | | Cyprus | |
| 198. | ALEXAR TRADING LIMITED | | BVI | 1064299 |
| 199. | BATITRAV RESOURCES LIMITED | | Cyprus | 193524 |
| 200. | BILLION TRADER LTD | | | |
| 201. | DAYEN ENVIRONMENTAL LIMITED | | | |
| 202. | DEVESTA LIMITED | | BVI | 1065560 |
| 203. | HUDSONA LIMITED | | Cyprus | |

|  | Company name | Subsidiaries | Jurisdiction | Reg. no. |
|---|---|---|---|---|
| 204. | I.R.E.LAND LIMITED | | Cyprus | |
| 205. | KEPPEL LAND LIMITED | | Cyprus | |
| 206. | RIMOS LIMITED | | Seychelles | 030747 |
| 207. | MOLDINA INVESTMENTS LTD | | Cyprus | C171998 |
| 208. | STARWOOD CONTRACTS LIMITED | - | Seychelles | 029790 |
| 209. | TARIONO LIMITED | | Cyprus | HE153123 |
| 210. | URBAS INDUSTRIAL LIMITED | | Cyprus | 194828 |
| 211. | VANBAS LIMITED | | BVI | 1064295 |
| 212. | WINTERRA HOLDINGS LIMITED | | | |

## SCHEDULE 3B

### The Further Undisclosed Assets

*The shares in, and (from the moment of service of this order on Mr Ablyazov's solicitors) the Direct and Indirect Assets of, the following companies:*

| | Company Name | Jurisdiction | Registration No | Subsidiaries |
|---|---|---|---|---|
| 1. | Acalan Holdings Limited | Cyprus | | Bluecenter Holdings |
| 2. | Adamaris Investments Ltd | Cyprus | | |
| 3. | Adarma Holdings Limited | Cyprus | 273978 | |
| 4. | Addes International Limited | | | |
| 5. | Adventex Trading Limited | BVI | 1494656 | |
| 6. | Agrippa Trading Limited | BVI | 1622121 | |
| 7. | Aharon Incorporated | Seychelles | 081241 | |
| 8. | AIST LLC | Russia | 0127739396024 | |
| 9. | Alfa Consultancy Limited | Seychelles | 079481 | |
| 10. | Alterson Limited | | 027874 | |
| 11. | Amirar Limited | Cyprus | 172083 | |
| 12. | AMT Services Limited | BVI | 1537759 | |
| 13. | Angeland Investments Limited | BVI | 1401999 | |
| 14. | Anibell Trading Limited | BVI | 1524142 | |
| 15. | Antlia Corp | BVI | 1385816 | |
| 16. | Anzion Holdings Limited | BVI | 1532863 | |
| 17. | Apa Services Limited | BVI | 1621339 | |
| 18. | Archeston Solutions Inc | BVI | 1045432 | Business-Engineering |
| 19. | Ardrock Holdings Limited | Cyprus | | |
| 20. | Armotage Trading Limited | Cyprus | | |
| 21. | Artvision Limited | | | |
| 22. | Aruma Holdings Limited | | | |
| 23. | Asenet Services Limited | BVI | | |

|  | Company Name | Jurisdiction | Registration No | Subsidiaries |
|---|---|---|---|---|
| 24. | Aurland Production Inc | BVI | 1067872 | |
| 25. | Avredinar Holdings Limited | Kazakhstan | | |
| 26. | Bainsder Investments Limited | | | |
| 27. | Baldock Holding S.a.r.l. | Luxembourg | 138147 | |
| 28. | Balladfield Holdings Limited | Cyprus | | |
| 29. | Balladplace Enterprises Limited | Cyprus | | |
| 30. | Balladream Holdings Limited | Cyprus | | |
| 31. | Balladroad Enterprises Limited | | | |
| 32. | Baltinvest LLC | Russia | 1083925030595 | |
| 33. | Baltyk Idea Limited | | | |
| 34. | Banavie Holding S.a.r.l. | Luxembourg | 138297 | |
| 35. | Bangor Holding S.a.r.l | Luxembourg | 138296 | |
| 36. | Bardon Holding S.a.r.l. | Luxembourg | 138148 | |
| 37. | Barlaston Holding S.a.r.l. | Luxembourg | 138150 | |
| 38. | Barming Holding S.a.r.l. | Luxembourg | 138243 | |
| 39. | Barnhill Holding S.a.r.l. | Luxembourg | | |
| 40. | Baruch & Co Limited | Seychelles | | |
| 41. | Bathgate Holding S.a.r.l. | Luxembourg | 138146 | |
| 42. | Beenap Limited | BVI | 1049720 | |
| 43. | Belgrave Logistics Limited | Seychelles | 028509 | |
| 44. | Bellgrove Holding S.a.r.l | Luxembourg | | |
| 45. | Beltas Development Corp | BVI | 1069733 | |
| 46. | Beltor Ltd | Seychelles | 027292 | Moranta Invest (Cyprus) |
| 47. | Bemet Investments Limited | | | |
| 48. | Bempton Holding S.a.r.l. | Luxembourg | | |
| 49. | Bensbourogh Trading Inc | BVI | 1468356 | |
| 50. | Berger International Limited | Seychelles | 027001 | |
| 51. | Berniling Investments Limited | Cyprus | | |

| | Company Name | Jurisdiction | Registration No | Subsidiaries |
|---|---|---|---|---|
| 52. | Berwich Holding S.a.r.l. | Luxembourg | 138344 | |
| 53. | Bestcatch Trading Limited | Cyprus | | |
| 54. | Bestshot Services Limited | Cyprus | | |
| 55. | Bexley Holding S.a.r.l. | Luxembourg | 138290 | |
| 56. | Biancini United S.A. | BVI | 1532375 | |
| 57. | Billbrook Holding S.a.r.l. | Luxembourg | 138343 | |
| 58. | Billingham Holding S.a.r.l. | Luxembourg | | |
| 59. | Bion Services Limited | BVI | 1622096 | |
| 60. | Blackburn Holding S.a.r.l. | Luxembourg | 8138293 | |
| 61. | Bluecenter Holdings Limited | BVI | 1522557 | |
| 62. | Bluestate Investments Limited | BVI | 1494647 | |
| 63. | Bogara Tech Limited | | | |
| 64. | Bondiza Consulting Limited | BVI | 1049725 | |
| 65. | Bondmore Holdings Limited | | | |
| 66. | Bondrain Holdings Limited | Cyprus | | |
| 67. | Bondyear Enterprises Limited | | | |
| 68. | Bramilt Enterprises Limited | Cyprus | | |
| 69. | Branhall Holding S.a.r.l. | Luxembourg | | |
| 70. | Brighton Corp. | Seychelles | 27875 | |
| 71. | Britar Holdings Ltd | BVI | 1524113 | |
| 72. | Broadlife Trading Limited | | | |
| 73. | Brockley Holding S.a.r.l. | Luxembourg | 138253 | |
| 74. | Brundall Holding S.a.r.l. | Luxembourg | 138281 | |
| 75. | Buckley Holding S.a.r.l. | Luxembourg | | |
| 76. | Bular Trading Limited | BVI | 300852 | |
| 77. | Bulwell Holding S.a.r.l. | Luxembourg | | |
| 78. | Business Engineering LLC | Russia | 5067746967492 | |
| 79. | Business Expert LLC | Russia | 009105499 | |

| | Company Name | Jurisdiction | Registration No | Subsidiaries |
|---|---|---|---|---|
| 80. | Cabcharge Limited | | | |
| 81. | Caprio LLC/Kaprio LLC | Russia | 1077758540067 | |
| 82. | Carlower Enterprises Limited | Cyprus | | |
| 83. | Carsonway Limited | BVI | 601702 | |
| 84. | Caspineft Holding B.V. | | | |
| 85. | Center-Invest | Russia | 1087746826804 | |
| 86. | Centile Resources Inc | BVI | 1062916 | |
| 87. | Cerebos Limited | | | |
| 88. | CF & Morgan Russia Equity Fund, LP | Russia | | Russian GS |
| 89. | Chapelhill Enterprises Limited | Cyprus | | |
| 90. | Chapelroad Enterprises Limited | Cyprus | | |
| 91. | Chefa Limited | Cyprus | | |
| 92. | Chesterland Invest Corp | BVI | 1045430 | |
| 93. | Chrysopa Holding B.V. | Netherlands | 27222830 | |
| 94. | City Ventures limited | Seychelles | 025955 | |
| 95. | Colberg Division Limited | Cyprus | 181252 | |
| 96. | Colex Trading Limited | Seychelles | 27187 | |
| 97. | Company Support Limited | | | |
| 98. | Cona Trading Limited | BVI | 1524143 | |
| 99. | Constance Services Limited | BVI | 1562723 | |
| 100. | Core Network Limited | Seychelles | 079482 | |
| 101. | Cornerways Services Limited | | | |
| 102. | Crondale Finance Limited | Seychelles | | |
| 103. | Cronberry Overseas Limited | Cyprus | | |
| 104. | Crossaction Enterprises Limited | Cyprus | 220226 | |
| 105. | Cyten Trading Inc | BVI | 1058557 | |
| 106. | Danionics Enterprises Limited | | | |

|  | Company Name | Jurisdiction | Registration No | Subsidiaries |
|---|---|---|---|---|
| 107. | Darfield Limited | BVI | 251302 | |
| 108. | Denacom Limited | Cyprus | | |
| 109. | Denmar Assets Management Inc | BVI | 1069586 | |
| 110. | Develcan Ventures Limited | BVI | 1042062 | Stockstair Holdings Ltd |
| 111. | Dinfield Inc | | | Grosburg Inc |
| 112. | Donlant Ventures Inc | BVI | 1044187 | |
| 113. | Doren Trading Limited | BVI | 1375696 | |
| 114. | Dowring & Associates Inc | BVI | 1058558 | |
| 115. | Dreamlife Holdings Ltd | BVI | 1462349 | |
| 116. | Dregon Land Ltd | Cyprus | 176394 | |
| 117. | Drofal Holding Limited | BVI | 1049729 | |
| 118. | Easy Concept Processing Ltd | BVI | 1462346 | |
| 119. | Edmisonon Holdings Limited | Cyprus | 183260 | |
| 120. | Eklarius Limited | Cyprus | | |
| 121. | Eldoro Holdings Limited | Cyprus | | |
| 122. | Elias Import/Export Limited | BVI | 1045427 | |
| 123. | Elsinore Consultants Limited | Cyprus | 214829 | |
| 124. | Emesin Trading Limited | Cyprus | 178449 | |
| 125. | Emsort Holdings Limited | Cyprus | | |
| 126. | Engelor Trading Limited | | | |
| 127. | Enverolt Marketing Limited | BVI | 1041139 | |
| 128. | Equipe Holdings Limited | BVI | 1041185 | |
| 129. | Ernalco Investments Limited | Cyprus | | |
| 130. | Escantre Holdings Limited | | | |
| 131. | Estar Developments Limited | BVI | 1049271 | |
| 132. | Euroguard Assets Limited | Cyprus | 157940 | |
| 133. | Europtronic Limited | Seychelles | 027188 | |

| | Company Name | Jurisdiction | Registration No | Subsidiaries |
|---|---|---|---|---|
| 134. | Facebook Trading Limited | Cyprus | | |
| 135. | Famelink Investments Limited | Cyprus | 220859 | |
| 136. | Famille Solutions Limited | BVI | 1562730 | |
| 137. | Fanal Holdings Limited | Cyprus | | |
| 138. | Farcape Services Limited | BVI | 1524082 | |
| 139. | Farpost Holdings Ltd | BVI | 1524144 | |
| 140. | Fastservice Consultants Limited | BVI | 1494649 | |
| 141. | Fedelm Corp | BVI | 1376422 | |
| 142. | Fenella Service Limited | | | |
| 143. | Fernwood Resources Limited | Seychelles | 029775 | |
| 144. | Fers Limited | Cyprus | 178489 | Holder Dom LLC |
| 145. | Feston Limited | Seychelles | 027872 | |
| 146. | Fieldport Networks Corp | Seychelles | | |
| 147. | Fitcherly Holdings Limited | BVI | 1584171 | |
| 148. | Flairis Technologies Limited | Cyprus | 176452 | |
| 149. | Fletcher Investors Corp | BVI | 1045424 | |
| 150. | Flightplan Services Limited | Cyprus | | |
| 151. | Flyajet Investments Limited | BVI | 1524141 | |
| 152. | FM - Company Limited | Marshall Is | | |
| 153. | Fora Corporation | | | |
| 154. | Forestcrystal Holdings Limited | Cyprus | | |
| 155. | Foresthouse Holdings Limited | Cyprus | | |
| 156. | Forlani Investments Ltd | Cyprus | | |
| 157. | Formiga Limited | | | |
| 158. | Francis Alliance Limited | BVI | 1045423 | |
| 159. | Francont Trading Limited | | | |
| 160. | Freshway Financial Consulting Limited | BVI | 1044167 | |

| | Company Name | Jurisdiction | Registration No | Subsidiaries |
|---|---|---|---|---|
| 161. | Frontline Technology Limited | Seychelles | | |
| 162. | Fugishia Trading Limited | BVI | 1519025 | |
| 163. | Galanz Productions Limited | BVI | 1041143 | |
| 164. | Gambac Limited | BVI | 666463 | |
| 165. | Gamematch Payment Ltd | BVI | 1462354 | |
| 166. | Gasten Group Limited | BVI | 1070393 | |
| 167. | Gatova Holdings Limited | Cyprus | | |
| 168. | Gemnet Services Limited | BVI | 1519027 | |
| 169. | Gemwave Systems Limited | | | |
| 170. | Genemedix Enterprises Ltd | | | |
| 171. | Gestel Marketing Inc | BVI | 1063845 | |
| 172. | Giftrock Trading Limited | Cyprus | | |
| 173. | Global King Enterprises Limited | | | |
| 174. | Globetrade Management Ltd | BVI | 1462202 | |
| 175. | Goldboat Investments Limited | BVI | | |
| 176. | Goldenstage Trading Limited | Cyprus | | |
| 177. | Graceway Commerce Limited | | 181354 | |
| 178. | Greenbridge Services Limited | BVI | 1540522 | |
| 179. | Grosburg Limited | Cyprus | 181247 | LLC Stroyinvest MSC |
| 180. | Gurtall Management Limited | BVI | 1540510 | |
| 181. | Harnfield Resources Limited | BVI | 1063847 | |
| 182. | Heavenview Investments Ltd | BVI | 1462238 | |
| 183. | Heklon Management Ltd | BVI | 300828 | |
| 184. | Highbond Associates Ltd | Seychelles | 028969 | |
| 185. | Highview Limited | Seychelles | 102630 | |
| 186. | Hillrose Developments Limited | Seychelles | | |
| 187. | Hilton Consulting Limited | BVI | 1070782 | |

| | Company Name | Jurisdiction | Registration No. | Subsidiaries |
|---|---|---|---|---|
| 188. | Honeynet Trading Limited | BVI | 1494645 | |
| 189. | Humaninvest International Limited | BVI | 1462234 | |
| 190. | Iamgold Corporation Limited | | | |
| 191. | Imex Management Inc | BVI | 1071477 | |
| 192. | Inkaville Holdings Limited | BVI | 1532830 | |
| 193. | Intellectual Creative Solutions Ltd | BVI | 1009715 | |
| 194. | IvoryTower Consultants Limited | Cyprus | | |
| 195. | Jacks International Limited | | | |
| 196. | Jet Fame Industries Limited | Seychelles | | |
| 197. | Jifkor Holdings Limited | BVI | 1049731 | |
| 198. | Jollafield Holdings Limited | Cyprus | | |
| 199. | Jollastreet Enterprises Limited | Cyprus | 185640 | |
| 200. | Jollatower Enterprises Limited | | | |
| 201. | Jollawood Trading & Investments Ltd | Cyprus | 184905 | |
| 202. | Kailani Limited | BVI | 1396985 | |
| 203. | Kalliyan Investments Limited | BVI | 1484566 | |
| 204. | Karola Holdings Limited | BVI | 1524127 | |
| 205. | Kells Services Limited | BVI | 1540631 | |
| 206. | Keywave International Ltd | BVI | 1462222 | |
| 207. | Kimoce Limited | | | |
| 208. | Kinslev Productions Ltd | Seychelles | | |
| 209. | Koasiatrata Investments Limited | | | |
| 210. | Lafe Technology Limited | Seychelles | 27002 | |
| 211. | Lake Resources Limited | Seychelles | | |
| 212. | Langit Consulting Limited | BVI | 1396993 | |

| | Company Name | Jurisdiction | Registration No | Subsidiaries |
|---|---|---|---|---|
| 213. | Lankom Limited | Seychelles | | |
| 214. | Lavec Estates Limited | Cyprus | | |
| 215. | Lebrica Holdings Limited | Cyprus | | |
| 216. | Lende Trading Corp | Marshall Is | | |
| 217. | Levelbest Trading Limited | Cyprus | | |
| 218. | Lexman Inc | Seychelles | 027870 | Colberg Division |
| 219. | Lifetone Services Limtied | Cyprus | 218027 | |
| 220. | Liftmann Limited | Cyprus | 197893 | |
| 221. | Lightland Consultants Limited | BVI | 1420951 | |
| 222. | Lion Asiapac Limited | | | |
| 223. | Lionhead Trading Limited | BVI | 1494648 | |
| 224. | Loginet Services Limited | BVI | 1522548 | Eldoro Holdings |
| 225. | Logopark Kolpino CJSC | Russia | | |
| 226. | Logopark Mezhdureche CJSC | Russia | | |
| 227. | Logopark Pyshma LLC | | | |
| 228. | Lomtel Limited | BVI | 682683 | |
| 229. | Lotaro Trading Limited | Cyprus | | |
| 230. | Lyriten Production Inc | BVI | 1062905 | |
| 231. | Maden Holding Inc | BVI | 1064833 | |
| 232. | Maintop Trading Limited | Cyprus | 217353 | |
| 233. | Marinor Limited | Cyrpus | | |
| 234. | Matheca Holdings Limited | Cyprus | | |
| 235. | Maximus Resources Limited | Seychelles | 644290 | |
| 236. | | | | |
| 237. | Mega Property Limited | Marshall Islands | | Mount Properties |
| 238. | Melchia Trading Limited | | | |
| 239. | Mergilot Trading Limited | Cyprus | | |

| | Company Name | Jurisdiction | Registration No | Subsidiaries |
|---|---|---|---|---|
| 240. | Microview Trading Limited | Cyprus | 218651 | |
| 241. | Migina Limited | BVI | 1396992 | |
| 242. | Millennium Support Group Limited | Seychelles | | |
| 243. | Minik Limited | | | |
| 244. | Misatone Limited | | | |
| 245. | Mitchell Technologies Inc | BVI | 1045871 | |
| 246. | Mosdel Finance Limited | BVI | 535012 | |
| 247. | Motzo Holdings Limited | BVI | 1507648 | |
| 248. | Mount Properties Limited | BVI | 337597 | |
| 249. | Nalden Industries Inc | | | |
| 250. | Neshani Investments Limited | Cyprus | 204400 | |
| 251. | Newform Company Ltd | Seychelles | | |
| 252. | Newhomeland Investments Ltd | BVI | 1462874 | |
| 253. | Nextrata Investments Limited | Cyprus | | |
| 254. | Nicedeal Investments Limited | BVI | 1524056 | |
| 255. | Nipremena Holdings Limited | Cyprus | 186409 | |
| 256. | Nitnelav Holdings Limited | Cyprus | | |
| 257. | Normen (Overseas) Ltd | Cyprus | 146521 | |
| 258. | Nupto Limited | Russia | 1049721 | |
| 259. | Oldroad International Ltd | BVI | 1392377 | |
| 260. | Orwell Import/Export Limited | BVI | 1045872 | |
| 261. | Ostel Holdings Limited | BVI | 1614863 | |
| 262. | Paller Products Limited | | | |
| 263. | Palmgate Enterprises Limited | Cyprus | 184874 | |
| 264. | Pancontinental Inc | Belize | | |
| 265. | Parakmi Logistics Limited | Cyprus | | |
| 266. | Pekan Trading Ltd | BVI | 1500339 | |

| | Company Name | Jurisdiction | Registration No | Subsidiaries |
|---|---|---|---|---|
| 267. | Peperera Investments Limited | | | |
| 268. | Perspective Communications Inc | BVI | 1009714 | |
| 269. | Philadelphia Tradecorp Inc | BVI | 1045873 | |
| 270. | Pilotlight Holdings Limited | Cyprus | 220874 | |
| 271. | Placefield Holdings Limited | Cyprus | 184898 | |
| 272. | Placehouse Enterprises Limited | Cyprus | 184892 | |
| 273. | Planetzone Investments Limited | BVI | 1494630 | |
| 274. | Platform Trustees Limited | Cyprus | 77910 | |
| 275. | Potbel Holdings Ltd | Cyprus | | |
| 276. | Potiza Holdings Limited | | | |
| 277. | Power Factor Trading Limited | | | |
| 278. | Powerboat Investments Limited | BVI | 1522546 | Giftrock Trading |
| 279. | Primesupport Holdings Ltd | Cyprus | | |
| 280. | Prockshere Limited | Seychelles | | |
| 281. | Progen Limited | BVI | 544629 | |
| 282. | ProjectLand Investments Ltd | Cyprus | | |
| 283. | Promwell Holdings Limited | | | |
| 284. | Prosperous Century Inc | BVI | 1009694 | |
| 285. | Quickselect Investments Limited | BVI | 1494632 | |
| 286. | Quinn Services Limited | BVI | 1554073 | |
| 287. | Ratin Investment Limited | BVI | 527985 | |
| 288. | Rayfield Productions Corp | BVI | 1044183 | |
| 289. | Reclif Developments Limited | | | |
| 290. | Refgen Technologies Inc | BVI | 660231 | |
| 291. | Regal View Trading Limited | Cyprus | 204492 | |
| 292. | Reigen Technologies Limited | | | |
| 293. | Reklod Limited | BVI | 1069727 | |

| | Company Name | Jurisdiction | Registration No | Subsidiaries |
|---|---|---|---|---|
| 294. | Ringfors Enterprises Limited | Cyprus | | |
| 295. | Roadnext Holdings Limited | | | |
| 296. | Rochester Invest Corporation | BVI | 1045874 | |
| 297. | Rockgarden Enterprises Limited | BVI | 1522547 | |
| 298. | Romelo Holdings Limited | BVI | 1524125 | |
| 299. | Rospanico Investments Limited | | | Samuel Finance |
| 300. | Rovert Import/Export Limited | BVI | 1069657 | |
| 301. | Royford Inc | BVI | | |
| 302. | Rushotel LLC | Russia | 5077746954160 | |
| 303. | Rusotels Limited | BVI | 1407339 | Liftman Limited |
| 304. | Russian GS Limited | Cyprus | | |
| 305. | Salwick Holding S.a.r.l. | Luxembourg | | |
| 306. | Samuel Finance S.a.r.l. | Luxembourg | 108566 | |
| 307. | Sandown Holding S.a.r.l. | Luxembourg | | |
| 308. | Sarova Holdings Limited | BVI | 1524130 | |
| 309. | Seaham Holding S.a.r.l. | Luxembourg | 138141 | |
| 310. | Secretcorner Trading Limited | BVI | 1462350 | |
| 311. | SellBrook Company Corp | Seychelles | | |
| 312. | | | | |
| 313. | Shalford Holding S.a.r.l. | Luxembourg | | |
| 314. | SIG       Assets       Management Limited | Seychelles | 012024 | |
| 315. | Silverall Holdings Ltd | Cyprus | | |
| 316. | Silverghost Trading Limited | Cyprus | 220949 | |
| 317. | Silworld Holdings Limited | Cyprus | | |
| 318. | Skywatch Services Ltd | BVI | 1523632 | |
| 319. | Smarthead Investments Limited | BVI | 1494629 | |

| | Company Name | Jurisdiction | Registration No | Subsidiaries |
|---|---|---|---|---|
| 320. | Smartinvest Services Limited | BVI | | |
| 321. | Smileworld Investments Ltd | BVI | 1494644 | |
| 322. | Sovstar 1 (Cyprus) Limited | Cyprus | 153130 | |
| 323. | Spacenet Services Limited | BVI | 1522549 | |
| 324. | Specialrace Trading Ltd | Cyprus | | |
| 325. | Spiritbase Services Limited | Cyprus | | |
| 326. | Sprenwood Holdings Limited | BVI | 1605749 | |
| 327. | Stanton Universal Limited | BVI | 547197 | |
| 328. | Star-Atlantic Holding Inc | BVI | 1045877 | |
| 329. | Statedown Enterprises Limited | Cyprus | 184903 | |
| 330. | Statetower Enterprises Limited | Cyprus | 184996 | |
| 331. | Steiman Corp | | | |
| 332. | STL Company LLC | Russia | | |
| 333. | Stockstair Holdings Limited | Cyprus | 198005 | AIST LLC |
| 334. | Storin Limited | BVI | 544628 | |
| 335. | Striks Investments Limited | | | |
| 336. | StroyInvest Kazan LLC | Russia | 1071690047164 | |
| 337. | Stylewest Holdings Limited | Cyprus | | |
| 338. | Subona Trading Limited | Cyprus | | |
| 339. | Subtower Trading Limited | Cyprus | | |
| 340. | Sunwell Distributors Inc | BVI | 1066692 | |
| 341. | Superleague Services Limited | Cyprus | | |
| 342. | Suprisimo Investments Limited | | | |
| 343. | Svanlake Holding Limited | Cyprus | 190960 | |
| 344. | Swainriver Holdings Limited | Cyprus | | |
| 345. | Sylvan Assets Inc | BVI | 1562721 | |
| 346. | Tableros Holdings Limited | Cyprus | | |
| 347. | Tanna Holding S.a.r.l. | Luxembourg | 131216 | |

| | Company Name | Jurisdiction | Registration No | Subsidiaries |
|---|---|---|---|---|
| 348. | Techlink Consulting Ltd | BVI | 1044178 | |
| 349. | Top Quality Consulting Limited | BVI | 1009713 | |
| 350. | Topwide Trading limited | Cyprus | 246499 | |
| 351. | Topworld Services Limited | BVI | 1420842 | |
| 352. | Torland Production Inc | BVI | 1062907 | |
| 353. | Toros Limited | Seychelles | 030746 | |
| 354. | Tortuga Limited | Seychelles | | |
| 355. | Tossima Limited | BVI | 1064289 | |
| 356. | Trademarket     International Limited | BVI | 1462348 | |
| 357. | Trainor Alley Corporation | Seychelles | | |
| 358. | Trasemino Investments Limited | Cyprus | | |
| 359. | Trefor Limited | BVI | 1420482 | |
| 360. | Trombest Holdings Limited | BVI | | |
| 361. | Ungromado Limited | Cyprus | | |
| 362. | | | | |
| 363. | Uniflex Global Limited | | | |
| 364. | Unishare Trading Limited | | | |
| 365. | Urie Services Limited | BVI | 1540532 | |
| 366. | Vaida Trading Limited | BVI | 1607475 | |
| 367. | Velocita Holding B.V. | Holland | | |
| 368. | Venizon Holdings Limited | BVI | 1524060 | |
| 369. | Venta LLC | Russia | 1107746544454 | |
| 370. | Vern Trading Corporation | Seychelles | 029805 | |
| 371. | Vernex Inc | Seychelles | | |
| 372. | Vetro Limited | BVI | 1065558 | |
| 373. | Viascal Holdings Limited | Cyprus | | |
| 374. | Victan Limited | BVI | 1064296 | |

| | Company Name | Jurisdiction | Registration No | Subsidiaries |
|---|---|---|---|---|
| 375. | Victoryland Investments Limited | Cyprus | 246238 | |
| 376. | | | | |
| 377. | Vinsaw Investments Limited | BVI | 1049727 | |
| 378. | Webcare Marketing Limited | Cyprus | | |
| 379. | Wenus Products Limited | Seychelles | 028982 | |
| 380. | Whipland Investments Limited | BVI | 1420874 | |
| 381. | White Avenue Limited | BVI | 1562125 | |
| 382. | Wintop Services Limited | BVI | 1522550 | |
| 383. | Xtrainvest Investments limited | Cyprus | 206428 | |
| 384. | Yorkline Corp | | | |
| 385. | Zaforim Investments Limited | Cyprus | | |
| 386. | Zaidies Limited | | | |
| 387. | Zardoya Holding Limited | | | |
| 388. | Zlatano Limited | Cyprus | | |
| 389. | Zociac Enterprises Limited | BVI | 1462239 | |

## SCHEDULE 3C

### The Additional Undisclosed Assets

*The shares in, and (from the moment of service of this order on Mr Ablyazov's solicitors) the Direct and Indirect Assets of, the following companies:*

|  | Company Name | Jurisdiction | Registration number |
|---|---|---|---|
| 1. | Airwood Corporation Limited | | |
| 2. | Algoway Investments Limited | Cyprus | |
| 3. | Arfikona Limited | Seychelles | 021188 |
| 4. | Devonton Investments Limited | Cyprus | 183691 |
| 5. | Dinamic Tide Trading | | |
| 6. | Eurasia Logistics Limited | Jersey | 98767 |
| 7. | Govery Trading Limited | | |
| 8. | Haphaestion Holdings Limited | Cyprus | |
| 9. | Harmony Technology Limited | | |
| 10. | Heritam Management Limited | BVI | 1070778 |
| 11. | Innovalues Precision Limited | | |
| 12. | Irwood Commercial Limited | BVI | 570048 |
| 13. | Linuxo Properties Limited | | |
| 14. | Mignola Services S.A. | Seychelles | |
| 15. | Notula Trading Limited | Cyprus | |
| 16. | Roskon Limited | BVI | 1379210 |
| 17. | Seaworld Processing Limited | BVI | 1420851 |
| 18. | Solmar Technologies Corp. | BVI | 1044181 |
| 19. | Vetta (UK) LLP | UK | OC314091 |
| 20. | Warren Worldwide LLC | Seychelles | |
| 21. | Whitestorm Holdings Limited | BVI | 1420837 |
| 22. | Asa Trading Limited | | |
| 23. | Aston Color Limited | BVI | 1064298 |

47

| 24. | Azure Way Limited | Seychelles | |
| 25. | Casalake Trading Limited | Cyprus | |
| 26. | Cryosphere Limited | | |
| 27. | | | |
| 28. | | | |
| 29. | Erawanco Limited | | |
| 30. | Holder Dom LLC / OOO Kholder Dom | Russia | 1067746721591 |
| 31. | Konami Corporation Limited | Seychelles | 26999 |
| 32. | Palmridge Holdings Limited | Cyprus | 184906 |
| 33. | Salvepar Resources Limited | | |
| 34. | Smartwhere Limited | BVI | 1517915 |
| 35. | Tunnelsink Holdings Limited | BVI | 1517905 |

**SCHEDULE 3D**

**The Extra Undisclosed Assets**

*The shares in, and the Direct and Indirect Assets of, the following companies:*

|     | Company Name | Jurisdiction | Registration number |
| --- | --- | --- | --- |
| 1. | Alasus Holding Limited | Cyprus | |
| 2. | Asterius Holdings Limited | Cyprus | |
| 3. | Creterius Finance Limited | Cyprus | |
| 4. | Fendus Holding Limited | Cyprus | HE 251906 |
| 5. | Gallamist Investments Limited | Cyprus | |
| 6. | Global Scale Corporation | Seychelles | |
| 7. | Ladyhawk Holdings Limited | BVI | 1532832 |
| 8. | Landusaco Holding Limited | Cyprus | |
| 9. | Ludostad Properties Limited | BVI | 1536275 |
| 10. | Melkus Finance Ltd | Cyprus | HE245410 |
| 11. | Parasus Finance Limited | Cyprus | HE 251918 |
| 12. | Peristar Holdings Limited | BVI | 1536191 |
| 13. | Shallowlake Holdings Limited | Cyprus | |
| 14. | Staterax Holding Limited | Cyprus | |
| 15. | Stempel Holdings Ltd | BVI | 1522709 |
| 16. | Utara Investments Ltd | BVI | 1532811 |
| 17. | Xendus Holding Limited | Cyprus | |
| 18. | Handcart Investments Limited | BVI | 1420942 |
| 19. | Imerys Limited | Cyprus | C195218 |
| 20. | International Petroleum Services Group Limited | BVI | 489785 |
| 21. | Proteus Group Holdings Limited | Seychelles | 081568 |
| 22. | Septrade Limited | Seychelles | 027294 |
| 23. | Valenora Co Limited | Cyprus | C196265 |

## SCHEDULE 4

*Powers of each of the Receivers (in addition to all other powers vested in each Receiver by virtue of his appointment)*

1. Power to take possession of, collect, get in, receive and preserve the Property and the Undisclosed, Further Undisclosed, Additional Undisclosed and Extra Undisclosed Assets and the UK Properties.

2. Power to carry on the business of or associated with any part of the Property including, for the avoidance of doubt, the companies referred to in paragraph 1A of this order or any part of the Undisclosed, Further Undisclosed, Additional Undisclosed or Extra Undisclosed Assets or the UK Properties insofar as may be necessary for the preservation of its value provided for the avoidance of doubt that: (i) the Receivers shall not without further order of the Court carry on any business of the local operating companies identified in Schedule 3 of this order; (ii) the Receivers shall have no powers and take no steps in relation to any arbitral proceedings to which KT Asia Investment Group BV is a party (as to which the Bank and the Receivers shall have liberty to apply); and (iii) the Receivers shall have no powers and take no steps in relation to any claims brought by the Bank against the companies referred to in Schedules 3, 3A, 3B, 3C and 3D hereto (as to which the Bank and the Receivers shall have liberty to apply).

3. Power to retain and operate existing bank accounts and to transfer such of the Property and such of the Undisclosed, Further Undisclosed, Additional Undisclosed or Extra Undisclosed Assets as he is able to transfer into an account in his own name or under his control.

4. Power to transfer any shares, assets, property or ownership rights that are the subject of his appointment to himself or to a suitable person to hold the same on trust or as nominee or agent on his behalf.

5. Power to exercise such voting or other rights or powers attaching to any shareholding or other security (including, without limitation, power to exercise such voting or other rights to change the membership of a legal entity's board of directors or other governing body).

6. Power to take all such steps as may be necessary to cause the registration of themselves (or their nominees) as the registered holders of any shares included in the Property or the Undisclosed, Further Undisclosed, Additional Undisclosed or Extra Undisclosed Assets.

7. Power to take all such steps as may be necessary to prevent or rectify any alteration of the share capital or ownership of any company whose shares are included in the Property or in the Undisclosed, Further Undisclosed, Additional Undisclosed or Extra Undisclosed Assets or the alteration or variation of the classes or of the class rights of its shares which would adversely affect that shareholding whether by reduction of capital or the issuing or allotment of new shares or otherwise howsoever.

8. Power to take all such steps as may be necessary to prevent or rectify any acts that adversely affect the value of any shares included in the Property or the Undisclosed,

Further Undisclosed, Additional Undisclosed or Extra Undisclosed Assets (subject to paragraph 2 above).

9.    Power to assign the benefit of any contract to himself or a trustee, nominee or agent on his behalf.

10.   Power to bring or defend any action or other legal proceedings in the Courts of this or any other country in order to achieve the purposes of the receivership. For the avoidance of doubt and without limitation, the Receivers shall have power to take all such steps as they deem expedient in relation to (i) the Valenora Proceedings (whether in their own name and/or in the name of Valenora Co Limited), including (if appropriate) to discontinue the same and (ii) such further proceedings as relate to such monies as are due to Chrysopa Holding BV ("**Chrysopa**") or International Petroleum Services Group Limited ("**IPSG**") and/or Valenora Co Limited ("**Valenora**") pursuant to a purported sub-loan agreement entered into between Chrysopa and Usarel Investments Limited dated 10 July 2008 (as subsequently amended) (whether by way of amendments to the Valenora Proceedings or otherwise and whether brought by the Receivers in their own name and/or in the name of Chrysopa and/or IPSG and/or Valenora).

11.   Power to appoint a solicitor, accountant and/or other appropriate person (including his partners, divisions within and employees of his firm) to assist him in the performance of his duties.

12.   Power to do all such things as may be necessary for the preservation and maintenance of the Property and the Undisclosed, Further Undisclosed, Additional Undisclosed or Extra Undisclosed Assets or the UK Properties or any of the share certificates, securities, books, instruments evidencing title and other documents and records (whether electronic or otherwise) that are required hereunder to be delivered up.

13.   Power to appoint any trustee, nominee or agent to take any step which he is unable to do himself or which can more conveniently be done by such person.

14.   Power to effect or maintain policies of insurance in respect of any property or assets within his possession or control.

15.   Power to do any act or execute any deed, receipt or document or to make any payment which is necessary or incidental to his functions or the exercise of the foregoing powers.

## SCHEDULE 5

*Persons referred to in paragraph 20(3) above*

### 1. CSPs, AFFILATED LAW FIRMS AND OTHER THIRD PARTIES

Alick Lawrence Attorney at Law

Andreas P. Dimitriadis & Synergates

Andreas Sofocleous & Co

Ashbury & Bloom Ltd

Aspen Trust Group Ltd

Christodoulos G. Vassiliades

Christodoulos G. Vassiliades & Co LLC

Chrysses Demetriades & Co LLC

Consulco

Consulco & Partners

DS Express

Elias Christofi & Co.

Fiduserve Overseas Limited

GMA Auditors Limited

GWM Center

Hugh F Shaw & Co

International Overseas Services Inc

K. Treppides & Co

Karibouni Corporate Services Limited

Michael Berry

N.K. Oriaka Management Limited

Papachristophorou & Co

PNO Law Firm LLC

Profserve Limited

Proteus Consulting & Services Limited

Quijado & Asociados

Starport Nominees Limited

Unitrust Corporate Services Limited

Worldwide Corporate Services Limited

## 2. REGISTERED AGENTS

A.C.T. - Offshore Limited

Aleman, Cordero, Galindo & Lee Trust (BVI) Limited

All About Offshore (Seychelles) Limited

Alpha IBC Secretaries Ltd

AMS Financial Services

AMS Trustees Limited

Andreas Demetriades

Annie Yeap

Apollo Business Solutions (PTY)

Aspen Secretarial Services Limited

Augi Kalogirou

Avomar Limited

Belserve Consultants Limited

Benedetti & Benedetti

Best Corporate Services Inc

Cherkoules Jason Christian

Christofi Secretarial Limited

Clifton SC Limited

Commonwealth Trust Limited

Cyproservus Co. Limited

Daria Kozlova

Derbent Services Limited

Dilea Secretarial Limited

DMS Corporate Services Ltd

Elena Hadjiroussou

Equity Trust (BVI) Limited

Equity Trust Co (Luxembourg) SA

Fidappoint Secretarial Limited

Fidelity Corporate Services Ltd

Fiduserve Management Limited

Georgia Karides

Giorgoula Zinonos

Harneys Corporate Services Limited


ILS Fiduciary (BVI) Limited

ING Trust (BVI) Limited

International Investment Services Ltd.

International Law & Corporate Services (Pty) Ltd

Intershore Consult (Pty) Ltd

Jordans (Caribbean) Ltd

Jordans (Seychelles) Limited

Mayfair Trust Group Limited

Medwell Holdings Limited

Morgan & Morgan Trust Corporation Limited

Mossack Fonseca & Co. (BVI) Ltd

Mossack Fonseca & Co. (Panama)

Mossack Fonseca & Co. (Seychelles) Ltd

Nikolaou Charalampous Despoina

Orthodoxia Pericleous

Panayiota Eleftheriou

Panayiotis Savva

Patton, Moreno & Asvat (BVI) Limited

Paul Kythreotis

Platform Trustees Ltd

Plenexus Limited

PKM Management Limited

Portcullis TrustNet (BVI) Limited

PPT Secretarial Limited

Primeserve Secretarial Limited

Regiserve Secretarial Limited

St Vincent Trust Service Limited

Skysec Secretarial Limited

Starport Secretaries Limited

Sucre & Sucre Trust (BVI) Limited

The Trust Company of the Marshall Islands Inc.

Top Secretarial Limited

Totalserve Trust Company Limited

Trea Secretarial Limited

Trident Trust Company (BVI) Limited

Trustone Services Limited

Vimatex Ltd

Waterlow Registrars Limited

Woodmax Investments Limited

Zoulian Limited

## 3. BANKS

Alpha Bank

OJSC Promsvyazbank

Marfin Popular Bank

Hellenic Bank

Bank of Cyprus

Baltikums Bank AS

Commerzbank (Eurasija) SAO

European American Investment Bank AG

Eurohypo AG

ING Bank (Luxembourg) SA

LGT (Schweiz) Bank

AS Rietumu Banka

Trasta Komercbanka

Eurobank EFG Cyprus Limited

4. LIQUIDATORS

Christina Cornelia van den Berg

Damjan Glusica

Edward Petre-Mears

Sarah Petre-Mears

# EXHIBIT B



Home | Latest Filings | Previous Page

Search the Next-Generation
EDGAR System

**U.S. Securities and Exchange Commission**

# EDGAR
## Search Results

SEC Home » Search the Next-Generation EDGAR System » Company Search » Current Page

## BANK OF AMERICA NA /MSD CIK#: 0000009586 (see all company filings)

State location: NY
formerly: BANK OF AMERICA NA /MSD (filings through 2007-10-12)

Business Address
ONE BRYANT PARK,
NY1-100-04-01
NEW YORK NY 10036
6468552236

Mailing Address
901 W. TRADE
STREET
NC1-003-04-26
CHARLOTTE NC
28255

| Filter Results: | Filing Type: | Prior to: (YYYYMMDD) | Ownership? ● include ● exclude ● only | Limit Results Per Page 40 Entries | Search Show All |

Items 1 - 15. 🔲 RSS Feed

| Filings | Format | Description | Filing Date | File/Film Number |
|---------|--------|-------------|-------------|------------------|
| MSD/A | Documents | **[Amend][Paper]**Registration of Municipal Securities Dealer Acc-no: 9999999997-12-010921 (34 Act) Size: 1 KB | 2012-06-22 | 086-00146 12061887 |
| MSD/A | Documents | **[Amend][Paper]**Registration of Municipal Securities Dealer Acc-no: 9999999997-12-010903 (34 Act) Size: 1 KB | 2012-05-23 | 086-00146 12061832 |
| MSD/A | Documents | **[Amend][Paper]**Registration of Municipal Securities Dealer Acc-no: 9999999997-12-010918 (34 Act) Size: 1 KB | 2011-06-13 | 086-00146 11025135 |
| MSD/A | Documents | **[Amend][Paper]**Registration of Municipal Securities Dealer Acc-no: 9999999997-11-000763 (34 Act) Size: 1 KB | 2011-01-24 | 086-00146 11015231 |
| MSD/A | Documents | **[Amend][Paper]**Registration of Municipal Securities Dealer Acc-no: 9999999997-11-000754 (34 Act) Size: 1 KB | 2010-12-03 | 086-00146 10032702 |
| MSD/A | Documents | **[Amend][Paper]**Registration of Municipal Securities Dealer Acc-no: 9999999997-10-016654 (34 Act) Size: 1 KB | 2010-08-06 | 086-00146 10031719 |
| MSD/A | Documents | **[Amend][Paper]**Registration of Municipal Securities Dealer Acc-no: 9999999997-10-017676 (34 Act) Size: 1 KB | 2010-05-05 | 086-00146 10031942 |
| MSD/A | Documents | **[Amend][Paper]**Registration of Municipal Securities Dealer Acc-no: 9999999997-09-026629 (34 Act) Size: 1 KB | 2009-10-21 | 086-00146 09042663 |
| MSD/A | Documents | **[Amend][Paper]**Registration of Municipal Securities Dealer Acc-no: 9999999997-09-022868 (34 Act) Size: 1 KB | 2009-07-14 | 086-00146 09041913 |
| MSD/A | Documents | **[Amend][Paper]**Registration of Municipal Securities Dealer Acc-no: 9999999997-08-045232 (34 Act) Size: 1 KB | 2008-11-03 | 086-00146 08032298 |
| MSD/A | Documents | **[Amend][Paper]**Registration of Municipal Securities Dealer Acc-no: 9999999997-08-032273 (34 Act) Size: 1 KB | 2008-07-16 | 086-00146 08032180 |
| MSD/A | Documents | **[Amend][Paper]**Registration of Municipal Securities Dealer Acc-no: 9999999997-08-026033 (34 Act) Size: 1 KB | 2008-05-21 | 086-00146 08031730 |
| MSD/A | Documents | **[Amend][Paper]**Registration of Municipal Securities Dealer Acc-no: 9999999997-08-005384 (34 Act) Size: 1 KB | 2008-01-25 | 086-00146 08025280 |
| MSD/A | Documents | **[Amend][Paper]**Registration of Municipal Securities Dealer Acc-no: 9999999997-07-052074 (34 Act) Size: 1 KB | 2007-10-12 | 086-00146 07008077 |
| MSD/A | Documents | **[Amend][Paper]**Registration of Municipal Securities Dealer Acc-no: 9999999997-08-000066 (34 Act) Size: 1 KB | 2007-05-07 | 086-00146 07000139 |

*http://www.sec.gov/cgi-bin/browse-edgar*



Home | Latest Filings | Previous Page

Search the Next-Generation
EDGAR System
**EDGAR**

**U.S. Securities and Exchange Commission**

**Search Results**

SEC Home » Search the Next-Generation EDGAR System » Company Search » *Current Page*

## BARCLAYS BANK PLC/G/ /GFN CIK#: 0001042452 (see all company filings)

State location: NY

Business Address
75 WALL ST
NEW YORK NY 10265
2124123544

Mailing Address
222 BROADWAY
NEW YORK NY 10038

| Filter Results: | Filing Type: _____ | Prior to: (YYYYMMDD) _____ | Ownership? ◉ include ◉ exclude ◉ only | Limit Results Per Page 40 Entries | Search Show All |

Items 1 - 1   📶 RSS Feed

| Filings | Format | Description | Filing Date | File/Film Number |
|---------|--------|-------------|-------------|------------------|
| G-FIN/A | (Documents) | [Amend][Paper]notification by financial institutions of status Acc-no: 9999999997-03-020334 Size: 1 KB | 2003-04-11 | 011-00375 03018553 |

*http://www.sec.gov/cgi-bin/browse-edgar*

Site map  -  Legal information  -  Accessibility  -  BNP Paribas Group



**BNP PARIBAS** | The bank for a changing world

About us  |  News  |  Investors / Shareholders  |  Careers  |  Corporate Philanthropy  |  Sustainable Development  |  Sponsoring  |  Our locations

Home > Our locations

**Corporate & Institutional**

**Wealth Management**

**Individuals**

**Contact us**

Print this page

# Our locations

Contact us        Our locations

## By city or region

- **Bank of the West branches**
- **First Hawaiian Bank branches**
- **BNP Paribas Dallas Texas**
- **BNP Paribas Chicago**
- **BNP Paribas Houston**
- **BNP Paribas King of Prussia**
- **BNP Paribas New York**

**The Equitable Center**

787 Seventh Avenue
New York, NY 10019
Tel.: 212-841-2000
Fax: 212-841-3251

 Map and route

**Jersey City**

525 Washington Blvd,
Jersey City, NJ, 07310
Tel: 201-850-4000

 Map and route

**Fischer Francis Trees & Watts**

200 Park Avenue,
New York, NY 10166
Tel.: 212-681-3000
Fax: 212-681-3250

Map and route

- **BNP Paribas Miami**
- **BNP Paribas San Francisco**



Home | Latest Filings | Previous Page

Search the Next-Generation
EDGAR System

**U.S. Securities and Exchange Commission**

# EDGAR
## Search Results

SEC Home » Search the Next-Generation EDGAR System » Company Search » *Current Page*

## CITIBANK NA CIK#: 0000036684 (see all company filings)

State location: NY | Fiscal Year End: 1231
Get **insider transactions** for this **reporting owner**.

Business Address
399 PARK AVENUE
NEW YORK NY 10043
2125591000

Mailing Address
C/O LEGAL AFFAIRS
OFFICE
425 PARK AVENUE
2ND FLOOR
NEW YORK NY 10043

| Filter Results: | Filing Type: | Prior to: (YYYYMMDD) | Ownership? | Limit Results Per Page | |
|---|---|---|---|---|---|
| | | | ⦿ include ◯ exclude ◯ only | 40 Entries | Search / Show All |

Items 1 - 40  📶 RSS Feed

Next 40

| Filings | Format | Description | Filing Date | File/Film Number |
|---|---|---|---|---|
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-12-000269 (34 Act) Size: 2 KB | 2012-11-14 | 028-04287 121201272 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-12-000192 (34 Act) Size: 2 KB | 2012-08-14 | 028-04287 121029908 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-12-000121 (34 Act) Size: 2 KB | 2012-05-15 | 028-04287 12841312 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-12-000045 (34 Act) Size: 2 KB | 2012-02-14 | 028-04287 12602818 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-11-000336 (34 Act) Size: 2 KB | 2011-11-14 | 028-04287 111201013 |
| 13F-NT/A | Documents | [Amend]Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-11-000292 (34 Act) Size: 2 KB | 2011-11-01 | 028-04287 111172095 |
| 40-APP | Documents | Application for exemption and other relief filed under the Investment Company Act of 1940 Acc-no: 0001144204-11-058535 (40 Act) Size: 308 KB | 2011-10-20 | 812-13970-05 111148767 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-11-000244 (34 Act) Size: 2 KB | 2011-08-15 | 028-04287 111033654 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-11-000133 (34 Act) Size: 2 KB | 2011-05-16 | 028-04287 11843952 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-11-000044 (34 Act) Size: 3 KB | 2011-02-14 | 028-04287 11603908 |
| APP ORDR | Documents | 40-APP Order Acc-no: 9999999997-10-019633 (40 Act) Size: 27 KB | 2010-11-24 | 812-13808-05 101197445 |
| APP NTC | Documents | 40-APP Notice Acc-no: 9999999997-10-019632 (40 Act) Size: 50 KB | 2010-11-24 | 812-13808-05 101197425 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-10-000272 (34 Act) Size: 3 KB | 2010-11-15 | 028-04287 101190942 |
| 40-APP/A | Documents | [Amend]Application for exemption and other relief filed under the Investment Company Act of 1940 Acc-no: 0001144204-10-054401 (40 Act) Size: 281 KB | 2010-10-19 | 812-13808-05 101130043 |
| 13F-NT | Documents | | | |

| | | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-10-000194 (34 Act) Size: 3 KB | 2010-08-13 | 028-04287 101013384 |
|---|---|---|---|---|
| 40-APP/A | Documents | [Amend]Application for exemption and other relief filed under the Investment Company Act of 1940 Acc-no: 0001144204-10-040425 (40 Act) Size: 281 KB | 2010-07-30 | 812-13808-05 10981554 |
| 40-APP | Documents | Application for exemption and other relief filed under the Investment Company Act of 1940 Acc-no: 0001144204-10-040081 (40 Act) Size: 281 KB | 2010-07-29 | 812-13808-05 10978088 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-10-000125 (34 Act) Size: 3 KB | 2010-05-17 | 028-04287 10837488 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-10-000036 (34 Act) Size: 3 KB | 2010-02-12 | 028-04287 10595364 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-09-002272 (34 Act) Size: 3 KB | 2009-11-10 | 028-04287 091172016 |
| CORRESP | Documents | [Cover]Correspondence Acc-no: 0001104659-09-058519 Size: 602 KB | 2009-10-09 | |
| 40-APP/A | Documents | [Amend]Application for exemption and other relief filed under the Investment Company Act of 1940 Acc-no: 0001104659-09-058494 (40 Act) Size: 794 KB | 2009-10-09 | 812-13656-22 091114245 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-09-002170 (34 Act) Size: 3 KB | 2009-08-14 | 028-04287 091013087 |
| 40-APP/A | Documents | [Amend]Application for exemption and other relief filed under the Investment Company Act of 1940 Acc-no: 0001104659-09-048493 (40 Act) Size: 724 KB | 2009-08-10 | 812-13656-22 09998649 |
| 40-APP/A | Documents | [Amend]Application for exemption and other relief filed under the Investment Company Act of 1940 Acc-no: 0001104659-09-038382 (40 Act) Size: 701 KB | 2009-06-16 | 812-13656-22 09894547 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-09-001401 (34 Act) Size: 3 KB | 2009-05-15 | 028-04287 09829498 |
| 40-APP | Documents | Application for exemption and other relief filed under the Investment Company Act of 1940 Acc-no: 0001104659-09-028708 (40 Act) Size: 754 KB | 2009-05-04 | 812-13656-22 09790978 |
| 40-APP | Documents | Application for exemption and other relief filed under the Investment Company Act of 1940 Acc-no: 0001144204-09-013637 (40 Act) Size: 288 KB | 2009-03-12 | 812-13641-03 09676588 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-09-000421 (34 Act) Size: 3 KB | 2009-02-11 | 028-04287 09588764 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-08-001136 (34 Act) Size: 3 KB | 2008-11-13 | 028-04287 081183966 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-08-000474 (34 Act) Size: 3 KB | 2008-08-14 | 028-04287 081014550 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-08-000383 (34 Act) Size: 3 KB | 2008-05-14 | 028-04287 08831806 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-08-000055 (34 Act) Size: 3 KB | 2008-02-14 | 028-04287 08613177 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-07-000361 (34 Act) Size: 3 KB | 2007-11-14 | 028-04287 071244277 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-07-000240 (34 Act) Size: 3 KB | 2007-08-14 | 028-04287 071054966 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-07-000161 (34 Act) Size: 3 KB | 2007-05-15 | 028-04287 07852353 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-07-000083 (34 Act) Size: 3 KB | 2007-02-14 | 028-04287 07620395 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-06-000392 (34 Act) Size: 3 KB | 2006-11-13 | 028-04287 061210320 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000831001-06-000264 (34 Act) Size: 3 KB | 2006-08-14 | 028-04287 061029939 |
| 13F-NT | Documents | | | |

| | | | |
|---|---|---|---|
| Quarterly report filed by institutional managers, Notice<br>Acc-no: 0000831001-06-000179 (34 Act)  Size: 3 KB | 2006-05-15 | 028-04287<br>06840291 |

[Next 40]

*http://www.sec.gov/cgi-bin/browse-edgar*



Home | Latest Filings | Previous Page

Search the Next-Generation
EDGAR System

**U.S. Securities and Exchange Commission**

**EDGAR**

**Search Results**

SEC Home » Search the Next-Generation EDGAR System » Company Search » *Current Page*

## COMMERZBANK AG /ADR/ CIK#: 0000839463 (see all company filings)

SIC: 8880 - UNKNOWN SIC - 8880
State location: NY | State of Inc.: **2M** | Fiscal Year End: 1231
(Assistant Director Office: 99)

| Business Address | Mailing Address |
|---|---|
| *2 WORLD FINANCIAL CENTER* | *2 WORLD FINANCIAL CENTER* |
| *NEW YORK NY 10281* | *NEW YORK NY 10281* |
| *2122667581* | |

| Filter Results: | Filing Type: | Prior to: (YYYYMMDD) | Ownership? ⊙ include ○ exclude ○ only | Limit Results Per Page 40 Entries ▼ | Search Show All |
|---|---|---|---|---|---|

Items 1 - 8 🔊 RSS Feed

| Filings | Format | Description | Filed/Effective | File/Film Number |
|---|---|---|---|---|
| EFFECT | Documents | Notice of Effectiveness Acc-no: 9999999995-11-002741 (33 Act) Size: 1 KB | 2011-09-16 09:00:00 | 333-176649 111096360 |
| F-6 | Documents | Registration of American Depository Receipt shares, not immediately effective Acc-no: 0001019155-11-000405 (33 Act) Size: 185 KB | 2011-09-02 | 333-176649 111072852 |
| F-6EF | Documents | Registration of American Depository Receipt shares, immediately effective Acc-no: 0001019155-05-000127 (33 Act) Size: 120 KB | 2005-06-17 | 333-125896 05902618 |
| SC 13G/A | Documents | [Amend]Statement of acquisition of beneficial ownership by individuals Acc-no: 0000903423-05-000014 Size: 9 KB | 2005-01-06 | |
| SC 13G | Documents | Statement of acquisition of beneficial ownership by individuals Acc-no: 0000903423-04-000953 Size: 9 KB | 2004-10-21 | |
| SC 13G/A | Documents | [Amend]Statement of acquisition of beneficial ownership by individuals Acc-no: 0000903423-04-000924 Size: 9 KB | 2004-10-07 | |
| SC 13G | Documents | Statement of acquisition of beneficial ownership by individuals Acc-no: 0000903423-04-000801 Size: 10 KB | 2004-08-23 | |
| SC 13G/A | Documents | [Amend]Statement of acquisition of beneficial ownership by individuals Acc-no: 0000839463-03-000002 Size: 10 KB | 2003-08-12 | |

*http://www.sec.gov/cgi-bin/browse-edgar*



In the United States and Canada, Crédit Agricole CIB offers the full range of the Corporate and Investment Bank's expertise through four dedicated business lines:
• Coverage: of large corporates and financial institutions, both large US clients and international group clients,
• the Structured Finance teams: a renowned expertise, particularly in the energy, infrastructure, transportation, real estate, and lodging sectors.
• the Capital Markets division: strong expertise in foreigne exchange, interest rates, commodities, USD bonds, and securitisation solutions,
• Equity Brokerage activities which pull together European (CA Cheuvreux), Asian (CLSA), and US research and sales expertise.

Crédit Agricole CIB's long-term relationships with US-based and international customers are based on the Bank's capacity to provide competitive and differentiated products.
Worth noting is the Bank's particular expertise in energy and infrastructure, including structured financing of Public and Private Partnerships (PPPs) and renewable energy projects.
In capital markets, Crédit Agricole CIB provides unique solutions, for example in commodities hedging, USD bond primary issues, and trade receivables or term ABSAsset-Backed Security: fixed income securitiy issued by a special purpose vehicle (SPV) to refinance the purchase from a bank or other financial institution, a corporate, public entity or other seller of specified assets (e.g. bank loans). The ABS interest and principal repayments are paid out of cash-flow generated by the purchased assets. securitisations.

A specialised client focus complements longstanding coverage of corporate clients through the banking teams in the United States, Canada and Latin America. Crédit Agricole CIB in the Americas has developed a client base of more than 200 companies. Crédit Agricole CIB Americas' headquarters are in New York City, with other US offices in Chicago, Houston and Boston as well as offices in Canada, Mexico, Argentina and Brazil.

Located in New York, the Crédit Agricole Group Liaison Desk in the United States assists Crédit Agricole's mid-capCompanies with a Market capitalisationIt corresponds to the value of a company as determined by the market. It is calculated by multiplying the number of

outstanding shares by the current market price of a share. of between EUR 250 million and EUR 1,000 million. corporate customers with their international operations, by providing expertise on the local environment as well as by securing access to a wide spectrum of banking services abroad.

Contact:
Crédit Agricole Group Liaison desk in North America
1301 Avenue of the Americas,
NEW YORK, NY 10019

More information

---

Communications
infoamericas@ca-cib.com



Home | Latest Filings | Previous Page

Search the Next-Generation
EDGAR System

**EDGAR**

**U.S. Securities and Exchange Commission**

**Search Results**

SEC Home »Search the Next-Generation EDGAR System »Company Search »*Current Page*

## DEUTSCHE BANK TRUST CO AMERICAS CIK#: 0001173854 (see all company filings)

State location: NY

Business Address
60 WALL STREET
25TH FLOOR
NEW YORK NY 10005
2126023761

Mailing Address

| Filter Results: | Filing Type: | Prior to: (YYYYMMDD) | Ownership? ◉ include ◉ exclude ◉ only | Limit Results Per Page 40 Entries | Search Show All |
|---|---|---|---|---|---|

Items 1 - 16 📶 RSS Feed

| Filings | Format | Description | Filing Date | File/Film Number |
|---|---|---|---|---|
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-12-000125 (34 Act)  Size: 2 KB | 2012-11-19 | 028-13777 121212783 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-12-000102 (34 Act)  Size: 2 KB | 2012-08-15 | 028-13777 121035666 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-12-000071 (34 Act)  Size: 2 KB | 2012-05-15 | 028-13777 12843469 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-12-000044 (34 Act)  Size: 2 KB | 2012-02-15 | 028-13777 12615033 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-11-000129 (34 Act)  Size: 2 KB | 2011-11-14 | 028-13777 111201962 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-11-000105 (34 Act)  Size: 2 KB | 2011-08-15 | 028-13777 111035251 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-11-000076 (34 Act)  Size: 2 KB | 2011-05-16 | 028-13777 11844098 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-11-000041 (34 Act)  Size: 3 KB | 2011-02-14 | 028-13777 11607990 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-10-000203 (34 Act)  Size: 3 KB | 2010-11-17 | 028-13777 101198399 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-10-000181 (34 Act)  Size: 3 KB | 2010-11-15 | 028-13777 101192104 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-10-000142 (34 Act)  Size: 3 KB | 2010-08-13 | 028-13777 101013458 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-10-000084 (34 Act)  Size: 3 KB | 2010-05-14 | 028-13777 10831952 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000948046-10-000043 (34 Act)  Size: 3 KB | 2010-02-16 | 028-13777 10602379 |
| 40-6C/A | Documents | [Amend][Paper]Application for exemption and other relief [Section 6(c)] Acc-no: 9999999997-06-050075 (40 Act)  Size: 1 KB | 2006-12-21 | 812-13212 06065107 |
| 40-6C | Documents | [Paper]Application for exemption and other relief [Section 6(c)] Acc-no: 9999999997-05-031138 (40 Act)  Size: 1 KB | 2005-07-07 | 812-13212 05059852 |
| 40-6C | Documents | | | |

| **[Paper]**Application for exemption and other relief [Section 6(c)]<br>Acc-no: 9999999997-02-030053 Size: 3 KB | 2002-05-01 | 812-12822-01<br>02035703 |
| --- | --- | --- |

*http://www.sec.gov/cgi-bin/browse-edgar*

 **Habib American Bank**

December 17, 2012

Consumer Banking     Corporate Banking     Institutional Banking     Trade Finance     About Us

**About Us**
¶Corporate Profile
¶Mission Statement
¶Core Values
¶Board of Directors
¶Management
¶Locations
¶Employment

## About Us

### Corporate Profile

Habib American Bank (HAB) was incorporated in 1983 as a New York State Chartered Bank. HAB is a member of Federal Deposit Insurance Corporation (FDIC). Headquartered in New York, the bank expanded by opening branches in Queens, New York, and subsequently in Los Angeles, California and New Jersey. HAB also has an International Banking Facility (IBF) that provides correspondent service to international banks.

HAB specializes in Financial Institution Services, International Trade Finance, Asset Based Lending, Commercial and Residential Mortgages and Consumer Banking Services. Our family of Consumer Banking Products includes HAB eBanking, Remote Deposit Capture, Habib Access Debit Card, Visa Credit Card & 24 Hour Telephone Banking.

As we celebrate our 3rd decade of operations, we continue to emphasize our focus on adding value to services provided to our niche consisting of corporate, consumer and correspondent banking customers. HAB is indeed......

**"Your Local Bank with International Experience"**

### Mission Statement

Habib American Bank's mission is to provide a broad range of commercial and personal banking products and services to a diverse community of globally oriented customers. Our customers can expect that we will consistently deliver exceptional customer service in every aspect of our business dealings resulting in profitable long-term relationships.

### Core Values

Every employee will strive to provide superior service with the best possible value, above the industry standard, thereby encouraging customers to choose and remain with our bank as their preferred banking partner.

We will adhere to the highest levels of honesty, integrity and efficiency in providing value added services to our customers, thereby creating an ongoing relationship of trust and confidence in all their dealings with the bank.

We will manage and grow our assets with exceptional fiduciary care yet strive to produce a profit which will enable us to enhance the lives of our employees, customers and the communities in which we live and work.

Our management team will provide continuity in leadership, demonstrate vision in a competitive marketplace and strive always to inspire confidence and trust in their relationships with their employees and customers.

Recognizing that our employees are our most valuable asset and our competitive advantage, we will provide them with the resources and services needed to support the achievement of our mission and endeavor to protect the special values and culture of our organization.

### Board of Directors

Our Board of Directors, mentioned below, consists of present as well as former bankers with extensive experience in the field of banking.

| | |
|---|---|
| **A.G. Abbasi** | Chairman |
| **Arvid Nelson** | Vice Chairman |
| **Muhammad H. Habib** | Director |
| **Douglas A. Russell** | Director |
| **William S. Mason, Jr.** | Director |

| **Dennis Dunn** | Director |
| **Navneet S. Chugh** | Director |
| **Saleem Iqbal** | Director |

## Management

Our Management Team consists of experienced bankers with extensive banking experience. The following are members of our management team.

| **Saleem Iqbal** | President & Chief Executive Officer |
| **Mirza Ejaz Hussain** | S.E.V.P. & Head of Correspondent Banking Division |
| **Rizwan Qureshi** | S.E.V.P. & Chief Compliance Officer |
| **Javed Karim** | E.V.P.& Senior Credit Officer |
| **Zilay Wahidy** | S.V.P.& Marketing Executive |
| **Abbas Somjee** | 2nd Vice President & Financial Controller |
| **Amina Hashim** | Secretary to the Board |

## Locations

**Manhattan Branch**
99 Madison Avenue
New York, NY 10016
Monday-Friday 9:00 AM-3:30 PM
Telephone: (212) 532-4444
Fax: (212) 532-8273

**Jackson Heights Branch**
74-05/07 37th Avenues
Jackson Heights, NY 11372
Monday-Friday 9:00 AM - 3:30 PM
Saturday 11:00 AM - 2:00 PM
Telephone: (718) 397-0890
Fax: (718) 397-0871

**Los Angeles Branch**
110 East 9th Street
Los Angeles, CA 90079
Monday-Friday 9:00 AM - 4:00 PM
Telephone: (213) 362-1200
Fax: (213) 362-1201

**Artesia Branch**
18357 Pioneer Boulevard
Artesia, CA 90701
Monday - Friday 9:00 AM - 4:00 PM
Saturday 10:00 AM - 2:00 PM
Telephone: (562) 924-7500
Fax: (562) 924-7521

**Iselin Branch**
1585 Oak Tree Road
Iselin, NJ 08830
Monday-Friday 9:00 AM - 4:00 PM
Saturday 10:00 AM - 1:00 PM
Telephone: (732) 205-1777
Fax: (732) 205-1772

**Hicksville Branch**
421 South Broadway
Hicksville, NY 11801
Monday - Friday 9:00 AM - 4:00 PM
Saturday 10:00 AM - 2:00 PM
Telephone: (516) 681-5200
Fax: (516) 681-5267

**Richmond Hill Branch**
112-17/19 Liberty Avenue
Richmond Hill, NY 11419
Monday - Friday 9:00 AM - 4:00 PM
Saturday 10:00 AM - 2:00 PM
Telephone: (718) 659-9000



Home | Latest Filings | Previous Page

Search the Next-Generation
EDGAR System

**U.S. Securities and Exchange Commission**

# EDGAR
## Search Results

SEC Home »Search the Next-Generation EDGAR System »Company Search »*Current Page*

## HSBC BANK USA /GFN CIK#: 0000823422 (see all company filings)

State location: NY

| Business Address | Mailing Address |
|---|---|
| *452 FIFTH AVE* | |
| *NEW YORK NY 10018* | |

| Filter Results: | Filing Type: | Prior to: (YYYYMMDD) | Ownership? ⊙ include ⊙ exclude ⊙ only | Limit Results Per Page 40 Entries | Search |
|---|---|---|---|---|---|
| | | | | | Show All |

Items 1 - 1 📶 RSS Feed

| Filings | Format | Description | Filing Date | File/Film Number |
|---|---|---|---|---|
| G-FIN/A | Documents | **[Amend][Paper]**notification by financial institutions of status Acc-no: 9999999997-03-020852 Size: 1 KB | 2003-04-11 | 011-00045 03018554 |

*http://www.sec.gov/cgi-bin/browse-edgar*



- Home
- About Us
- Contact Us
- IDB Bank News
- Careers
- Site Map



- Banking Services
  - Personal Banking
  - Business Banking
  - U.S. Private Banking
  - International Private Banking
  - Cash Management
  - Investment Management & Trust
  - Capital Markets
- Lending Services
- International
  - International Private Banking
  - Trade and Finance
- Investments
  - Time Deposits
  - Structured Time Deposits



Contact Us

- Head Office
- Staten Island Branch
- Short Hills Branch
- Aventura Branch
- Beverly Hills Branch
- Downtown Los Angeles Branch
- Cayman Islands Branch
- Personal Banking
- Business Banking
- U.S. Private Banking
- International Private Banking
- Middle Market Lending
- Asset Based Lending
- Trade and Finance
- Commercial Real Estate Lending
- Trademark Financing
- IDB Factors®
- PRO2PRO® for Professional Firms
- Not-For-Profit Pros®

- <u>Corporate Communications</u>
- <u>Careers</u>
- <u>Representative Offices</u>
- <u>Broker-Dealer Services through IDB Capital Corp.</u>

**MEMBER FDIC**

# Contact Us

**To report a lost or stolen ATM/Debit card call 1-866-IDB-5825**

HOURS OF OPERATION:

IDB Bank branch hours are 9:00am – 3:30pm in their respective time zones.
IDB Bank office hours are 9:00am – 5:00pm in their respective time zones.

BANK HOLIDAYS:

Please be advised that the Bank and all of its branches will be officially closed in observance of the following holidays:

**2012**
January 2 - New Year's Day (Sun. observed Mon.)
January 16 - Dr. Martin Luther King, Jr. Day
February 20 - President's Day
April 13 - Passover (7th Day)
May 28 - Shavuot (2nd Day)/Memorial Day
July 4 - Independence Day
September 3 - Labor Day
September 17 - Rosh Hashanah (1st Day)
September 18 - Rosh Hashanah (2nd Day)
September 26 - Yom Kippur
October1 - Sukkot (1st Day)
October 2 - Sukkot (2nd Day)
October 8 - Shemini Atzeret/Columbus Day
October 9 - Simchat Torah
November 12 - Veteran's Day (Sun. observed Mon.)
November 22 - Thanksgiving Day
December 25 - Christmas Day

NEW YORK

Head Office

IDB Bank
511 Fifth Avenue
New York, NY 10017
Tel: (212) 551-8500

Staten Island Branch

IDB Bank
201 Edward Curry Avenue, Suite 204
Staten Island, NY 10314
Tel: (718) 698-4892

NEW JERSEYShort Hills Branch

IDB Bank
150 JFK Parkway
Short Hills, NJ 07078
Tel: (973) 379-8699

FLORIDA

Aventura Branch

IDB Bank
Harbour Centre
18851 NE 29th Avenue, Suite 600
Aventura, FL 33180
Tel: (305) 682-3700

Telecommunication Device for the Hearing Impaired:
(305) 682-3792

CALIFORNIA

Beverly Hills Branch

IDB Bank
9401 Wilshire Blvd., Suite 600
Beverly Hills, CA 90212
Tel: (310) 860-6320

Downtown Los Angeles Branch

IDB Bank
888 South Figueroa Street, Suite 550
Los Angeles, CA 90017
Tel: (213) 861-6440

Telecommunication Device for the Hearing Impaired:
(310) 276-8437

CAYMAN ISLANDS

Cayman Islands Branch

P. O. Box 694GT
George Town
Grand Cayman, British West Indies

Personal Banking

**New York**

Elliot Tolchin, FVP
Tel: (212) 551-8708

Terry Nidich, AVP
Tel: (212) 714-5662

**California**

Moti Levy-Tsedek, FVP & Branch Manager
Tel: (213) 861-6455

---

Business Banking

**New York**

Elliot Tolchin, FVP
Tel: (212) 551-8708

Terry Nidich, AVP
Tel: (212) 714-5662

**Florida**

Moise Hillel, EVP & Regional Manager
Tel: (305) 682-3725

**California**

Moti Levy-Tsedek, FVP & Branch Manager
Tel: (213) 861-6455

---

U.S. Private Banking

**New York**

James LoGatto, EVP
Tel: (212) 551-8508
IDB Bank
511 5th Avenue, NY 10017

**California**

Gal Ben-Naim, FVP
Tel: (310) 860-6334

**Florida**

Charles K. Miller, FVP
Tel: (305) 682-3739

---

International Private Banking

---

Middle Market Lending

**New York**

Lissa Baum, EVP and Group Leader
Tel: (212) 551-8751

Howard Weinberg, FSVP and Group Head
Tel: (212) 551-8085

George Commander, SVP
Tel: (212)551-8755

**Florida**

Roger Arsham, SVP Middle Market & Corporate Lending
Tel: (305) 682-3781

**California**

Yoav Peled, EVP and Regional Manager for California
Tel: (310) 860-6350

---

Asset Based Lending

Roy Grossman, SVP 1 and Department Head
Tel: (212) 551-8550

---

Trade and Finance

Vincent A. Forzano, VP
350 Fifth Avenue
New York, NY 10118-2091
20th Floor, Suite 2001
(212) 216-1042

---

Commercial Real Estate Lending

**New York**

Sten F.B. Sandlund, SVP, Manager, NY Real Estate Lending
Tel: (212) 551-8127

**Florida**

John White, SVP Commercial Real Estate Lending
Tel: (305) 682-3734

**California**

Yoav Peled, EVP & Regional Manager for California
Tel: (310) 860-6322

Lorraine Drasser, SVP, Los Angeles Real Estate Division
Tel: (213) 861-6444

---

T®ADEMARK FINAN©ING<sup>SM</sup>

Howard Weinberg, FSVP and Group Head
IDB Bank
511 5th Avenue
New York, NY 10017
Tel: (212) 551-8085

---

IDB Factors® (division of IDB Bank)

**New York**

Louis G. Barone, SVP and Division Head
IDB Factors
511 Fifth Avenue
New York, NY 10017
Tel: (212) 551-8778

**California**

IDB Factors
888 South Figueroa Street, Suite 550
Los Angeles, CA 90017
Tel: (310) 860-6330

---

PRO2PRO®

---

Not-for-Profit Pros®

---

Corporate Communications

Teresa Murphy, VP
Tel: (212) 551-8927

---

REPRESENTATIVE OFFICES

**Israel**
Ofek House
8 Ha'Manofim Street, 3rd Floor
P.O. Box 12406
Herzliya Pituach, 46733
Israel

**Chile**

Av. Vitacura 2771, Of. 804
Santiago, Chile

---

SUBSIDIARY BANK

**Discount Bank Latin America**
Rincón 390
Montevideo, Uruguay

---

Broker-Dealer Services

---

IDB Capital Corp. (subsidiary of IDB Bank)

---



Home | Latest Filings | Previous Page

Search the Next-Generation
EDGAR System
**EDGAR**
**Search Results**

**U.S. Securities and Exchange Commission**

SEC Home » Search the Next-Generation EDGAR System » Company Search » *Current Page*

## JP MORGAN CHASE BANK CIK#: 0001208636 (see all company filings)

SIC: 8880 - UNKNOWN SIC - 8880
State location: NY
(Assistant Director Office: 99)
Get **insider transactions** for this **reporting owner.**

Business Address       Mailing Address
1CHASE
MANHATTAN PLAZA
40TH FLOOR
NEW YORK NY 10081
2125524904

| Filter Results: | Filing Type: | Prior to: (YYYYMMDD) | Ownership? ◉ include ◉ exclude ◉ only | Limit Results Per Page 40 Entries | Search Show All |
|---|---|---|---|---|---|

Items 1 - 2  📶 RSS Feed

| Filings | Format | Description | Filing Date | File/Film Number |
|---|---|---|---|---|
| ARS | (Documents) | **[Paper]** Annual Report to Security Holders Acc-no: 9999999997-08-021431 (34 Act)  Size: 1 KB | 2008-04-01 | 333-107610 08016127 |
| F-6EF | (Documents) | Registration of American Depository Receipt shares, immediately effective Acc-no: 0000950117-03-003399 Size: 51 KB | 2003-08-01 | 333-107610 03818833 |

*http://www.sec.gov/cgi-bin/browse-edgar*



Home | Latest Filings | Previous Page

Search the Next-Generation
EDGAR System

**U.S. Securities and Exchange Commission**

# EDGAR
## Search Results

SEC Home » Search the Next-Generation EDGAR System » Company Search » *Current Page*

## SOCIETE GENERALE NEW YORK BRANCH CIK#: 0001238163 (see all company filings)

State location: NY

Business Address
*1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 212-278-7028*

Mailing Address

| Filter Results: | Filing Type: | Prior to: (YYYYMMDD) | Ownership? ⦿ include ◯ exclude ◯ only | Limit Results Per Page 40 Entries | Search Show All |
|---|---|---|---|---|---|

Items 1 - 1 🔊 RSS Feed

| Filings | Format | Description | Filing Date | File/Film Number |
|---|---|---|---|---|
| G-FIN | Documents | **[Paper]** notification by financial institutions of status Acc-no: 9999999997-03-023854 Size: 1 KB | 2003-04-30 | 011-00512 03053427 |

*http://www.sec.gov/cgi-bin/browse-edgar*

**WHOLESALE BANKING**

**USA**

**New York, New York**

Standard Chartered Bank
1095 Avenue of the Americas
New York, NY 10036
Tel: +1 212 667 0700
Fax: +1 212 667 0380

**Newark, New Jersey**

Standard Chartered Bank
Two Gateway Center, 13th Floor
Newark, NJ 07102
Tel: +1 201 706 5000
No General Fax Number

**Jersey City, New Jersey**

Standard Chartered Bank
One Evertrust Plaza, 11th floor
Jersey City, NJ, 07302
Tel: +1 201 915 8529
Fax: +1 201 209 0572; +1 201 209 0871

**Houston, Texas**

Standard Chartered Bank
3 Riverway, Suite 1330
Houston, Texas 77056
Tel: +1 713 877 9588
Fax: +1 713 877 9129

**Los Angeles, California**

Standard Chartered Bank
601 South Figueroa Street, Suite 2775
Los Angeles, CA 90017
Tel: +1 626 639 8000
Fax: +1 626 639 8010

**San Francisco, California**

Standard Chartered Bank
50 Freemont Street, Suite 2210
San Francisco, CA 94104
Tel: +1 415 294 8400
Fax: +1 415 294 8499

**CANADA**

**Calgary**

Standard Chartered Bank
420, 635 8th Avenue SW
Calgary, Alberta T2P 3M3, Canada
Tel: +1 403 444 2804
Fax: +1 403 444 2841

**Toronto**

Gryphon Partners Canada Inc. 1 A Standard Chartered group company
20 Adelaide Street East, Suite 1105
Toronto, ON, M5C 2T6, Canada
Tel: +1 416 368 0040
Fax: +1 416 368 0046

**CARIBBEAN**

**Cayman Islands**

Standard Chartered Trust (Cayman) Limited
24 Howard Street
George Town
Grand Caynan, KY1-1107, Cayman Islands
Tel: +345 949 8806

Fax: +345 949 0261

Nassau, Bahamas

Please contact Standard Chartered in New York

## LATIN AMERICA

**Buenos Aires, Argentina**

Standard Chartered Bank
Av. Leandro N. Alem 855 – 18th floor
Buenos Aires (C1001AAD) Argentina
Tel: +54 11 4875 0500
Fax: +54 11 4875 0520

**São Paulo, Brazil**

Standard Chartered Bank
Av. Brigadeiro Faria Lima, 3600 – 7th Floor
04538-132 – Itaim Bibi
São Paulo - SP - Brazil
Tel: +55 11 2789 6800
Fax: +55 11 2789 6894

**Santiago, Chile**

Standard Chartered Bank
Isidora Goyenechea 3621
10th Floor, Las Condes
Santiago, Chile
Tel: +562 350 67 00
Fax: +562 350 67 48

**Bogota, Colombia**

Standard Chartered Bank
Carrera 7 # 71-52
Torre A Of. 702
Bogota, Colombia
Tel: +57 1 326 4030
Fax: +57 1 312 0313

**We cover Panama and Central America clients from Bogota.**

**Mexico City, Mexico**

Standard Chartered Bank
Paseo de las Palmas 239-401
Lomas de Chapultepec
Mexico, D.F. 11000, Mexico
Tel: +52 55 5387 1300
Fax: +52 55 5387 1399

**Lima, Peru**

Standard Chartered Bank
Av. Canaval y Moreyra Number 380, Of. 1001
Lima 27, Peru
Tel: + 51 1 710 8000
Fax: +51 1 710 8040

**We cover Bolivia, Ecuador, and Venezuela clients from Lima.**



Home | Latest Filings | Previous Page

Search the Next-Generation
EDGAR System
**EDGAR**
Search Results

**U.S. Securities and Exchange Commission**

SEC Home » Search the Next-Generation EDGAR System » Company Search » *Current Page*

## BANK OF NEW YORK MELLON CIK#: 0001497973
## (see all company filings)

State location: NY | State of Inc.: DE | Fiscal Year End: 1210

Business Address          Mailing Address
ONE WALL STREET           ONE WALL STREET
NEW YORK NY 10286         NEW YORK NY 10286
212-495-1784

| Filter Results: | Filing Type: | Prior to: (YYYYMMDD) | Ownership? ⦿ include ⦾ exclude ⦾ only | Limit Results Per Page 40 Entries | Search Show All |
|---|---|---|---|---|---|

Items 1 - 4 📶 RSS Feed

| Filings | Format | Description | Filing Date | File/Film Number |
|---|---|---|---|---|
| APP WD | Documents | Withdrawal of an Application for exemption [Section 12(g)] or from filing certain reports [Section 13(a)] Acc-no: 0000945621-11-000254 (40 Act) Size: 19 KB | 2011-11-28 | 812-13823-02 111228282 |
| 40-APP/A | Documents | [Amend]Application for exemption and other relief filed under the Investment Company Act of 1940 Acc-no: 0000894579-11-000130 (40 Act) Size: 298 KB | 2011-03-21 | 812-13823-02 11699460 |
| APP WD | Documents | Withdrawal of an Application for exemption [Section 12(g)] or from filing certain reports [Section 13(a)] Acc-no: 0000894579-11-000127 (40 Act) Size: 8 KB | 2011-03-21 | 812-13824 11699448 |
| 40-APP | Documents | Application for exemption and other relief filed under the Investment Company Act of 1940 Acc-no: 0000945621-10-000164 (40 Act) Size: 221 KB | 2010-09-17 | 812-13824 101078546 |

*http://www.sec.gov/cgi-bin/browse-edgar*

Contact Us

Home | Contact Us | Locations | Locations & ATMs

**The Northern Trust Company**
65 East 55th Street
24th Floor
New York, NY  10022
ABA Routing: 072471887
Fax: 1-212-339-7274

**1-212-339-7474**

**Driving Directions**

**View a Map**

GENERAL CONTACT



**John F. Hoffman**
President - PFS New York

**Get in Touch**

**1-212-339-7474**

John Hoffman was appointed President of PFS – New York in June 2011 and is responsible for managing all aspects of the market including client service, talent management, new business development and brand awareness. He joined Northern Trust in 2003 as a wealth advisor specializing in financial, estate, investment and tax planning for high-net-worth individuals, senior executives and wealthy families.

Previously, Hoffman worked at the US Trust Company for eight years, where he served as a Senior Vice President in its high-net-worth planning group. Prior to that, he worked at AYCO Company LP as a Senior Financial Planner and as a member of the firm's investment planning committee.

Hoffman holds an MBA and a BBA from Hofstra University, he also received his CIMA designation from the University of Pennsylvania's Wharton School and his CPWA designation from the University of Chicago. Hoffman is a member of the New York Society of Security Analysts and the Investment Management

Consultants Association (IMCA) and sits on the editorial advisory board for the IMCA publication Investments and Wealth Monitor. He is also active with the New York Public Library.

**Teller Services**
Monday  Friday: 9:00 a.m. to 4:00 p.m.
Holidays, Saturday and Sunday: Closed

Full Site    Site Map

© 2012 Northern Trust Corporation

Privacy Policy     Legal Terms & Conditions

IRS Circular 230 Notice



Home | Latest Filings | Previous Page

Search the Next-Generation
EDGAR System

**U.S. Securities and Exchange Commission**

**EDGAR**
**Search Results**

SEC Home » Search the Next-Generation EDGAR System » Company Search » *Current Page*

## UBS AG NEW YORK BRANCH CIK#: 0001070765 (see all company filings)

State location: NY

Business Address     Mailing Address
10 E 50TH STREET
NEW YORK NY 10022
2037198960

| Filter Results: | Filing Type: | Prior to: (YYYYMMDD) | Ownership? ◉ include ◉ exclude ◉ only | Limit Results Per Page 40 Entries | Search / Show All |
|---|---|---|---|---|---|

Items 1 - 40 🔲 RSS Feed     Next 40

| Filings | Format | Description | Filing Date | File/Film Number |
|---|---|---|---|---|
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0001070765-12-000004 (34 Act) Size: 2 KB | 2012-10-30 | 028-07344 121168386 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000861177-12-000018 (34 Act) Size: 2 KB | 2012-08-03 | 028-07344 121005444 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0001070765-12-000003 (34 Act) Size: 2 KB | 2012-05-11 | 028-07344 12835156 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0001070765-12-000002 (34 Act) Size: 2 KB | 2012-02-13 | 028-07344 12594361 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0001070765-11-000005 (34 Act) Size: 2 KB | 2011-11-14 | 028-07344 111202326 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0001070765-11-000003 (34 Act) Size: 2 KB | 2011-07-28 | 028-07344 11993591 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000861177-11-000019 (34 Act) Size: 2 KB | 2011-04-04 | 028-07344 11732923 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0001070765-11-000001 (34 Act) Size: 2 KB | 2011-01-03 | 028-07344 11500763 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0001070765-10-000005 (34 Act) Size: 2 KB | 2010-10-01 | 028-07344 101101228 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0001070765-10-000004 (34 Act) Size: 2 KB | 2010-07-30 | 028-07344 10981712 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000861177-08-000067 (34 Act) Size: 2 KB | 2008-08-14 | 028-07344 081015758 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000861177-08-000058 (34 Act) Size: 2 KB | 2008-02-13 | 028-07344 08601716 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000861177-07-000104 (34 Act) Size: 2 KB | 2007-12-04 | 028-07344 071282203 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000861177-07-000087 (34 Act) Size: 2 KB | 2007-05-15 | 028-07344 07850975 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000861177-07-000001 (34 Act) Size: 2 KB | 2007-02-05 | 028-07344 07579830 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0000861177-06-000053 (34 Act) Size: 2 KB | 2006-11-15 | 028-07344 061220516 |

| | | | | |
|---|---|---|---|---|
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice<br>Acc-no: 0000861177-06-000044 (34 Act)  Size: 2 KB | 2006-07-19 | 028-07344<br>06969472 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice<br>Acc-no: 0000861177-06-000041 (34 Act)  Size: 2 KB | 2006-05-12 | 028-07344<br>06832704 |
| 13F-HR/A | Documents | [Amend]Quarterly report filed by institutional managers,<br>Holdings<br>Acc-no: 0000861177-06-000039 (34 Act)  Size: 2 KB | 2006-04-21 | 028-07344<br>06772007 |
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice<br>Acc-no: 0000861177-06-000003 (34 Act)  Size: 2 KB | 2006-02-10 | 028-07344<br>06596448 |
| 13F-HR | Documents | Quarterly report filed by institutional managers, Holdings<br>Acc-no: 0000861177-06-000001 (34 Act)  Size: 153 KB | 2006-01-27 | 028-07344<br>06556063 |
| 13F-HR | Documents | Quarterly report filed by institutional managers, Holdings<br>Acc-no: 0000861177-05-000032 (34 Act)  Size: 17 KB | 2005-11-21 | 028-07344<br>051216772 |
| 13F-HR | Documents | Quarterly report filed by institutional managers, Holdings<br>Acc-no: 0000861177-05-000027 (34 Act)  Size: 18 KB | 2005-08-12 | 028-07344<br>051019754 |
| 13F-HR | Documents | Quarterly report filed by institutional managers, Holdings<br>Acc-no: 0000861177-05-000024 (34 Act)  Size: 11 KB | 2005-06-07 | 028-07344<br>05882211 |
| 13F-HR | Documents | Quarterly report filed by institutional managers, Holdings<br>Acc-no: 0000861177-05-000003 (34 Act)  Size: 11 KB | 2005-02-15 | 028-07344<br>05616604 |
| 13F-HR | Documents | Quarterly report filed by institutional managers, Holdings<br>Acc-no: 0000861177-04-000031 (34 Act)  Size: 10 KB | 2004-11-17 | 028-07344<br>041153043 |
| 13F-HR/A | Documents | [Amend]Quarterly report filed by institutional managers,<br>Holdings<br>Acc-no: 0000861177-04-000025 Size: 9 KB | 2004-08-23 | 028-07344<br>04992207 |
| 13F-HR | Documents | Quarterly report filed by institutional managers, Holdings<br>Acc-no: 0000861177-04-000024 Size: 14 KB | 2004-08-17 | 028-07344<br>04981155 |
| 13F-HR | Documents | Quarterly report filed by institutional managers, Holdings<br>Acc-no: 0000861177-04-000016 Size: 14 KB | 2004-05-12 | 028-07344<br>04798640 |
| 13F-HR | Documents | Quarterly report filed by institutional managers, Holdings<br>Acc-no: 0000861177-04-000001 Size: 15 KB | 2004-02-17 | 028-07344<br>04607020 |
| 13F-HR | Documents | Quarterly report filed by institutional managers, Holdings<br>Acc-no: 0000861177-03-000034 Size: 14 KB | 2003-11-17 | 028-07344<br>031007783 |
| 13F-HR/A | Documents | [Amend]Quarterly report filed by institutional managers,<br>Holdings<br>Acc-no: 0000861177-03-000030 Size: 13 KB | 2003-08-18 | 028-07344<br>03853778 |
| 13F-HR | Documents | Quarterly report filed by institutional managers, Holdings<br>Acc-no: 0000861177-03-000029 Size: 11 KB | 2003-08-14 | 028-07344<br>03847737 |
| 13F-HR | Documents | Quarterly report filed by institutional managers, Holdings<br>Acc-no: 0001070765-03-000005 Size: 10 KB | 2003-05-12 | 028-07344<br>03691772 |
| 13F-HR/A | Documents | [Amend]Quarterly report filed by institutional managers,<br>Holdings<br>Acc-no: 0001070765-03-000004 Size: 18 KB | 2003-04-29 | 028-07344<br>03669606 |
| 13F-HR/A | Documents | [Amend]Quarterly report filed by institutional managers,<br>Holdings<br>Acc-no: 0001070765-03-000003 Size: 18 KB | 2003-02-18 | 028-07344<br>03571189 |
| 13F-HR | Documents | Quarterly report filed by institutional managers, Holdings<br>Acc-no: 0001070765-03-000001 Size: 214 KB | 2003-02-18 | 028-07344<br>03569762 |
| 13F-HR | Documents | Quarterly report filed by institutional managers, Holdings<br>Acc-no: 0001070765-02-000004 Size: 11 KB | 2002-11-14 | 028-07344<br>02828953 |
| 13F-HR | Documents | Quarterly report filed by institutional managers, Holdings<br>Acc-no: 0001070765-02-000003 Size: 10 KB | 2002-08-13 | 028-07344<br>02730073 |
| 13F-HR | Documents | Quarterly report filed by institutional managers, Holdings<br>Acc-no: 0001070765-02-000002 Size: 11 KB | 2002-06-05 | 028-07344<br>02671180 |

Next 40

Modified 03/14/2012

# Find a Union Bank Branch Bank & ATM in New York, NY

All Locations All Locations > New York New York > New York New York >

New York Commercial Branch

1251 Avenue of the Americas (6th Avenue)

New York , NY 10002


Financial Services Division - East

1251 Avenue of the Americas 19th Floor

New York , NY 10020

800 418-6466



## ATM and Banking Locations - Search Results

**1  Bank and ATM | 0.57 miles**
BROADWAY & GRAND
463 BROADWAY
NEW YORK, NY, 10013
Phone: 212-941-4440

**Lobby Hours**
Mon-Fri 09:00 AM-07:00 PM
Sat 11:00 AM-04:00 PM
Sun closed

**ATMs (2)**
24 hours
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun closed & holidays: Next business day

**2  Bank and ATM | 1.43 miles**
JERSEY CITY DOWNTOWN
101 HUDSON ST
JERSEY CITY, NJ, 07302
Phone: 201-413-6607

**Lobby Hours**
Mon-Wed 09:00 AM-05:00 PM
Thu 09:00 AM-06:00 PM
Fri 09:00 AM-05:00 PM
Sat-Sun closed

**ATMs (2)**
24 hours
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun closed & holidays: Next business day

**3  Bank and ATM | 1.44 miles**
BROADWAY & 10TH
784 BROADWAY
NEW YORK, NY, 10003
Phone: 212-677-5693

**Lobby Hours**
Mon 09:00 AM-07:00 PM
Tue 09:00 AM-06:00 PM
Wed 09:00 AM-07:00 PM
Thu-Fri 09:00 AM-06:00 PM
Sat 10:00 AM-03:00 PM
Sun closed

**ATMs (2)**
24 hours
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun closed & holidays: Next business day

**4  Bank and ATM | 1.76 miles**
JERSEY CITY NEWPORT
145 THOMAS GANGEMI DR
JERSEY CITY, NJ, 07310
Phone: 201-795-7239

**Lobby Hours**
Mon-Wed 09:00 AM-05:00 PM
Thu-Fri 09:00 AM-06:00 PM
Sat 09:00 AM-02:00 PM
Sun closed

**Drive-Up Hours**
Mon-Wed 09:00 AM-05:00 PM
Thu-Fri 09:00 AM-06:00 PM
Sat 09:00 AM-02:00 PM
Sun closed

**ATMs (2)**
24 hours
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun closed & holidays: Next business day

**5  Bank and ATM | 1.87 miles**
NINTH AVENUE & 15TH STREET
66 9TH AVE
NEW YORK, NY, 10011
Phone: 646-336-0300

**Lobby Hours**
Mon-Fri 09:00 AM-06:00 PM
Sat-Sun closed

**ATMs (2)**
24 hours
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun closed & holidays: Next business day

**6  Bank and ATM | 1.87 miles**
SEVENTH & 17TH STREET
120 7TH AVE
NEW YORK, NY, 10011
Phone: 212-488-5180

**Lobby Hours**
Mon 09:00 AM-06:00 PM
Tue 09:00 AM-07:00 PM
Wed 09:00 AM-06:00 PM
Thu 09:00 AM-07:00 PM
Fri 09:00 AM-06:00 PM

Sat 10:00 AM-03:00 PM
Sun closed

ATMs (2)
24 hours
ATM Deposit Cutoff
Mon-Fri 09:00 PM same day
Sat-Sun closed & holidays: Next business day

---

**7  Bank Only | 1.92 miles**
HOBOKEN
95 RIVER ST
HOBOKEN, NJ, 07030
Phone: 201-239-9659

This location is temporarily closed. For more information, please call 1-800-869-3557.
Lobby Hours
Mon-Wed 09:00 AM-05:00 PM
Thu-Fri 08:00 AM-06:00 PM
Sat 09:00 AM-02:00 PM
Sun closed

---

**8  ATM | 2.45 miles**
PENN STATION MAIN LOBBY- AMTRAK
7TH AVENUE & WEST 31ST
NEW YORK, NY, 10001
Phone: 800-869-3557

Features
Withdrawals only - no deposits
Wheel Chair accessible
Talking

ATMs (3)
24 hours

---

**9  Bank and ATM | 2.61 miles**
MADISON & 34TH
180 MADISON AVE
NEW YORK, NY, 10016
Phone: 212-213-0936

Lobby Hours
Mon-Fri 09:00 AM-06:00 PM
Sat 10:00 AM-03:00 PM
Sun closed

ATMs (2)
24 hours
ATM Deposit Cutoff
Mon-Fri 09:00 PM same day
Sat-Sun closed & holidays: Next business day

---

**10  Bank and ATM | 2.83 miles**
HOBOKEN 14TH STREET
2 14TH ST
HOBOKEN, NJ, 07030
Phone: 201-234-3800

Lobby Hours
Mon-Wed 09:00 AM-05:00 PM
Thu-Fri 09:00 AM-06:00 PM
Sat 10:00 AM-02:00 PM
Sun closed

ATMs (1)
24 hours
ATM Deposit Cutoff
Mon-Fri 09:00 PM same day
Sat-Sun closed & holidays: Next business day

---

**11  Bank and ATM | 2.89 miles**
SEVENTH & 39TH
535 7TH AVE
NEW YORK, NY, 10018
Phone: 212-764-8260

Lobby Hours
Mon-Fri 09:00 AM-06:00 PM
Sat 10:00 AM-03:00 PM
Sun closed

ATMs (3)
24 hours
ATM Deposit Cutoff
Mon-Fri 09:00 PM same day
Sat-Sun closed & holidays: Next business day

---

**12  Bank and ATM | 2.92 miles**
PARK & 40TH
99 PARK AVE
NEW YORK, NY, 10016
Phone: 917-332-3620

Lobby Hours
Mon-Fri 08:30 AM-06:00 PM
Sat-Sun closed

ATMs (2)
Hours vary
ATM Deposit Cutoff
Mon-Fri 09:00 PM same day
Sat-Sun closed & holidays: Next business day

---

**13  ATM | 2.95 miles**
PIER 79 MIDTOWN TERMINAL
459 12TH AVENUE
NEW YORK, NY, 10018
Phone: 800-869-3557

Features
Withdrawals only - no deposits
Wheel Chair accessible
Sells Stamps
Talking

ATMs (1)
Hours vary

---

**14  Bank and ATM | 3.04 miles**
THIRD AVENUE & 42ND STREET
666 3RD AVE
NEW YORK, NY, 10017

Lobby Hours
Mon-Fri 09:00 AM-06:00 PM
Sat 10:00 AM-03:00 PM
Sun closed

Phone: 212-692-5060

ATMs (2)
24 hours
ATM Deposit Cutoff
Mon-Fri 09:00 PM same day
Sat-Sun closed & holidays: Next business day

---

**15  ATM | 3.04 miles**
HBO BUILDING
1100 AVENUE OF THE AMERICA'S
NEW YORK, NY, 10169
Phone: 800-869-3557

Features
Envelope-Free℠ ATM
Wheel Chair accessible
Sells Stamps
Talking

ATMs (4)
24 hours

ATM Deposit Cutoff
Mon-Fri 09:00 PM same day
Sat-Sun closed & holidays: Next business day

---

**16  ATM | 3.06 miles**
TIMES SQUARE SUBWAY MTA
42ND ST TIMES SQUARE SUBWAY STATION
NEW YORK, NY, 10036
Phone: 800-869-3557

Features
Envelope-Free℠ ATM
Wheel Chair accessible
Sells Stamps
Talking

ATMs (3)
24 hours

ATM Deposit Cutoff
Mon-Fri 09:00 PM same day
Sat-Sun closed & holidays: Next business day

---

**17  Bank and ATM | 3.11 miles**
JERSEY CITY
356 CENTRAL AVE
JERSEY CITY, NJ, 07307
Phone: 201-420-8788

Lobby Hours
Mon-Wed 09:00 AM-05:00 PM
Thu-Fri 09:00 AM-06:00 PM
Sat 09:00 AM-01:00 PM
Sun closed

ATMs (2)
24 hours
ATM Deposit Cutoff
Mon-Fri 09:00 PM same day
Sat-Sun closed & holidays: Next business day

---

**18  Bank and ATM | 3.18 miles**
MADISON & 45TH STREET
360 MADISON AVE
NEW YORK, NY, 10017
Phone: 212-885-6200

Lobby Hours
Mon-Fri 09:00 AM-06:00 PM
Sat-Sun closed

ATMs (2)
24 hours
ATM Deposit Cutoff
Mon-Fri 09:00 PM same day
Sat-Sun closed & holidays: Next business day

---

**19  Bank and ATM | 3.18 miles**
SIXTH AVENUE & 45TH STREET
1156 AVE OF THE AMERICAS
NEW YORK, NY, 10036
Phone: 212-596-1400

Lobby Hours
Mon-Fri 09:00 AM-06:00 PM
Sat-Sun closed

ATMs (2)
24 hours
ATM Deposit Cutoff
Mon-Fri 09:00 PM same day
Sat-Sun closed & holidays: Next business day

---

**20  ATM | 3.19 miles**
PARK AVE @ GRAND CENTRAL
230 PARK AVE.
NEW YORK, NY, 10169
Phone: 800-869-3557

Features
Envelope-Free℠ ATM
Wheel Chair accessible
Sells Stamps
Talking

ATMs (3)
Hours vary

ATM Deposit Cutoff
Mon-Fri 09:00 PM same day
Sat-Sun closed & holidays: Next business day

---

**21  Bank and ATM | 3.22 miles**
JERSEY CITY JOURNAL SQUARE
40 JOURNAL SQ
JERSEY CITY, NJ, 07306
Phone: 201-413-6677

Lobby Hours
Mon-Wed 09:00 AM-05:00 PM
Thu-Fri 09:00 AM-06:00 PM
Sat 09:00 AM-02:00 PM
Sun closed

**ATMs (2)**
24 hours
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun closed & holidays: Next business day

**22 Bank and ATM | 3.29 miles**
THIRD AVENUE & 47TH STREET
757 3RD AVE
NEW YORK, NY, 10017
Phone: 917-322-6500

**Lobby Hours**
Mon-Fri 09:00 AM-06:00 PM
Sat-Sun closed

**ATMs (2)**
24 hours
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun closed & holidays: Next business day

**23 ATM | 3.31 miles**
BROADWAY AND 47TH STREET
DOUBLETREE HOTEL
NEW YORK, NY, 10036
Phone: 800-869-3557

**Features**
Envelope-Free$^{SM}$ ATM
Wheel Chair accessible
Sells Stamps
Talking

**ATMs (2)**
24 hours

**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day
Sat-Sun closed & holidays: Next business day

**24 ATM | 3.34 miles**
PORT IMPERIAL WEEHAWKEN TERMINAL
4800 AVENUE & PORT IMPERIAL
WEEHAWKEN, NJ, 07086
Phone: 800-869-3557

**Features**
Withdrawals only - no deposits
Wheel Chair accessible
Sells Stamps
Talking

**ATMs (1)**
Hours vary

**25 Bank and ATM | 3.38 miles**
MADISON & 49TH STREET
437 MADISON AVE
NEW YORK, NY, 10022
Phone: 917-322-5660

**Lobby Hours**
Mon-Fri 09:00 AM-06:00 PM
Sat-Sun closed

**ATMs (3)**
Hours vary
**ATM Deposit Cutoff**
Mon-Fri 09:00 PM same day





Financial Network, LLC, Members SIPC, non-

🏠 Equal Housing Lender

© 1999 - 2012 Wells Fargo. All rights reserved. NMLSR ID 399801

# EXHIBIT C

# TAB 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF JEREMY
OUTEN, JOHN MILSOM AND DAVID
STANDISH, AS COURT-APPOINTED
RECEIVERS, FOR JUDICIAL
ASSISTANCE PURSUANT TO 28 U.S.C.
§ 1782

## DECLARATION OF JEREMY JAMES OUTEN

JEREMY JAMES OUTEN, declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I currently serve, along with John Milsom and David Standish
(collectively, the "Receivers"), as a Receiver appointed pursuant to an Order made by the High
Court of England and Wales (the "High Court") on August 6, 2010 (as amended on November
10, 2010 and on January 26 2011) (the "Receivership Order") in the matter titled *JSC BTA Bank
v. Ablyazov, et. al.* (High Court of Justice, Queen's Bench Division, Commercial Court, Claim
no: 2009 Folio 1099) (the "Bank Action").   (A copy of the Receivership Order is attached as
Exhibit A to this Declaration.)   I submit this Declaration on behalf of the Receivers in support of
our application, pursuant to 28 U.S.C. § 1782, for an order allowing the service of subpoenas on
Standard Chartered Bank International (Americas) Limited ("SCB") and JP Morgan Chase Bank
NA ("JPMC" and, collectively with SCB, the "Correspondent Banks").

### My Background

2.      I am a forensic accountant with over 19 years of forensic accounting
experience.   I have been a partner of KPMG in London for over ten years.   I attended
Cambridge University, became a chartered accountant and am currently a fellow of the Institute

of Chartered Accountants in England and Wales.   My fellow Receivers are also members of KPMG in London.

3.   I am currently head of KPMG's fraud and investigations group in the United Kingdom (the "U.K.").   I specialize in forensic accounting work, including the tracing of assets, and have performed such services on behalf of numerous private entities and various government bodies, including law enforcement agencies.   In my 19 years of experience, I have been involved in numerous international fraud and asset tracing investigations. These matters include a case involving the collapse of the Kuwait Investment Office's investments in Spain, where I was responsible for the cash and asset tracing aspects of that case. I also worked on a matter concerning the collapse of SBS-Agro in Moscow, where I investigated, through various methods including cash and asset tracing, losses of approximately $2 billion.

### Introduction:  the Receivership Order

4.   In February 2009, the Republic of Kazakhstan took control of JSC BTA Bank, a Kazakhstan bank (the "Bank"), due to significant concerns regarding the Bank's ability to continue as a going concern.   The Bank's financial statements for the year ending December 31, 2008 recorded a negative equity of approximately $6.1 billion.   After an investigation, the Bank brought the Bank Action in the U.K. against Mr. Ablyazov (now located in the U.K.), the former Chairman of the Bank, accusing him of misappropriating over $1 billion from the Bank.

5.   The High Court initially entered an order in the Bank Action freezing Mr. Ablyazov's assets (the "Freezing Order"), pending a trial of the Bank's claims against Mr. Ablyazov.  The High Court later found that the Freezing Order provided inadequate protection, and entered the Receivership Order, appointing myself and Messrs. Milsom and Standish, as

2

Receivers, also pending the trial of the Bank's claims. In connection with the Receivership Order, the High Court found that there was a "serious risk that Mr. Ablyazov will dissipate his assets" and that his "disclosure of assets has been evasive." (Ex. B at ¶ 36; *id.* at ¶¶ 126-27.)

6.     The Receivership Order grants the Receivers the "power to take all such steps as may seem expedient to recover and preserve" the assets understood to be controlled by Mr. Ablyazov (the "Property"). (Ex. A at ¶ 5.)

7.     The Receivership Order further grants the Receivers the "[p]ower to bring or defend any action or other legal proceedings in the Courts of this or any other country in order to achieve the purposes of the receivership." (Ex. A at Schedule 4, ¶ 10.)

### The Eleven Transfers

8.     The Receivership Order directs the Receivers to "receive" a variety of assets (referred to in the Order as the "Disclosed Assets" and "Undisclosed Assets"). (Ex. A at ¶¶ 1-2 and Schedules 3 and 3A.) Among other things, the Receivers have been appointed to "receive" and to "recover and preserve" funds relating to eleven individual cash transfers, totaling $55,332,642, made between June 25 and October 24, 2008 (the "Transfers"). (Ex. A at ¶ 2.) The flow of these funds has yet to be confirmed through third party documentation, but from records my staff and I have reviewed, it appears that all of the Transfers originated with payments (the "Payments") made from the Bank to an account held by Drey Associates Limited ("Drey"), a company controlled by Mr. Ablyazov and incorporated in the U.K., at Trasta Komercbanka in Riga, Latvia ("Trasta"). It further appears that the funds subsequently passed

Doc#: US1:6765933v8

through a variety of different entities (and one individual) and, to my understanding, did not all return to the Bank.

9.    The purported purpose for the Payments from the Bank to Drey was in relation to "compensation agreements" concerning the supposed acquisition of shares in BTA Ukraine, BTA Belarus and BTA Moscow.  The total amount transferred from the Bank to Drey in relation to these agreements is believed to be $295 million.  Approximately $240 million of that sum was ultimately returned to the Bank (hence the remaining amount of approximately $55 million in transfers that is at issue in the Receivership Order).

10.    An overview of the eleven Transfers set forth in the Receivership Order has been provided by Mr. Ablyazov in connection with the Bank Action, and is attached as Exhibit C to this Declaration.  This overview suggests that the eleven Transfers were all conducted in U.S. Dollars, often in round sum amounts, and having previously passed through numerous entities over a short period of time (sometimes as little as a few days and never more than a month).  Consistent with their duties under the Receivership Order, the Receivers are interested in finding out further information about—and ultimately securing the funds involved with—these Transfers.

### The Prominence of Trasta Komercbanka

11.    Through the documentation we have been provided in connection with the Bank Action and otherwise, we have identified bank accounts held in the names of some of the entities directly involved in the eleven Transfers of funds.  These bank accounts therefore may be relevant to the eleven Transfers at issue in the Receivership Order.

12.     Interestingly, the majority of the bank accounts we have identified are held at the same banking institution, Trasta, at which Drey held its account.  The other accounts were held by a variety of entities, even though the entities themselves were registered or located outside of Latvia.  (For example, an entity could be registered in Panama and yet hold a bank account with Trasta in Latvia.)

13.     Given the prominence of Trasta, we believe that obtaining banking documentation relating to Trasta's activities (and the flow of funds through it) would substantially assist us in our investigation into the eleven Transfers at issue.

### Identification of the Correspondent Banks

14.     As described above, the eleven Transfers at issue originated with the Payments made by the Bank to Drey.  The Payments were made in four tranches in June and October 2008.  The Bank has disclosed the relevant banking documentation relating to these four Payments from the Bank to Drey.  We have no other banking documents, however, relating to the eleven Transfers in the Receivership Order (apart from one banking transfer document relating to a payment for US$815,000, which has been recently received and which I am currently investigating) , or the flow of funds leading from the four Payments to the eleven Transfers.  The four Payments thus represent the start of the trail leading to the eleven Transfers included in the Receivership Order that we seek to reconstruct.

15.     Our review of the documentation confirms that the four Payments originated from the Bank and ended with Drey's bank account at Trasta as the beneficiary institution, but also involved two correspondent bank accounts and one intermediary bank account to facilitate the

5

processing of the Payments.  A correspondent bank is typically a financial institution that provides services on behalf of another financial institution usually located in a different jurisdiction and/or financial market (one that typically does not want to bear the expense of opening its own branch in the correspondent bank's jurisdiction).  Services provided by the correspondent bank can include processing transactions, accepting deposits and other services, depending on the agreement made between the two financial institutions.

16.     It is not uncommon, in my experience, for banking institutions such as Trasta (a bank which has limited scope in terms of markets and geography), to use a correspondent bank and/or an intermediary bank to process its foreign currency transactions.

17.     The correspondent bank account for Trasta used in two of the four Payments made to Drey was held at American Express Bank Limited (Bank Identifier Code ("BIC") AEIBUS33).  I understand that American Express Bank Ltd is now SCB.  The other correspondent bank account for Trasta, used in the two remaining Payments made to Drey, was held at JPMC (BIC CHASUS33).

18.     Attached as Exhibits D through G to this Declaration are the banking reports relating to the four payments from the Bank to Drey, which show SCB and JPMC as the Correspondent Banks for Trasta. The Payments for which SCB acted as the Correspondent Bank were:  $50 million on June 24, 2008 (Exhibit D) and $11,349,840 on October 3, 2008 (Exhibit E).  The Payments for which JPMC acted as the Correspondent Bank were:  $876,080 on June 23, 2008 (Exhibit F) and $83 million on June 24, 2008 (Exhibit G).  In addition to noting the Correspondent Banks, these reports detail the names and accounts of the originating and beneficiary banks (BTA and Trasta, respectively), as well as Drey itself.

Doc#: US1:6766933v8

19.     According to Mr. Ablyazov's schedule of the eleven Transfers (Exhibit C), an entity called Devesta Limited ("Devesta") subsequently received from Drey nearly all of the two Payments made to Drey via SCB as set forth above ($50 million and $11,341,328 (approximately $8,500 less than the amount received by Drey )).  Our findings suggest that Devesta also holds a bank account at Trasta—the same beneficiary bank to which the Payments to Drey were made.

20.     Two remaining Payments to Drey were, according to Mr. Ablyazov, subsequently transferred by Drey to an entity called KSC International Limited ("KSC") (totalling $83,776,080, or $100,000 less than the Payments received by Drey via JPMC). We have yet to identify a banking institution which holds an account for KSC.

21.     Based on the information available to us, the Receivers have compiled a list of transactions (the "Transactions") (a copy of which is attached as Exhibit H to this Declaration), that appear to be involved in tracing the funds at issue from the initial Payments to the eleven Transfers set forth in the Receivership Order.

### The Relevance of the Discovery Sought

22.     Given the similar characteristics of all of these movements of funds (they were generally all conducted in U.S. dollars, they were mostly in round sum amounts, and they were made over short periods of time), as well as the prominence of Trasta with respect to all of the transactions, based on my experience, I anticipate that the relevant correspondent banking documentation relating to Trasta at SCB and JPMC would not only provide further detail as to the Payments from the Bank to Drey, but might very well also shed light on the subsequent transfers from Drey to Devesta and KSC and the other Transactions.  For example, the information could

7

potentially indicate the next stage in the fund flow following the Payments (if these beneficiary entities also held accounts at Trasta and conducted their relevant transactions in U.S. dollars). In any event, I expect the information from the Correspondent Banks may include information relevant to the Transactions which are relevant to the flow of funds relating to the eleven Transfers at issue in the Receivership Order. I therefore consider such information relevant to the cash tracing exercise the High Court has appointed the Receivers to conduct.

23.     Also, in my experience, documentation from Correspondent Banks can be instrumental in conducting cash tracing investigations such as this one, particularly given that, in this case, the banking documentation is limited, and Mr. Ablyazov's explanations of the movements of the funds are vague and unclear.

## Documents Sought by the Receivers

24.     Given our findings, as detailed above, we believe that documentation from SCB and JPMC could be beneficial in helping the Receivers meet our obligations under the Receivership Order. Specifically, we seek the following materials from the Correspondent Banks:

(a)     Account statements for the period June 1, 2008 through the present for the U.S. dollar correspondent bank account held at SCB on behalf of Trasta (account number 400072391) and for the U.S. dollar correspondent bank account held at JPMC on behalf of Trasta (account number 001072058); and

(b) Documents relating to each of the Transactions which, based on our current knowledge, we believe to be relevant to tracing the assets relating to the eleven Transfers at issue in the Receivership Order, including the relevant SWIFT reports or other inter-banking

8

communications (known as Message Types), any documentation regarding the applicable ordering/beneficiary correspondent bank, any intermediary bank and the ordering/beneficiary institution, and any other communications or correspondence regarding the Transactions.

        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:     London, England
              March 11, 2011

 

_____
                    Jeremy James Outen

Doc#: US1:6766933v8

# TAB 2



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

IN RE APPLICATION OF JEREMY OUTEN, :
JOHN MILSOM AND DAVID STANDISH, :
AS COURT-APPOINTED RECEIVERS, FOR :   Civil Action No.
JUDICIAL ASSISTANCE PURSUANT TO :
28 U.S.C. § 1782 :
:

-------------------------------------------------------x

## DECLARATION OF JEREMY JAMES OUTEN

JEREMY JAMES OUTEN declares, pursuant to 28 U.S.C. § 1746, as follows:

1.    I currently serve, along with John Milsom and David Standish

(collectively, the "Receivers"), as a Receiver appointed pursuant to an Order made by the High

Court of England and Wales (the "High Court") on August 6, 2010 (as amended on November

10, 2010, January 26, 2011, April 8, 2011, May 27, 2011 and June 9, 2011) (the "Receivership

Order") in the matter titled *JSC BTA Bank* v. *Ablyazov, et. al.* (High Court of Justice, Queen's

Bench Division, Commercial Court, Claim no: 2009 Folio 1099) (the "Bank Action").  (A copy

of the Receivership Order is attached as Exhibit A to this Declaration.)  I submit this Declaration

on behalf of the Receivers in support of our application, pursuant to 28 U.S.C. § 1782, for an order

allowing the service of a subpoena on Citibank NA ("Citibank") (known as the "Correspondent

Bank").

2.    This is the second such declaration I have submitted in relation to the

Receivership Order (and in support of an application pursuant to 28 U.S.C. § 1782).  My first

declaration, dated 11 March 2011, (the "March Declaration") was in relation to Standard Chartered

Bank International (Americas) Limited ("SCB") and JP Morgan Chase Bank NA ("JPMC").  (A

copy of the March Declaration (without exhibits) is attached as Exhibit B to this Declaration.)

1024655.5

Following the service of subpoenas on SCB and JPMC (the "March Subpoenas"), various banking documents were provided by SCB and JPMC. A review of these documents has identified a need for a subpoena to be served on the Correspondent Bank.

### My Background

3.      I am a forensic accountant with over 19 years of forensic accounting experience. I have been a partner of KPMG in London for over ten years. I attended Cambridge University, became a chartered accountant and am a fellow of the Institute of Chartered Accountants in England and Wales. My fellow Receivers are also members of KPMG in London.

4.      I am currently head of KPMG's fraud and investigations group in the United Kingdom (the "U.K."). I specialize in forensic accounting work, including the tracing of assets, and have performed such services on behalf of numerous private entities and various government bodies, including law enforcement agencies. In my 19 years of experience, I have been involved in numerous international fraud and asset tracing investigations. These matters include a case involving the collapse of the Kuwait Investment Office's investments in Spain, where I was responsible for the cash and asset tracing aspects of that case. I also worked on a matter concerning the collapse of SBS-Agro in Moscow, where I investigated, through various methods including cash and asset tracing, losses of approximately $2 billion.

### Introduction:  The Receivership Order

5.      In February 2009, the Republic of Kazakhstan took control of JSC BTA Bank, a Kazakhstan bank (the "Bank"), due to significant concerns regarding the Bank's ability to continue as a going concern. The Bank's financial statements for the year ending December 31, 2008 recorded a negative equity of approximately $6.1 billion. After an investigation, the

2

Bank brought the Bank Action in the U.K. against Mukhtar Ablyazov (now located in the U.K.), the former Chairman of the Bank, accusing him of misappropriating over $4 billion from the Bank.

6.      The High Court initially entered an order in the Bank Action freezing Mr. Ablyazov's assets (the "Freezing Order"), pending a trial of the Bank's claims against Mr. Ablyazov.  The High Court later found that the Freezing Order provided inadequate protection, and entered the Receivership Order, appointing myself and Messrs. Milsom and Standish, as Receivers, also pending the trial of the Bank's claims.  In connection with the Receivership Order, the High Court found, in a Judgment dated July 16, 2010 (attached as Exhibit C), that there was a "serious risk that Mr. Ablyazov will dissipate his assets" and that his "disclosure of assets has been evasive." (Ex. C at ¶ 36; *id.* at ¶¶ 126-27.)

7.      The Receivership Order grants the Receivers the "power to take all such steps as may seem expedient to recover and preserve" the assets understood to be controlled by Mr. Ablyazov (the "Property"). (Ex. A at ¶ 5.)

8.      The Receivership Order further grants the Receivers the "[p]ower to bring or defend any action or other legal proceedings in the Courts of this or any other country in order to achieve the purposes of the receivership." (Ex. A at Schedule 4, ¶ 10.)

**The Eleven Transfers**

9.      The Receivership Order directs the Receivers to "receive" a variety of assets (referred to in the Order as the "Disclosed Assets," "Undisclosed Assets," "Further Undisclosed Assets" and "Additional Undisclosed Assets"). (Ex. A at ¶¶ 1-2 and Schedules 3, 3A, 3B and 3C.)  Among other things, the Receivers have been appointed to "receive" and to "recover and preserve" funds relating to eleven individual cash transfers, totaling $55,332,642,

3

made between June 25 and October 24, 2008 (the "Transfers"). (Ex. A at ¶ 2.)   The flow of these funds has yet to be confirmed through third-party documentation, but from records my staff and I have reviewed, it appears that all of the Transfers originated with payments (the "Payments") made from the Bank to an account held by Drey Associates Limited ("Drey"), a company controlled by Mr. Ablyazov and incorporated in the U.K., at Trasta Komercbanka in Riga, Latvia ("Trasta"). It further appears that the funds subsequently passed through a variety of different entities (and one individual) and, to my understanding, did not all return to the Bank.

10.   The purported purpose for the Payments from the Bank to Drey was in relation to "compensation agreements" concerning the supposed acquisition of shares in BTA Ukraine, BTA Belarus and BTA Moscow. The total amount transferred from the Bank to Drey in relation to these agreements is believed to be $295 million. Approximately $240 million of that sum was ultimately returned to the Bank (hence the remaining amount of approximately $55 million in Transfers that is at issue in the Receivership Order).

11.   An overview of the Transfers set forth in the Receivership Order has been provided by Mr. Ablyazov in connection with the Bank Action and is attached as Exhibit D to this Declaration. This overview suggests that the Transfers were all conducted in U.S. dollars, often in round sum amounts, and previously passed through numerous entities over a short period of time (sometimes as little as a few days and never more than a month). Consistent with their duties under the Receivership Order, the Receivers are interested in finding out further information about—and ultimately securing the funds involved with—these Transfers.

12.   Based on the information available to us, the Receivers have compiled a list of transactions (the "Transactions") (a copy of which is attached as Exhibit E to this

4

1024655.5

Declaration); that appear to be involved in tracing the funds at issue from the initial Payments to the eleven Transfers set forth in the Receivership Order.

### The Prominence of Trasta Komercbanka

13.     Through the documentation we have been provided in connection with the Bank Action, the March Subpoenas, and otherwise, we have identified the relevant bank accounts held in the names of some of the entities directly involved in the Transfers.

14.     The majority of the bank accounts we have identified are held at the same banking institution, Trasta, at which Drey held its account. The other accounts were held by a variety of entities, even though the entities themselves were registered or located outside of Latvia. (For example, an entity could be registered in Panama and yet hold a bank account with Trasta in Latvia.)

15.     The list of the Transactions (Exhibit E) highlights the prominence of Trasta as a bank used in relation to the Transfers and their associated cash flows. Of the twenty entities involved in the Transfers and their associated cash flows, ten of them appear to have accounts with Trasta. Given this prominence of Trasta, we believe that obtaining banking documentation relating to Trasta's activities (and the flow of funds through it) will substantially assist us in our investigation into the Transfers.

### Previous Application for Relief Pursuant to 28 U.S.C. § 1782

16.     My March Declaration submitted was in support of an application for an order allowing the service of subpoenas on JPMC and SCB. This application was granted, and the March Subpoenas were served accordingly. JPMC provided responsive documents on May 16, 2011, and SCB provided responsive documents on May 22 and May 24, 2011.

5

1024655.3

17.     The March Declaration contains a detailed explanation as to the reasoning for selecting JPMC and SCB as relevant institutions. In brief, the Bank provided documents identifying JPMC and American Express Bank Ltd. (now called SCB) as two U.S. banks serving as correspondent banks for payments made by the Bank to Drey relating to the "compensation agreements" referenced in paragraph 10 above. These payments (four in total) represented the start of the trail leading to the Transfers included in the Receivership Order that we seek to reconstruct.

18.     Due to the prominence of Trasta regarding the entities involved in the Transfers and their associated cash flows, and the similar characteristics of all of these movements of funds (*see* ¶ 11), I anticipated that the JPMC and SCB documents would provide not only details of the payments between the Bank and Drey but that they would also shed light on the Transactions.

19.     As a result of the March Subpoenas, JPMC provided documentation (the "JPMC Documentation") relating to five of the thirty-five Transactions. (The cover letter from JPMC is attached as Exhibit F.) For three of the Transactions, the JPMC Documentation identified a correspondence bank account (number 544702991) in the name of Raiffeisen Zentralbank Osterreich AG in Austria ("Raiffeisen"). (The JPMC Documentation identifying Raiffeisen is attached as Exhibits G -I.)

20.     Thus, the JPMC Documentation shows that for each of these three transactions the ordering institution was Trasta, and Raiffeisen acted as the intermediary institution or what is sometimes referred to as the "buffer bank." In other words, the JPMC Documentation suggests that funds passed from Trasta through Raiffeisen and then onto the beneficiary institution. JPMC became involved in these transactions because the transactions

6

were carried out in U.S. dollars, and Raiffeisen, according to JPMC, held a correspondent bank account with JPMC.

21.     It is not uncommon, in my experience, for banking institutions such as Trasta (or Raiffeisen) (banks which have a limited scope in terms of markets and geography), to use a correspondent bank and/or an intermediary bank to process their foreign currency transactions.

22.     The JPMC Documentation provides us with additional bank account details, which were unknown to us previously, for entities involved in the Transfers and their associated cash flows. For example, the JPMC Documentation includes bank account details for a company called FM Company Limited ("FM Company") which is the largest recipient of funds from the Transfers, totaling $41.1 million in June 2008 (as listed in Exhibit E). The funds transferred to FM Company represent approximately seventy-five percent of the total funds we are to trace in accordance with the Receivership Order.

23.     The JPMC Documentation is relevant not only to our cash-tracing investigation (as briefly described above regarding FM Company), but also to the much wider investigation regarding the protection and valuation of Mr. Ablyazov's assets, as stipulated by the Receivership Order. For example, we have been able to identify other potential sources of information (such as additional U.S. banking institutions), and we have been able to develop a wider investigation strategy (such as adding support to various issues including recognition of the Receivership Order in jurisdictions outside of the U.K.).

7

### Identification of Citibank

24.     As explained above, the JPMC Documentation provided the underlying banking detail for five of the Transactions (as identified in Exhibit E) involved in the Transfers and their associated cash flows.

25.     Based upon the documentation currently provided with respect to these Transactions, I understand that all of them were carried out in U.S. dollars and therefore would have required the services of a U.S. correspondent bank.  Thus, we anticipate that there are other U.S. banking institutions that would have documentation similar to that of JPMC relevant to the Transactions (excluding the five already detailed in the JPMC Documentation).

26.     Given the prominence of Trasta in relation to the entities involved in the Transactions, we also anticipate that the specific U.S. banking institutions would serve a similar role to that of JPMC.  In other words, these U.S. banks would act as the U.S. correspondent bank on behalf of Trasta, with the potential added involvement of an intermediary bank.

27.     In order to identify other U.S. banks which may act for Trasta as correspondent banks, we have consulted various publicly-available, third-party sources including databases such as Bankers' Almanac (a provider of reference data on the banking industry), and we have conducted various searches on the internet.  In my experience, the Bankers' Almanac (published bi-annually) is a reliable source of information of various details regarding banking institutions and the financial services sector in general.

28.     Bankers' Almanac shows that a U.S. correspondent bank for Trasta for the period June to October 2008 was Raiffeisen Zentralbank Oesterreich AG (Raiffeisen) in Austria

8

1024655.5

(Exhibit J at 3.).[1]  Consistent with the JPMC Documentation and the fact that Raiffeisen is not in the U.S., it appears the Bankers' Almanac report regarding Trasta details the *intermediary* banks Trasta uses for its U.S. transactions and not the ultimate U.S. banking institutions.

29.     However, using Bankers' Almanac, we have identified that the U.S. correspondent banks for Raiffeisen are JPMC *and Citibank* (Exhibit K at 3).[2]

30.     Thus, we understand that JPMC and Citibank are the U.S. correspondent banks which executed U.S. dollar transactions on behalf of Trasta (though Raiffeisen) from June to October 2008.  This is corroborated by the information provided by the JPMC Documentation, which revealed that JPMC was holding a correspondent account on behalf of Trasta, through the intermediary bank Raiffeisen.  In other words, since Citibank was the other U.S. correspondent bank for Trasta's intermediary bank Raiffeisen, we believe that Citbank, like JPMC, will have documentation relevant to the Transactions.

31.     As we already have the relevant information from JPMC, obtained through the March Subpoenas, we now seek to obtain similar documentation from Citibank.

### The Relevance of the Discovery Sought

32.     Given the similar characteristics of all of these movements of funds (they were generally all conducted in U.S. dollars, they were mostly in round sum amounts, and they

---

[1] Bankers' Almanac also lists Commerzbank AG as a U.S. correspondent bank for Trasta. However, we received correspondence from Amanda Parr, a Senior International Account Executive at Bankers Almanac (attached as Exhibit L), indicating that Commerzbank AG did not begin serving as a correspondent bank for Trasta until 2009 (thus post-dating the Transfers at issue).  (Ex. L at 1.)

[2] According to Bankers' Almanac, in October 2010 Raiffeisen transferred its international banking business to Raiffeisen Bank International ("RBI").  (Ex. L at 2.)  Thus, the relevant Bankers' Almanac report (dated June 2011) refers to RBI and not Raiffeisen.

9

were made over short periods of time), as well as the prominence of Trasta with respect to all of the transactions, I anticipate that the relevant correspondent banking documentation relating to Trasta at Citibank would provide details such as bank account numbers and jurisdictions of the Transactions.  In other words, I anticipate receiving similar documentation as we have received from JPMC but concerning some of the other Transactions.  I also anticipate that the information sought from Citibank will shed light on subsequent transfers beyond what we currently know (Exhibits D and E) (if these ordering entities also held accounts at Trasta and conducted their relevant transactions in U.S. dollars).

    33. In any event, I expect the information from the Correspondent Bank may include information relevant to the Transactions which are relevant to the flow of funds relating to the Transfers at issue in the Receivership Order.  I therefore consider such information highly relevant to the cash-tracing exercise the High Court has appointed the Receivers to conduct.

    34. Also, in my experience, documentation from correspondent banks can be instrumental in conducting cash-tracing investigations such as this one, particularly given that, in this case, the banking documentation is limited, and Mr. Ablyazov's explanations of the movements of the funds are vague and unclear.

### Documents Sought by the Receivers

    35. Given our findings, as detailed above, we believe that documentation from Citibank could be beneficial in helping to meet our obligations under the Receivership Order. Specifically, we seek the following materials from the Correspondent Bank:

    (a) Account statements for the period June 1, 2008 through the present for the U.S. dollar correspondent bank account held at Citibank indirectly on behalf of Trasta (account

10

1024655.5

number unknown) (with Raiffeisen as the intermediary bank (account number with Trasta being 70-55.047.617));

(b)   Documents relating to each of the Transactions (other than the five transactions for which we previously received documentation from JPMC), including the relevant SWIFT reports or other inter-banking communications (known as Message Types), any documentation regarding the applicable ordering/beneficiary correspondent bank, any intermediary bank and the ordering/beneficiary institution, and any other communications or correspondence regarding those Transactions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:   London, England
            August 11, 2011

_____
Jeremy James Outen

11

1024655.5