# ANNEX A

ANNEX A –

RECEIVERSHIP COMPANIES

Abremin Holdings Limited

Absolut Investment LLP (ABSOLuT jNVESTMENT LLC)

Acalan Holdings Limited

Adamaris Investments Limited

Adarma Holdings Limited

Addes International Limited

Adventex Trading Limited

AEG Systems Inc

Afina Trade LLP (AFjNA TREiD)

Afrelta Holdings Limited

African Sky Trading Limited

Agrippa Trading Limited

Agroinvest LLP (AGROINVEST LLC)

AHA Management Inc

Aharon Incorporated

Airwood Corporation Limited

AIST LLC (AIST LLC)

Alara International Inc

Alasus Holding Limited

Aldan Global Limited

Aldridge Ventures Limited

Aledar Holdings Limited

Alexar Trading Limited

Alfa Consultancy Limited

Algoway Investments Limited

Alphasea Investments Limited

Alterson Limited

Amador Investments Limited

Amberway Limited

Amelca Investments Limited

Amirar Limited

Amoreux Limited

AMT Services Limited

Ancilla Beteiligungs-Verwaltungs GmbH

Angeland Investments Limited

Anibell Trading Limited

Anital LLC

Antlia Corp

Anzion Holdings Limited

Apa Services Limited

Aracela Holdings Limited

Arana Constructions Limited

Archeston Solutions Inc

Ardrock Holdings Limited

Arfikona Limited

Argonex Invest Corp

Arkridge Telecom Limited

Armotage Trading Limited

Artounoa Holdings Limited

Artvision Limited (TOO ARTVISION)

Aruma Holdings Limited

Asa Trading Limited

Asenet Services Limited

Asino Holdings Limited

Asmelta Investments Limited

Aspelica Investments Limited

Asset Group Holdings Limited

AST Holdings Limited

Asterato Management Limited

Asterius Holdings Limited

Aston Color Limited

Astrogold Corp

Atlant-T OOO (ATLANT-T LLC)

Aurland Production Inc

Austin Universal Inc

Avalle Consulting Limited

Avasia Holdings Limited

Avgousta Holdings Limited (formerly Molyneux Limited)

Avgur Group Limited

Avonhill Ventures Limited

Avredinar Holdings Limited

Azure Way Limited

Bainsder Investments Limited

Baldock Holding Sarl

Balgaven Invest Inc

Balladfield Holdings Limited

Balladplace Enterprises Limited

Balladream Holdings Limited

Balladroad Enterprises Limited

Baltinvest LLC (BALTINVEST LLC)

Baltyk Idea Limited

Banavie Holding Sarl

Bangor Holding Sarl

Bardane Limited

Bardon Holding Sarl

Barlaston Holding Sarl

Barming Holding Sarl

Barnhill Holding Sarl

Baruch & Co Limited

Bathgate Holding Sarl

Batitrav Resources Limited

Baymak Services Limited

Bayshore Marketing Inc

Beenap Limited

Belgrave Logistics Limited

Belinia Holdings Limited

Bellgrove Holding Sarl

Belomorskaya Neftebaza CJSC
(BELOMORSKAa NEFTEBAZA CJSC)

Beltas Development Corp

Beltor Limited

Bemet Investments Limited

Bempton Holding Sarl

Benfleet Holding Sarl

Bensborough Trading Inc[1]

Berger International Limited

Berit Limited

Berment Ventures Limited

Berniling Investments Limited

Berwich Holding Sarl

Bestcatch Trading Limited

Bestshot Services Limited

Beststage International Limited

Bexley Holding Sarl

Biancini United SA

Billbrook Holding Sarl

Billingham Holding Sarl

Billion Trader Limited

Biofusion Limited

Bion Services Limited

Blackburn Holding Sarl

Blacksteel Experts Corp

Blerace Limited

Bluecenter Holdings Limited

Bluestate Investments Limited

Bogara Tech Limited

Bolot Worldwide Limited

Bondhouse Holdings Limited

Bondiza Consulting Limited

Bondmore Holdings Limited

Bondrain Holdings Limited

Bondyear Enterprises Limited

Bonvest Advisors Limited

Boscobel International Corp

Bramilt Enterprises Limited

Branden & Associates Limited

Branhall Holding Sarl

Brighton Corp

Britar Holdings Limited

Broadlife Trading Limited

Brockley Holding Sarl

Brundall Holding Sarl

BTA International Group Limited

Bubreca Limited

Buckley Holding Sarl

Bular Trading Limited

Bulwell Holding Sarl

---

[1] Incorrectly listed in the Receivership Order as 'Bensbourogh Trading Inc'

Business Code Limited

Business Engineering LLC (BIZNES-INJINIRING LLC)

Business Expert LLC (BIZNES-eKSPERT LLC)

Cabcharge Limited

Calernen Finance Inc

Calesha Limited

Caprio LLC/Kaprio LLC (KAPRIO LLC)

Cargomax Merchants Limited

Carlower Enterprises Limited

Casalake Trading Limited

Caspineft Holdings BV

Celina Holding Investments Limited (formerly Bubris Investments Limited)[2]

Center-Invest (CENTR-INVEST LLC)

Centile Resources Inc

Cerebos Limited

CF & Morgan Russia Equity Fund, LP

Chapelhill Enterprises Limited

Chapelroad Enterprises Limited

Chefa Limited

Chesterland Invest Corp

Chrysopa Holding BV

City Ventures Limited

Clerante Holdings Limited

Colberg Division Limited

Colex Trading Limited

Comet Merchants Limited

Companiya Invest Capital LLP (KOMPANIa INVEST KAPITAL LLC)

Company Support Limited

Comwork Limited

Cona Trading Limited

Concardo Limited

Constance Services Limited

Corbiere Universal Limited

Core Network Limited

Cornerways Services Limited

Creshia Holdings Limited

Creterius Finance Limited

Cronberry Overseas Limited

Crondale Finance Limited

Crosbie Tech Limited

Crossaction Enterprises Limited

Cryosphere Limited

Cyten Trading Inc

Dana Trade Corp

Daniels Tradecorp Inc

Danionics Enterprises Limited

Darfield Limited

Dayen Environmental Limited

Delaware Capital Inc

Delchelva Holdings Limited

Delta Torg LLC (DELXTATORG LLC)

Deltona Services Limited

Denacom Limited

Denmar Assets Managements Inc

Derbent Services Limited

Derneco Limited

Develcan Ventures Limited

Devesta Limited

Devonton Investments Limited

Dik Nedvizhimost CJSC (DIK-NEDVIJIMOSTX CJSC)

Dinamic Tide Trading

Dinfield Inc

Direct Logistic Solutions Limited

Donlant Ventures Inc

Dorbea Investments Limited

Doren Trading Limited

Dowring & Associates Inc

DP Jupiter Trade (DP uPITER TREiD)

DP MP Invest (DOcIRNf PjDPRIfMSTVO MP Jnvest)

---

[2] Incorrectly listed in Receivership Order as Celina Holdings Investments Limited

Dreamlife Holdings Limited

Dregon Land Limited

Drey Associates Limited

Drobo Trade Investment LLP[3] (DROBO
TREiD jNVESTMENT LLC)

Drobo Trade Limited

Drofal Holding Limited

Easy Concept Processing Limited

Eclarius Limited[4]

Edmisonon Holdings Limited

Elanesca Investments Limited

Eldoro Holdings Limited

Elgin Assets & Ventures Limited

Elias Import/Export Limited

Elisha Holdings Limited

Elista Trading International Limited

Elsinore Consultants Limited

Emesin Trading Limited

Eminota Limited

Emsort Holdings Limited

Engelor Trading Limited

Enverolt Marketing Limited

Equipe Holdings Limited

Erawanco Limited

Ergen Trading Limited

Ergo Transit Corp

Ernalco Investments Limited

Escantre Holdings Limited

Estar Developments Limited

Estrea Management Limited

Eurasia Logistics Limited

Eurobusiness Group Inc

Euroguard Assets Limited

Europtronic Limited

Extracord Company Limited

Facebook Trading Limited

Famelink Investments Limited

Famesca Investments Limited

Famille Solutions Limited

Fanal Holdings Limited

Farcape Services Limited

Farpost Holdings Limited

Fastservice Consultants Limited

Fedelm Corp

Fendus Holding Limited

Fenella Service Limited

Fernwood Resources Limited

Fers Limited

Feston Limited

Fexon International Limited

Fieldport Networks Corp

Financial Centre Micex CJSC
(FINANSOVYi CENTR-MVB CJSC)

Fitcherly Holdings Limited

Flairis Technology Limited[5]

Fletcher Investor Corp

Flightplan Services Limited

Flyajet Investments Limited

FM - Company Limited

Fora Corporation

Forestcrystal Holdings Limited

Foresthouse Holdings Limited

Forlani Investments Limited

Formiga Limited

Fountain Hills Trading Limited

Francis Alliance Limited

Francont Trading Limited

Freshway Financial Consulting Limited

Frolovo Holdings Limited

Frontline Technology Limited

Fugishia Trading Limited

---

[3] Incorrectly listed in Receivership Order as
Drobo Trade Investments LLP
[4] Incorrectly listed in the Receivership Order
as 'Eklarius Limited'

[5] Incorrectly listed in the Receivership Order
as 'Flairis Technologies Limited'

G.R.V. Greco Ventures Limited

Galanz Productions Limited

Gallamist Investments Limited

Gambac Limited

Gamematch Payment Limited

Gasten Group Limited

Gatova Holdings Limited

GEM Equity Management Holding AG

Gemestra Limited

Gemini Limited

Gemnet Services Limited

Gemwave Systems Limited

Genemedix Enterprises Limited

Gestel Marketing Inc

Giftrock Trading Limited

Global King Enterprises Limited

Global Scale Corporation

Global Team Company

Globetrade Management Limited

Gold Arris Limited

Goldboat Investments Limited

Goldenstage Trading Limited

Goldfine Import Investment LLP[6]
(GOLDFAiN jMPORT jNVESTMENT
LLC)

Goldfine Import Limited

Gorazar Limited

Gostinichniy Kompleks Cosmos OAO (GK
KOSMOS OJSC)

Govery Trading Limited

Graceway Commerce Limited

Grebore Limited

Greenbridge Services Limited

Grepas Services Limited

Grosburg Limited

Grundberg Inc

Gurtall Management Limited

Hallmer Limited

Handcart Investments Limited

Haphaestion Holdings Limited

Harmony Technology Limited

Harnfield Resources Limited

Heavenview Investments Limited

Heklon Management Limited

Helia Investments Limited

Heritam Management Limited

Highbond Associates Limited

Highview Limited

Hilberton Trading Limited

Hillrose Developments Limited

Hillspar Holdings Limited[7]

Hilton Consulting Limited

Holder Dom LLC / OOO Kholder Dom
(HOLDER DOM LLC)

Honeynet Trading Limited

Hudsona Limited

Humaninvest International Limited

I.R.E.Land Limited

Iamgold Corporation Limited

Idrial Limited

Imerys Limited

Imex Management Inc

Impulse Capital Corp

Impulse Capital Investment LLP[8] (jMPULS
KAPjTAL jNVESTMENT LLC)

Inkaville Holdings Limited

Innovalues Precision Limited

Instem Holdings Limited

Intellectual Creative Solutions Limited

Interfunding Facilities Limited

---

[6] Incorrectly listed in the Receivership Order as Goldfine Import Investments LLP

[7] Incorrectly listed in the Receivership Order as Hillspar Holding Limited

[8] Incorrectly listed in the Receivership Order as Impulse Capital Investments LLP

International Petroleum Services Group Limited

Invest Development LLC (INVEST-DEVELOPMENT LLC)

Investclub Investments Limited

Investproekt OOO (INVESTPROEKT LLC)

IPG Eurasia LLC (IPG EVRAZIa LLC)

IPG Eurasia Ukraine LLC (jNVESTICJiNO PROMISLOVA GRUPA fVRAZja-UKRAyNA LLC) (jPG fVRAZja-UKRAyNA LLC)

Irwood Commercial Limited

Ivorytower Consultants Limited

Jacks International Limited

Jacrobi Limited

Jadason Enterprises Limited

Jet Fame Industries Limited

Jifkor Holdings Limited

Johnson Intertrans Inc

Jojoland Ventures Limited

Jollafield Holdings Limited

Jollastreet Enterprises Limited

Jollatower Enterprises Limited

Jollawood Trading & Investments Limited

Joytas Holdings Limited

Kailani Limited

Kalliyan Investments Limited

Kapsy Limited

Karola Holdings Limited

Kazcapital Invest LLP (Kaz Kapital LLC)

Kells Services Limited

Kentavir Limited

Keppel Land Limited

Keywave International Limited

Kimoce Limited

Kinmate Trading Limited

Kinslev Productions Limited

Klostrade Financial Group Limited

Koasiatrata Investments Limited

Konami Corporation Limited

KSC International Corp

KSC International Limited

KT Asia Investment Group BV

KT Asia Investment Group CV

Kutuzov Worldwide Enterprises Limited

Ladyhawk Holdings Limited

Lafe Technology Limited

Lake Resources Limited

Lakeland Commercial Limited

Lakeland Investments LLP (LEiKLEND jNVESTMENTS LLC)

Lallarte Limited

Lallarte Properties Limited

Landusaco Holding Limited

Langit Consulting Limited

Lankom Limited

Laplous Group Limited

Laquian Limited

Latrecia Investments Limited

Lavec Estates Limited

Learna Holdings Limited

Lebrica Holdings Limited

Legendcatch Services Limited

Lemur Holdings Limited

Lende Trading Corp

Leonca Holdings Limited

Lercina Holding Limited

Lercina Holdings Limited

Lernice Investments Limited

Levelbest Trading Limited

Lexman Inc

Lifetone Services Limited

Liftmann Limited

Lightland Consultants Limited

Lingard Industry Limited

Linkwood Limited

Linuxo Properties Limited

Lion Asiapac Limited

Lionhead Trading Limited

Livehouse International Limited

Loginet Services Limited

Logopark Kolpino CJSC (LOGOPARK KOLPINO CJSC)

Logopark Mezhdureche CJSC (LOGOPARK MEJDUREcXE CJSC)

Logopark Pyshma LLC (LOGOPARK PYQMA LLC)

Lomtel Limited

Loremain Limited

Lotaro Trading Limited

Lucky Kingdom Investments Limited[9]

Ludostad Properties Limited

Lux Investing Limited

Lyriten Production Inc

M.T.H. Maritime Holdings Limited

Mabco Inc

Maden Holding Inc

Maintop Trading Limited

Makta Aral Company LLP (MaktaAral LLC)

Malabar Investments Group Limited

Malakiy Resources Limited

Marcenica Investments Limited

Marciana Investments Limited

Marine Gardens OOO (MARIN GARDENS LLC)

Marinor Limited

Masour Holdings Limited

Matheca Holdings Limited

Maximus Resources Limited

Mega Property Limited

Melchia Trading Limited

Melindra Holdings Limited

Melkus Finance Limited

Mer Investments Limited

Mercielo Limited

Merenko Limited

Mergilot Trading Limited

Microview Trading Limited

Migina Limited

Mignola Services SA

Millennium Support Group Limited

Minik Limited

Minlin Estates Limited

Mintex Trading Limited

Misatone Limited

Mishia Investments Limited

Mitchell Technologies Inc

MK Caspian Zhuldyz NOO

Moldina Investments Limited

Moranta Invest (Cyprus) Limited

Mortecia Investments Limited

Mosdel Finance Limited

Motzo Holdings Limited

Mount Properties Limited

Mymana Investment Holdings Limited (formerly Kyma Investment Holdings Limited)

Nafazko Investments Limited

Nalden Industries Inc

Narabak Holdings Limited

Neshani Investments Limited

Netgold Services Limited

Newform Company Limited

Newhomeland Investments Limited

Nextrata Investments Limited

Nicedeal Investments Limited

Nipremena Holdings Limited

Nitnelav Holdings Limited

Nord Shipping Inc

Normen (Overseas) Limited

Northern Operations NV

---

[9] Incorrectly listed in the Receivership Order as Lucky Kingdom Investments

Nostras Limited

Notula Trading Limited

Novaya Tabachnaya Companiya OOO (NOVAa TABAcNAa KOMPANIa LLC) (NTK LLC)

N-Terminal LLC (N-TERMINAL LLC)

Nuerto Limited

Nupto Limited

Oldroad International Limited

Olofu Investment Holdings Limited

Omada Trading Limited

Opis Investments Limited

Orken Kapital LLP (ORKEN-KAPITAL LLC)

Orwell Import/Export Limited

Ostel Holdings Limited

Padoge Limited

Pakhra Fields LLC (PAHRA FILDZ LLC)

Paller Products Limited

Palmgate Enterprises Limited

Palmridge Holdings Limited

Pancontinental Inc

Parakmi Logistics Limited

Parasat Group NV

Parasus Finance Limited

Pasu Investments Limited

Paveletskaya OJSC (PAVELECKAa OJSC)

Pekan Trading Limited

Peperera Investments Limited

Perfeta Limited

Peristar Holdings Limited

Perspective Communications Inc

Philadelphia Tradecorp Inc

Pilotlight Holdings Limited

PK Yurovo LLC (PK uROVO LLC)

PKM Invest Limited

Placefield Holdings Limited

Placehouse Enterprises Limited

Planetzone Investments Limited

Plarum Limited

Platform Trustees Limited

PO Bylovo LLC (PO BYLOVO LLC)

Pointview Services Limited

Porfitto Trading Limited

Potbel Holdings Limited

Potiza Holdings Limited

Power Factor Trading Limited

Powerboat Investments Limited

Powermatic Data Limited

Prestona Holdings Limited

Previa Limited

Primesupport Holdings Limited

Prockshere Limited

Progen Limited

ProjectLand Investments Limited

Proliferone Limited

Promwel Holdings Limited[10]

Prosperous Century Inc

Proteus Group Holdings Limited

PSK Finance AMK Invest LLC (PROEKTNO-STROITELXNAa KOMPANIa AMK-INVEST LLC) (AMK-INVEST LLC)

Quasont Limited

Quickselect Investments Limited

Quinn Services Limited

Randers Company Inc

Ratin Investment Limited

Rayfield Productions Corp

Reblanca Holdings Limited

Reclif Developments Limited

Refgen Technologies Inc

Regal View Trading Limited

Region-Invest LLC (REGION-INVEST LLC)

---

[10] Incorrectly listed in the Receivership Order as Promwell Holdings Limited

Reigen Technologies Limited

Reklod Limited

Reme Investments Limited

Retrica Holdings Limited

Reuel Limited

Revil Securities SA

Rihanca Holdings Limited

Rikas Finance LLC (RIKAS FINANS LLC)

Rimos Limited

Ringbell Investments Limited

Ringfors Enterprises Limited

Riverstreet Investments Limited

Roadnext Holdings Limited

Rochester Invest Corporation

Rockgarden Enterprises Limited

Rocklane Properties Limited

Romelo Holdings Limited

Roskon Limited

Rospanico Investments Limited

Rospozant Limited

Rovert Import/Export Limited

Royford Inc

Rubyway Limited

Rushotel LLC (RUSOTELX LLC)

Rusotels Limited

Russian GS Limited

S.L. Schooldesk Licensing Limited (formerly Zephyranth Limited)

Salvepar Resources Limited

Salvino Services Limited

Salwick Holding Sarl

Samal Properties Limited Liability Partnership (SAMAL PROPERTIS LLC)

Samera Holdings Limited

Samuel Finance Sarl

Sanbreta Investments Limited

Sandown Holding Sarl

Sante Trading Limited [Sante Trading Group Limited]

Sarova Holdings Limited

Saryjaz Mineral Mining Co OOO (SARYDJAZ MINERAL MAiNING)

Sea Specialised Port Vitino LLC (MORSKOi SPECIALIZIROVANNYi PORT VITINO LLC)

Seaham Holding Sarl

Seaworld Processing Limited

Secretcorner Trading Limited

Seeria Alliance Limited

SellBrook Company Corp

Septrade Limited

Shalford Holding Sarl

Shallowlake Holdings Limited

Shoreline Investment Holdings Limited (formerly Granta Investment Holdings Limited)

SIG Assets Management Limited

Silverall Holdings Limited

Silverghost Trading Limited

Silworld Holdings Limited

Simonie Holdings Limited

Simplecity Holdings Limited

Skywatch Services Limited

Smarthead Investments Limited

Smartinvest Services Limited

Smartwhere Limited

Smileworld Investments Limited

SMKK LLP (SMKK LLC)

Solent Management Limited

Solmar Technologies Corp

Somerset Projects Inc

Sovstar 1 (Cyprus) Limited

Spacenet Services Limited

Specialrace Trading Limited

Spiritbase Services Limited

Sprenwood Holdings Limited

Squarecut Trading Limited

Stantis Limited

Stanton Universal Limited

Star-Atlantic Holding Inc

Starwood Contracts Limited

Statedown Enterprises Limited

Staterax Holding Limited

Statetower Enterprises Limited

Steffler Global Inc

Steiman Corp

Stempel Holdings Limited

STL Company LLC (STL-KOMPANIa LLC)

Stockstair Holdings Limited

Storin Limited

Straseca Holdings Limited

Strident Energy Limited

Striks Investments Limited

Stroiinvest-Kazan OOO (STROiINVEST-KAZANX LLC)

Stroi-Resource OOO (STROi-RESURS LLC)

StroyInvest Kazan LLC (STROiINVEST-KAZANX LLC)

Stylewest Holdings Limited

Subona Trading Limited

Subtower Trading Limited

Sundycoast Processing Limited

Sunstone Ventures Limited

Sunwell Distributors Inc

Superleague Services Limited

Suprisimo Investments Limited

Surmaka Services Limited

Svanlake Holding Limited

Svelgate Alliance Corp

Swainriver Holdings Limited

Sylvan Assets Inc

Tableros Holdings Limited

Tactica Enterprises Limited

Tahoka Limited

Tanna Holding Sarl

Taranski Limited

Tariono Limited

Techlink Consulting Limited

Tedcom Finance Limited

Tekhstroy Alliance CJSC (TEHSTROiALXaNS CJSC)

Telford Financiers Corp

Terrazone Investments Limited

Ticker Services and Consulting Limited

Tollo Holding Limited[11]

Caspian Tristar TOO (Kaspian Tristar LLC)

Top Quality Consulting Limited

Topgeo Holdings Limited

Topwide Trading Limited

Topworld Services Limited

Torland Production Inc

Toros Limited

Tortuga Limited

Tossima Limited

Trademarket International Limited

Tradestock Inc

Trainor Alley Corporation

Tramlanes Investments Limited (formerly Bergtrans Contracts Corp)

Trasemino Investments Limited

Trasnational Assets Limited

Trasnational Capital and Investments Limited

Trefor Limited

Trionfale Limited

Trombest Holdings Limited

Tsentr-Invest Limited Liability Company (CENTRINVEST LLC)

Tunnelsink Holdings Limited

---

[11] Incorrectly listed in the Receivership Order as Tollo Holdings S.a.r.l.

TuranAlem Capital LLC (TURANALEM KAPITAL LLC)

Ungromado Limited

Uniflex Global Limited

Unishare Trading Limited

United Clearing & Processing Company Limited

Urbas Industrial Limited

Urie Services Limited

Usarel Investments Limited

Utara Investments Limited

Vaida Trading Limited

Valeford Consortium Corp

Valenora Co Limited

Vanbas Limited

Vanesca Holdings Limited

Vanesca Investments Limited

Varkiza Investments Limited

Varna Limited

Vartexo Trading Limited

Velocita Holding BV

Venezzia Trading Limited

Venizon Holdings Limited

Venta LLC (VENTA LLC)

Vern Trading Corporation

Vernex Inc

Vetro Limited

Vetta (UK) LLP

Vianden Limited

Viascal Holdings Limited

Victan Limited

Victoryland Investments Limited

Vinsaw Investments Limited

Voreda Investments Limited

Vulier Investments Limited

Warren Worldwide LLC

Webcare Marketing Limited

Wenus Products Limited

Westrade Limited

Whipland Investments Limited

White Avenue Limited

White Sea Complex BV

Whitestorm Holdings Limited

Widley Worldwide Inc

Winterra Holdings Limited

Wintop Services Limited

Woodbridge Group Limited

Worldwide City Investments Limited

Xendus Holding Limited

Xtrainvest Investments Limited

Yarla Investments Limited

Yassy Invest LLP (aSSY-INVEST LLC)

York Resources Capital Corp

Yorkline Corp

Yuma Holdings Limited

Zafferant Partners Inc

Zaforim Investments Limited

Zaidies Limited

Zalou Investments Limited

Zangyla Holdings Limited

Zardoya Holding Limited

Zathen Holding Investments Limited (formerly Carsonway Limited)

Zed Candy Limited

Zephyranth Limited

Zlatano Limited

Zociac Enterprises Limited

ZRL Beteiligungs AG

# ANNEX B

**Annex B**

**Request to Bank of America, N.A.**

a) *Bank Account Request:* We request that Bank of America, N.A. provide all incoming and outgoing SWIFT message types MT103, MT202 and MT202COV for all transactions that occurred between January 1, 2005 and December 31, 2012, where the remitter or beneficiary is any of the companies listed in Annex A.  The remitting bank and beneficiary bank should be limited by the names of the banks listed below.

| Bank Name | Previous Name | BIC | Intermediary Name | Previous Name | BIC |
|-----------|---------------|-----|-------------------|---------------|-----|
| JSC Rietumu Bank | N/A | RTMBLV | National Westminster Bank PLC | N/A | NWBKGB / RBOSGB |
| Uralsib Bank OAO | N/A | AVTBRU | OTP Bank Ltd. | N/A | OTPVHU |

b) *Specific Transaction Request:* We request that Bank of America, N.A. provide all outgoing SWIFT message types MT103, MT202 and MT202COV received up to and including two months from the date of each transaction listed below.  The searches should be limited by the name of the remitter and the remitting bank listed for each of the corresponding transactions.

i) Remitting Bank: Abu Dhabi Islamic Bank (BIC: ABDIAE)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|-----|-------------|------|------------------|----------------------|
| T1 | 20,000,000.00 | 03-May-11 | Askar Amangeldiyev | unknown |

ii) Remitting Bank: ING Bank, N.V. (BIC: INGBNL)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|-----|-------------|------|------------------|----------------------|
| T33 | 10,000,000.00 | 23-Nov-07 | New Power Systems Limited | unknown |
| T34 | 15,000,000.00 | 07-Dec-07 | New Power Systems Limited | unknown |
| T35 | 25,000,000.00 | 21-Dec-07 | New Power Systems Limited | unknown |

2779855.1

iii) Remitting Bank: Marfin Laiki Bank (BIC: LIKICY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T38 | 4,000,000.00 | 21-Aug-08 | Andover Limited | 178-32-143752 |
| T39 | 4,000,000.00 | 22-Aug-08 | Andover Limited | 178-32-143752 |
| T40 | 4,000,000.00 | 26-Aug-08 | Andover Limited | 178-32-143752 |
| T41 | 4,000,000.00 | 28-Aug-08 | Andover Limited | 178-32-143752 |
| T42 | 4,000,000.00 | 01-Sep-08 | Andover Limited | 178-32-143752 |
| T43 | 1,700,000.00 | 03-Sep-08 | Andover Limited | 178-32-143752 |
| T44 | 1,082,919.30 | 09-Mar-10 | Tristana Holdings Limited | 178-32-192771 |

iv) Remitting Bank: Rietumu Banka (BIC: RTMBLV)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T56 | 6,544,201.00 | 06-Jun-08 | Larsen Markets LLP | LV10RTMB0000060806489 |

27779855.1

**Request to Barclays Bank PLC**

a) *Bank Account Request*: We request that Barclays Bank PLC provide all incoming and outgoing SWIFT message types MT103, MT202 and MT202COV for all transactions that occurred between January 1, 2005 and December 31, 2012, where the remitter or beneficiary is any of the companies listed in Annex A. The remitting bank and beneficiary bank should be limited by the names of the banks listed below.

| Bank Name | Previous Name | BIC | Intermediary Name | Previous Name | BIC |
|---|---|---|---|---|---|
| Barclays Bank LLC | N/A | RTMBLV | N/A | N/A | N/A |

b) *Specific Transaction Request*: We request that Barclays Bank PLC provide all outgoing SWIFT message types MT103, MT202 and MT202COV received up to and including two months from the date of each transaction listed below. The searches should be limited by the name of the remitter and the remitting bank listed for each of the corresponding transactions.

i) Remitting Bank: Barclays Bank PLC, Cyprus (BIC: BARCCY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T21 | 2,046,000.00 | 01-Nov-05 | Claver Holdings Group Limited | CY6310800010000000001020062 |

2779855.1

# Request to BNP Paribas

a) *Bank Account Request*: There is no Bank Account Request to BNP Paribas, New York.

b) *Specific Transaction Request*: We request that BNP Paribas, New York provide all outgoing SWIFT message types MT103, MT202 and MT202COV received up to and including two months from the date of each transaction listed below. The searches should be limited by the name of the remitter and the remitting bank listed for each of the corresponding transactions.

i) Remitting Bank: BNP Paribas (Suisse) SA (BIC: BPPBCH)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T22 | 1,001,154.51 | 23-Feb-09 | Expedia Enterprises Limited | CH38 0868 6001 0861 5200 1 |

27798855.1

**Request to Citibank, N.A.**

a) *Bank Account Request:* We request that Citibank, N.A. provide all incoming and outgoing SWIFT message types MT103, MT202 and MT202COV for all transactions that occurred between January 1, 2005 and December 31, 2012, where the remitter or beneficiary is any of the companies listed in Annex A. The remitting bank and beneficiary bank should be limited by the names of the banks listed below.

| Bank Name | Previous Name | BIC | Intermediary Name | Previous Name | BIC |
|-----------|---------------|-----|-------------------|---------------|-----|
| JSC Rietumu Bank | N/A | RTMBLV | National Westminster Bank PLC | N/A | NWBKGB / RBOSGB |
| JSC Trasta Komercbanka (BIC: KBRBLV) | N/A | KBRBLV | Raiffeisen Zentralbank Oestereich AG | N/A | RZBHATWW |

b) *Specific Transaction Request:* We request that Citibank, N.A. provide all outgoing SWIFT message types MT103, MT202 and MT202COV received up to and including two months from the date of each transaction listed below. The searches should be limited by the name of the remitter and the remitting bank listed for each of the corresponding transactions.

   i) Remitting Bank: Abu Dhabi Islamic Bank (BIC: ABDIAE)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|-----|-------------|------|------------------|----------------------|
| T1 | 20,000,000.00 | 03-May-11 | Askar Amangeldiyev | unknown |

ii) Remitting Bank: Bank of Cyprus (BIC: BCYCPY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|-----|-------------|------|------------------|----------------------|
| T18 | 5,000,000.00 | 09-Apr-10 | Lumette Corporation | CY5200200155000000407364806 |
| T19 | 5,000,000.00 | 27-Apr-10 | Lumette Corporation | CY5200200155000000407364806 |
| T20 | 2,002,506.96 | 18-Feb-11 | Bryllant Group Limited | CY2200200385000000403104606 |

iii) Remitting Bank: Eurobank EFG (BIC: EFGBCY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|-----|-------------|------|------------------|----------------------|
| T25 | 4,350,533.97 | 22-Sep-08 | Georgios Papachristoforou | CY2201800030000201300002308 |
| T26 | 1,000,989.84 | 23-Dec-10 | Credo Ventures Ltd | 2011-00057523 |

iv) Remitting Bank: FBME Tanzania Ltd (BIC: FBMETZ)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|-----|-------------|------|------------------|----------------------|
| T27 | 27,400,000.00 | 09-Jun-11 | Amber Limited | unknown |

v) Remitting Bank: Hellenic Bank (BIC: HEBACY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|-----|-------------|------|------------------|----------------------|
| T28 | 1,990,966.41 | 18-Apr-11 | Sheldon Limited | 240-07-551637-01 |
| T29 | 1,992,000.00 | 20-Apr-11 | Sheldon Limited | 240-07-551637-01 |

2779855.1

vi) Remitting Bank: JSC The State Export-Import Bank of Ukraine (BIC: EXBSUA)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T36 | 1,211,270.00 | 13-Jun-08 | LLC Zemelny Capital | 2601 5010 0396 09 |
| T37 | 3,000,270.00 | 25-Jul-08 | LLC Zemelny Capital | 2600 5010 0396 09 |

vii) Remitting Bank: Marfin Laiki Bank (BIC: LIKICY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T38 | 4,000,000.00 | 21-Aug-08 | Amdover Limited | 178-32-143752 |
| T39 | 4,000,000.00 | 22-Aug-08 | Amdover Limited | 178-32-143752 |
| T40 | 4,000,000.00 | 26-Aug-08 | Amdover Limited | 178-32-143752 |
| T41 | 4,000,000.00 | 28-Aug-08 | Amdover Limited | 178-32-143752 |
| T42 | 4,000,000.00 | 01-Sep-08 | Amdover Limited | 178-32-143752 |
| T43 | 1,700,000.00 | 03-Sep-08 | Amdover Limited | 178-32-143752 |
| T44 | 1,082,919.30 | 09-Mar-10 | Tristana Holdings Limited | 178-32-192771 |

viii) Remitting Bank: Rietumu Banka (BIC: RTMBLV)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T56 | 6,544,201.00 | 06-Jun-08 | Larsen Markets LLP | LV10RTMB0000060806489 |

2779855.1

ix) Remitting Bank: Trasta Komercbanka (BIC: KBRBLV)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T61 | 7,000,000.00 | 15-Mar-05 | Bramex Management Inc | LV55KBRB111121064900 1 |
| T62 | 9,449,555.00 | 18-Aug-05 | Craftway GmbH Inc. | LV03KBRB111121149500 1 |
| T63 | 10,550,445.00 | 22-Sep-05 | Craftway GmbH Inc. | LV03KBRB111121149500 1 |
| T64 | 7,271,975.59 | 20-Oct-05 | Craftway GmbH Inc. | LV03KBRB111121149500 1 |
| T65 | 12,200,000.00 | 25-Nov-08 | Bluevelvet Services Limited | LV74KBRB111121337300 1 |
| T66 | 3,000,000.00 | 02-Apr-09 | Nyanga Ltd | LV20KBRB111125238000 1 |
| T67 | 1,000,000.00 | 19-Aug-09 | Perrycat Limited | LV05KBRB111121368600 1 |
| T68 | 1,000,000.00 | 24-Sep-09 | Perrycat Limited | LV05KBRB111121368600 1 |
| T69 | 1,000,000.00 | 17-Dec-09 | Perrycat Limited | LV05KBRB111121368600 1 |
| T70 | 1,000,000.00 | 01-Feb-10 | Perrycat Limited | LV05KBRB111121368600 1 |
| T71 | 1,000,000.00 | 18-Jun-10 | Perrycat Limited | LV05KBRB111121368600 1 |

2779855.1

**Request to Commerzbank AG**

Commerzbank AG Requests

a) *Bank Account Request:* We request that Commerzbank AG, New York provide all incoming and outgoing SWIFT message types MT103, MT202 and MT202COV for all transactions that occurred between January 1, 2005 and December 31, 2012, where the remitter or beneficiary is any of the companies listed in Annex A. The remitting bank and beneficiary bank should be limited by the names of the banks listed below.

| Bank Name | Previous Name | BIC | Intermediary Name | Previous Name | BIC |
|---|---|---|---|---|---|
| Commerzbank (Eurasija) SAO | N/A | COBARU | N/A | N/A | N/A |
| Hypothekenbank Frankfurt AG | Eurohypo AG | EHYPDE /HYESDE | N/A | N/A | N/A |
| JSC Rietumu Banka (BIC: RTMBLV) | N/A | RTMBLV | Commerzbank AG, Frankfurt | N/A | COBADEFF |
| JSC Trasta Komercbanka (BIC: KBRBLV) | N/A | KBRBLV | Commerzbank AG, Frankfurt | N/A | COBADEFF |

b) *Specific Transaction Request:* We request that Commerzbank AG, New York provide all outgoing SWIFT message types MT103, MT202 and MT202COV received up to and including two months from the date of each transaction listed below. The searches should be limited by the name of the remitter and the remitting bank listed for each of the corresponding transactions.

i) Remitting Bank: FBME Tanzania Ltd (BIC: FBMETZ)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T27 | 27,400,000.00 | 09-Jun-11 | Amber Limited | unknown |

2779855.1

ii) Remitting Bank: PJSC BTA Bank (Ukraine) (BIC: UCTBUA)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T53 | 1,000,000.00 | 29-May-09 | TOV SPOCC Max-Well | 2600200130328 |
| T53 | 1,000,000.00 | 29-May-09 | TOV SPOCC Max-Well | 2600200130328 |
| T53 | 1,000,000.00 | 29-May-09 | TOV SPOCC Max-Well | 2600200130328 |

iii) Remitting Bank: Rietumu Banka (BIC: RTMBLV)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T55 | 8,489,008.00 | 08-Sep-05 | BARBARAN LLC | LV13RTMB00001558 06293 |
| T56 | 6,544,201.00 | 06-Jun-08 | Larsen Markets LLP | LV10RTMB00006 0806489 |

## Dresdner Bank AG Requests[1]

a) *Bank Account Request:* We request that Commerzbank AG New York provide all incoming and outgoing SWIFT message types MT103, MT202 and MT202COV for all transactions that occurred between January 1, 2005 and December 31, 2012, where the remitter or beneficiary is any of the companies listed in Annex A. The remitting bank and beneficiary bank should be limited by the names of the banks listed below.

| Bank Name | Previous Name | BIC | Intermediary Name | Previous Name | BIC |
|---|---|---|---|---|---|
| JSC Trasta Komercbanka (BIC: KBRBLV) | N/A | RTMBLV | N/A | N/A | N/A |
| LGT Schweiz AG | Dresdner Bank Switzerland ltd. | BLFLCHBB | N/A | N/A | N/A |

---

[1] These requests pertain to accounts and transactions connected with Dresdner Bank AG, which was acquired by Commerzbank AG in 2009.

27779855.1

b) *Specific Transaction Request:* We request that Commerzbank AG New York provide all outgoing SWIFT message types MT103, MT202 and MT202COV received up to and including two months from the date of each transaction listed below. The searches should be limited by the name of the remitter and the remitting bank listed for each of the corresponding transactions.

   i) Remitting Bank: Trasta Komercbanka (BIC: KBRBLV)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|-----|-------------|------|------------------|----------------------|
| T62 | 9,449,555.00 | 18-Aug-05 | CRAFTWAY GmbH Inc. | LV03KBRB1111211495001 |
| T63 | 10,550,445.00 | 22-Sep-05 | CRAFTWAY GmbH Inc. | LV03KBRB1111211495001 |
| T64 | 7,271,975.59 | 20-Oct-05 | CRAFTWAY GmbH Inc. | LV03KBRB1111211495001 |

**Request to Crédit Agricole CIB (previously known as Calyon N.A.)**

a) *Bank Account Request:* We request that Crédit Agricole provide all incoming and outgoing SWIFT message types MT103, MT202 and MT202COV for all transactions that occurred between January 1, 2005 and December 31, 2012, where the remitter or beneficiary is any of the companies listed in Annex A. The remitting bank and beneficiary bank should be limited by the names of the banks listed below.

| Bank Name | Previous Name | BIC | Page Reference | Intermediary Name | Previous Name | BIC |
|-----------|---------------|-----|----------------|-------------------|---------------|-----|
| Uralsib Bank OAO | N/A | AVTBRU | 71 | VTB Bank (France) SA | Banque Commerciale pour lEurope du Nord | EUROFRPP |

b) *Specific Transaction Request:* There is no Specific Transaction Request to Crédit Agricole.

2779855.1

**Request to Deutsche Bank Trust Company Americas**

a) *Bank Account Request:* We request that Deutsche Bank Trust Company Americas provide all incoming and outgoing SWIFT message types MT103, MT202 and MT202COV for all transactions that occurred between January 1, 2005 and December 31, 2012, where the remitter or beneficiary is any of the companies listed in Annex A. The remitting bank and beneficiary bank should be limited by the names of the banks listed below.

| Bank Name | Previous Name | BIC | Intermediary Name | Previous Name | BIC |
|---|---|---|---|---|---|
| AMT Bank LLC (BIC: ITASRU) | BTA Moscow LLS and Slavinvestbank LLC | ITASRU | N/A | N/A | N/A |
| Hypothekenbank Frankfurt AG | Eurohypo AG | EHYPDE/ HYESDE | N/A | N/A | N/A |
| JSC Rietumu Banka (BIC: RTMBLV) | N/A | RTMBLV | N/A | N/A | N/A |
| JSC Trasta Komercbanka (BIC: KBRBLV) | N/A | KBRBLV | N/A | N/A | N/A |
| Uralsib Bank OAO | N/A | AVTBRU | N/A | N/A | N/A |

b) *Specific Transaction Request:* We request that Deutsche Bank Trust Company Americas provide all outgoing SWIFT message types MT103, MT202 and MT202COV received up to and including two months from the date of each transaction listed below. The searches should be limited by the name of the remitter and the remitting bank listed for each of the corresponding transactions.

i) Remitting Bank: Abu Dhabi Islamic Bank (BIC: ABDIAE)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T1 | 20,000,000.00 | 03-May-11 | Askar Amangeldiyev | unknown |

2779855.1

ii) Remitting Bank: Bank of Cyprus (BIC: BCYCPY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T18 | 5,000,000.00 | 09-Apr-10 | Lumette Corporation | CY5200200155000000407364806 |
| T19 | 5,000,000.00 | 27-Apr-10 | Lumette Corporation | CY5200200155000000407364806 |
| T20 | 2,002,506.96 | 18-Feb-11 | Bryllant Group Limited | CY2200200385000000403104606 |

iii) Remitting Bank: Eurobank EFG (BIC: EFGBCY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T25 | 4,350,533.97 | 22-Sep-08 | Georgios Papachristoforou | CY2201800030000201300002308 |
| T26 | 1,000,989.84 | 23-Dec-10 | Credo Ventures Ltd | 2011-00057523 |

iv) Remitting Bank: FBME Tanzania Ltd (BIC: FBMETZ)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T27 | 27,400,000.00 | 09-Jun-11 | Amber Limited | unknown |

v) Remitting Bank: Hellenic Bank (BIC: HEBACY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T28 | 1,990,966.41 | 18-Apr-11 | Sheldon Limited | 240-07-551637-01 |
| T29 | 1,992,000.00 | 20-Apr-11 | Sheldon Limited | 240-07-551637-01 |

2779855.1

vi) Remitting Bank: JSC The State Export-Import Bank of Ukraine (BIC: EXBSUA)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T36 | 1,211,270.00 | 13-Jun-08 | LLC Zemelny Capital | 2601 5010 0396 09 |
| T37 | 3,000,270.00 | 25-Jul-08 | LLC Zemelny Capital | 2600 5010 0396 09 |

vii) Remitting Bank: Marfin Laiki Bank (BIC: LIKICY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T38 | 4,000,000.00 | 21-Aug-08 | Amdover Limited | 178-32-143752 |
| T39 | 4,000,000.00 | 22-Aug-08 | Amdover Limited | 178-32-143752 |
| T40 | 4,000,000.00 | 26-Aug-08 | Amdover Limited | 178-32-143752 |
| T41 | 4,000,000.00 | 28-Aug-08 | Amdover Limited | 178-32-143752 |
| T42 | 4,000,000.00 | 01-Sep-08 | Amdover Limited | 178-32-143752 |
| T43 | 1,700,000.00 | 03-Sep-08 | Amdover Limited | 178-32-143752 |
| T44 | 1,082,919.30 | 09-Mar-10 | Tristana Holdings Limited | 178-32-192771 |

viii) Remitting Bank: OJSC Promsvyazbank, Cyprus Branch  (BIC: PRMSCY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T45 | 1,450,000.00 | 28-Apr-05 | Grey Culver Ltd | 40807840900000016101 |
| T46 | 1,012,500.00 | 06-Sep-05 | Agravein Services Ltd | 40807840800000077101 |
| T47 | 3,200,000.00 | 19-Sep-05 | Agravein Services Ltd | 40807840800000077101 |
| T48 | 2,993,000.00 | 25-Oct-05 | Agravein Services Ltd | 40807840800000077101 |
| T49 | 2,731,000.00 | 25-Oct-05 | Agravein Services Ltd | 40807840800000077101 |
| T50 | 1,776,000.00 | 25-Oct-05 | Agravein Services Ltd | 40807840800000077101 |
| T51 | 5,500,000.00 | 02-Nov-05 | Agravein Services Ltd | 40807840800000077101 |
| T52 | 3,000,000.00 | 13-Dec-05 | Alliance Invest Limited | 40807840500000095001 |

27798551

ix) Remitting Bank: Rietumu Banka (BIC: RTMBLV)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T55 | 8,489,008.00 | 08-Sep-05 | BARBARAN LLC | LV13RTMB0000155806293 |
| T56 | 6,544,201.00 | 06-Jun-08 | Larsen Markets LLP | LV10RTMB0000060806489 |

x) Remitting Bank: Trasta Komercbanka (BIC: KBRBLV)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T61 | 7,000,000.00 | 15-Mar-05 | Bramex Management Inc | LV55KBRB1111210649001 |

**Request to Habib American Bank**

a) *Bank Account Request:* There is no Bank Account Request to Habib American Bank.

b) *Specific Transaction Request:* We request that Habib American Bank provide all outgoing SWIFT message types MT103, MT202 and MT202COV received up to and including two months from the date of each transaction listed below. The searches should be limited by the name of the remitter and the remitting bank listed for each of the corresponding transactions.

i) Remitting Bank: Hellenic Bank (BIC: HEBACY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|-----|-------------|------|------------------|----------------------|
| T28 | 1,990,966.41 | 18-Apr-11 | Sheldon Limited | 240-07-551637-01 |
| T29 | 1,992,000.00 | 20-Apr-11 | Sheldon Limited | 240-07-551637-01 |

2779855.1

## Request to HSBC Bank USA, N.A.

a)  *Bank Account Request*: We request that HSBC Bank USA, N.A. provide all incoming and outgoing SWIFT message types MT103, MT202 and MT202COV for all transactions that occurred between January 1, 2005 and December 31, 2012, where the remitter or beneficiary is any of the companies listed in Annex A.  The remitting bank and beneficiary bank should be limited by the names of the banks listed below.

| Bank Name | Previous Name | BIC | Intermediary Name | Previous Name | BIC |
|---|---|---|---|---|---|
| JSC Rietumu Banka (BIC: RTMBLV) | N/A | RTMBLV | N/A | N/A | N/A |
| OJSC JSCB Rosbank | N/A | RSBNRU | N/A | N/A | N/A |
| Uralsib Bank OAO | N/A | AVTBRU | N/A | N/A | N/A |

b)  *Specific Transaction Request*: We request that HSBC Bank USA, N.A. provide all outgoing SWIFT message types MT103, MT202 and MT202COV received up to and including two months from the date of each transaction listed below.  The searches should be limited by the name of the remitter and the remitting bank listed for each of the corresponding transactions.

   i)  Remitting Bank: Hellenic Bank (BIC: HEBACY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T28 | 1,990,966.41 | 18-Apr-11 | Sheldon Limited | 240-07-551637-01 |
| T29 | 1,992,000.00 | 20-Apr-11 | Sheldon Limited | 240-07-551637-01 |

ii) Remitting Bank: HSBC Bank PLC  (BIC: MIDLGB)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T30 | 2,247,000.00 | 16-Nov-09 | Mesano Managent S.A. | GB98MIDL40051569204905 |
| T31 | 2,400,000.00 | 26-Nov-09 | Concord Distributing Services Ltd | GB76MIDL40051569204913 |
| T32 | 1,178,000.00 | 23-Dec-09 | Concord Distributing Services Ltd | GB76MIDL40051569204913 |

iii) Remitting Bank: Marfin Laiki Bank (BIC: LIKICY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T38 | 4,000,000.00 | 21-Aug-08 | Amdover Limited | 178-32-143752 |
| T39 | 4,000,000.00 | 22-Aug-08 | Amdover Limited | 178-32-143752 |
| T40 | 4,000,000.00 | 26-Aug-08 | Amdover Limited | 178-32-143752 |
| T41 | 4,000,000.00 | 28-Aug-08 | Amdover Limited | 178-32-143752 |
| T42 | 4,000,000.00 | 01-Sep-08 | Amdover Limited | 178-32-143752 |
| T43 | 1,700,000.00 | 03-Sep-08 | Amdover Limited | 178-32-143752 |
| T44 | 1,082,919.30 | 09-Mar-10 | Tristana Holdings Limited | 178-32-192771 |

iv) Remitting Bank: Rietumu Banka (BIC: RTMBLV)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T55 | 8,489,008.00 | 08-Sep-05 | BARBARAN LLC | LV13RTMB0000155806293 |
| T56 | 6,544,201.00 | 06-Jun-08 | Larsen Markets LLP | LV10RTMB0000060680648 9 |

2779855.1

## Israel Discount Bank of New York

a) *Bank Account Request*: We request that Israel Discount Bank of New York provide all incoming and outgoing SWIFT message types MT103, MT202 and MT202COV for all transactions that occurred between January 1, 2005 and December 31, 2012, where the remitter or beneficiary is any of the companies listed in Annex A. The remitting bank and beneficiary bank should be limited by the names of the banks listed below.

| Bank Name | Previous Name | BIC | Intermediary Name | Previous Name | BIC |
|---|---|---|---|---|---|
| JSC Rietumu Banka (BIC: RTMBLV) | N/A | RTMBLV | Israel Discount Bank, Tel Aviv | N/A | IDBLILIT |

b) *Specific Transaction Request*: There is no Specific Transaction Request to Israel Discount Bank of New York.

2779855.1

**Request to J.P. Morgan Chase Bank, N.A.**

a) *Bank Account Request:* We request that J.P. Morgan Chase & Co. provide all incoming and outgoing SWIFT message types MT103, MT202 and MT202COV for all transactions that occurred between January 1, 2005 and December 31, 2012, where the remitter or beneficiary is any of the companies listed in Annex A. The remitting bank and beneficiary bank should be limited by the names of the banks listed below.

| Bank Name | Previous Name | BIC | Intermediary Name | Previous Name | BIC |
|---|---|---|---|---|---|
| AMT Bank LLC (BIC: ITASRU) | BTA Moscow LLS and Slavinvestbank LLC | ITASRU | N/A | N/A | N/A |
| JSC Rietumu Banka (BIC: RTMBLV) | N/A | RTMBLV | N/A | N/A | N/A |
| JSC Trasta Komercbanka (BIC: KBRBLV) | N/A | RTMBLV | National Bank of Canada, Montreal | N/A | BNDC CA MM |
| LGT (Schweiz) AG | Dresdner (Schweiz) AG | BLFLCH | LGT Bank in Lichtenstein | N/A | BLFLCHBB |
| Uralsib Bank OAO | N/A | AVTBRU | N/A | N/A | N/A |

b) *Specific Transaction Request:* We request that J.P. Morgan Chase & Co. provide all outgoing SWIFT message types MT103, MT202 and MT202COV received up to and including two months from the date of each transaction listed below. The searches should be limited by the name of the remitter and the remitting bank listed for each of the corresponding transactions.

i) Remitting Bank: Abu Dhabi Islamic Bank (BIC: ABDIAE)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T1 | 20,000,000.00 | 03-May-11 | Askar Amangeldiyev | unknown |

2779855.1

ii) Remitting Bank: AMT Bank LLC (BIC: ITASRU)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. | Name of Remitting Bank At Date of Transaction |
|---|---|---|---|---|---|
| T15 | 6,040,000.00 | 19-Aug-08 | Barenholt Productions Inc | 40807840800000000148 | BTA Bank ILS Moscow |
| T17 | 2,491,000.00 | 22-Jan-10 | CJSC CENTRO-CAR 2000 | 40702840000000200092 | AMT Bank LLC |
| T16 | 13,107,000.00 | 24-Jul-09 | CJSC Stroyproekt | 40702840600000904204 | AMT Bank LLC |
| T2 | 9,999,999.99 | 04-Oct-06 | JSC Eurasia M4 | 40702840000000002494 | LLC Slavinvestbank |
| T3 | 1,500,517.22 | 27-Oct-06 | JSC Eurasia M4 | 40702840300000003041 | LLC Slavinvestbank |
| T4 | 21,000,485.81 | 01-Nov-06 | JSC Eurasia M4 | 40702840300000003041 | LLC Slavinvestbank |
| T5 | 25,000,478.13 | 27-Nov-06 | JSC Eurasia M4 | 40702840300000003041 | LLC Slavinvestbank |
| T6 | 9,100,540.35 | 05-Dec-06 | JSC Eurasia M4 | 40702840300000003041 | LLC Slavinvestbank |
| T9 | 7,200,525.39 | 16-Jan-07 | JSC Eurasia M4 | 40702840300000003041 | LLC Slavinvestbank |
| T11 | 20,800,492.24 | 07-Feb-07 | JSC Eurasia M4 | 40702840300000003041 | LLC Slavinvestbank |
| T12 | 3,500,000.04 | 20-Apr-07 | JSC Eurasia M4 | 40702840300000003041 | LLC Slavinvestbank |
| T8 | 5,000,000.00 | 27-Dec-06 | LLC Investhildingstroi | 40702840600000000004203 | LLC Slavinvestbank |
| T13 | 1,225,181.00 | 11-Jul-07 | LLC Investhildingstroi | 40702840600000000004203 | LLC Slavinvestbank |
| T7 | 15,450,000.00 | 20-Dec-06 | OOO Stroi Elite Limited | 40702840700000004297 | LLC Slavinvestbank |
| T10 | 8,836,750.00 | 30-Jan-07 | OOO Stroi Elite Limited | 40702840700000004297 | LLC Slavinvestbank |
| T14 | 3,999,970.70 | 04-Oct-07 | Sanesta Investments Ltd | 40807840700000000086 | LLC Slavinvestbank |

iii) Remitting Bank: Bank of Cyprus (BIC: BCYCPY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T18 | 5,000,000.00 | 09-Apr-10 | Lumette Corporation | CY52002001550000004073648806 |
| T19 | 5,000,000.00 | 27-Apr-10 | Lumette Corporation | CY52002001550000004073648806 |
| T20 | 2,002,506.96 | 18-Feb-11 | Bryllant Group Limited | CY22002003850000004033104606 |

iv)  Remitting Bank: BNP Paribas (Suisse) SA (BIC: BPPBCH)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T22 | 1,001,154.51 | 23-Feb-09 | Expedia Enterprises Limited | CH38 0868 6001 0861 5200 1 |

v)  Remitting Bank: RBS Coutts Bank (BIC: COUTCH)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T23 | 1,750,000.00 | 10-Aug-09 | MTA Securities and Investments | CH51 0862 0111 1480 2200 1 |

vi)  Remitting Bank: Emirates Bank International  (BIC: EBILAE)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T24 | 15,000,000.00 | 18-Oct-06 | Atex International (FZC) | unknown |

vii) Remitting Bank: FBME Tanzania Ltd (BIC: FBMETZ)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T27 | 27,400,000.00 | 09-Jun-11 | Amber Limited | unknown |

viii)  Remitting Bank: Hellenic Bank (BIC: HEBACY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T28 | 1,990,966.41 | 18-Apr-11 | Sheldon Limited | 240-07-551637-01 |
| T29 | 1,992,000.00 | 20-Apr-11 | Sheldon Limited | 240-07-551637-01 |

2779855.1

ix)  Remitting Bank: JSC The State Export-Import Bank of Ukraine (BIC: EXBSUA)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T36 | 1,211,270.00 | 13-Jun-08 | LLC Zemelny Capital | 2601 5010 0396 09 |
| T37 | 3,000,270.00 | 25-Jul-08 | LLC Zemelny Capital | 2600 5010 0396 09 |

x)  Remitting Bank: Marfin Laiki Bank (BIC: LIKICY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T38 | 4,000,000.00 | 21-Aug-08 | Amdover Limited | 178-32-143752 |
| T39 | 4,000,000.00 | 22-Aug-08 | Amdover Limited | 178-32-143752 |
| T40 | 4,000,000.00 | 26-Aug-08 | Amdover Limited | 178-32-143752 |
| T41 | 4,000,000.00 | 28-Aug-08 | Amdover Limited | 178-32-143752 |
| T42 | 4,000,000.00 | 01-Sep-08 | Amdover Limited | 178-32-143752 |
| T43 | 1,700,000.00 | 03-Sep-08 | Amdover Limited | 178-32-143752 |
| T44 | 1,082,919.30 | 09-Mar-10 | Tristana Holdings Limited | 178-32-192771 |

xi)  Remitting Bank: OJSC Promsyyazbank, Cyprus Branch (BIC: PRMSCY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T45 | 1,450,000.00 | 28-Apr-05 | Grey Culver Ltd | 40807840900000016101 |
| T46 | 1,012,500.00 | 06-Sep-05 | Agravein Services Ltd | 40807840800000077101 |
| T47 | 3,200,000.00 | 19-Sep-05 | Agravein Services Ltd | 40807840800000077101 |
| T48 | 2,993,000.00 | 25-Oct-05 | Agravein Services Ltd | 40807840800000077101 |
| T49 | 2,731,000.00 | 25-Oct-05 | Agravein Services Ltd | 40807840800000077101 |
| T50 | 1,776,000.00 | 25-Oct-05 | Agravein Services Ltd | 40807840800000077101 |
| T51 | 5,500,000.00 | 02-Nov-05 | Agravein Services Ltd | 40807840800000077101 |
| T52 | 3,000,000.00 | 13-Dec-05 | Alliance Invest Limited | 40807840500000095001 |

xii) Remitting Bank: Public Bank (Hong Kong) Limited  (BIC: CBHKHK)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T54 | 3,006,174.42 | 20-Oct-06 | Maxray Logistics Limited | 717231146026 |

xiii)   Remitting Bank: Rietumu Banka (BIC: RTMBLV)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T55 | 8,489,008.00 | 08-Sep-05 | BARBARAN LLC | LV13RTMB0000155806293 |
| T56 | 6,544,201.00 | 06-Jun-08 | Larsen Markets LLP | LV10RTMB0000060680648489 |

xiv)   Remitting Bank: Trasta Komercbanka (BIC: KBRBLV)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T66 | 3,000,000.00 | 02-Apr-09 | Nyanga Ltd | LV20KBRB11125238001 |
| T67 | 1,000,000.00 | 19-Aug-09 | Perrycat Limited | LV05KBRB11121368601 |
| T68 | 1,000,000.00 | 24-Sep-09 | Perrycat Limited | LV05KBRB11121368601 |
| T69 | 1,000,000.00 | 17-Dec-09 | Perrycat Limited | LV05KBRB11121368601 |
| T70 | 1,000,000.00 | 01-Feb-10 | Perrycat Limited | LV05KBRB11121368601 |
| T71 | 1,000,000.00 | 18-Jun-10 | Perrycat Limited | LV05KBRB11121368601 |

**Request to Societe Generale**

a) *Bank Account Request:* There is no Bank Account Request to Societe Generale.

b) *Specific Transaction Request:* We request that Societe Generale provide all outgoing SWIFT message types MT103, MT202 and MT202COV received up to and including two months from the date of each transaction listed below. The searches should be limited by the name of the remitter and the remitting bank listed for each of the corresponding transactions.

   i) Remitting Bank: SG Private Banking (Suisse) S.A.  (BIC: RUEGCH)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|-----|-------------|------|------------------|----------------------|
| T57 | 2,000,004.11 | 09-Jul-07 | Tylex CO. LTD | 154520 |
| T58 | 1,700,004.22 | 06-Aug-07 | Tylex CO. LTD | 154520 |
| T59 | 1,000,004.27 | 27-Sep-07 | Tylex CO. LTD | 154520 |

2779855.1

**Request to Standard Chartered Bank (previously known as American Express Bank)**

a) *Bank Account Request:* We request that Standard Chartered Bank provide all incoming and outgoing SWIFT message types MT103, MT202 and MT202COV for all transactions that occurred between January 1, 2005 and December 31, 2012, where the remitter or beneficiary is any of the companies listed in Annex A. The remitting bank and beneficiary bank should be limited by the names of the banks listed below.

| Bank Name | Previous Name | BIC | Intermediary Name | Previous Name | BIC |
|-----------|---------------|-----|-------------------|---------------|-----|
| JSC Rietumu Banka (BIC: RTMBLV) | N/A | RTMBLV | N/A | N/A | N/A |
| Uralsib Bank OAO | N/A | AVTBRU | N/A | N/A | N/A |

b) *Specific Transaction Request:* We request that Standard Chartered Bank provide all outgoing SWIFT message types MT103, MT202 and MT202COV received up to and including two months from the date of each transaction listed below. The searches should be limited by the name of the remitter and the remitting bank listed for each of the corresponding transactions.

i) Remitting Bank: Hellenic Bank (BIC: HEBACY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|-----|-------------|------|------------------|----------------------|
| T28 | 1,990,966.41 | 18-Apr-11 | Sheldon Limited | 240-07-551637-01 |
| T29 | 1,992,000.00 | 20-Apr-11 | Sheldon Limited | 240-07-551637-01 |

ii) Remitting Bank: Marfin Laiki Bank (BIC: LIKICY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T38 | 4,000,000.00 | 21-Aug-08 | Amdover Limited | 178-32-143752 |
| T39 | 4,000,000.00 | 22-Aug-08 | Amdover Limited | 178-32-143752 |
| T40 | 4,000,000.00 | 26-Aug-08 | Amdover Limited | 178-32-143752 |
| T41 | 4,000,000.00 | 28-Aug-08 | Amdover Limited | 178-32-143752 |
| T42 | 4,000,000.00 | 01-Sep-08 | Amdover Limited | 178-32-143752 |
| T43 | 1,700,000.00 | 03-Sep-08 | Amdover Limited | 178-32-143752 |

iii) Remitting Bank: OJSC Promsvyazbank, Cyprus Branch (BIC: PRMSCY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T45 | 1,450,000.00 | 28-Apr-05 | Grey Culver Ltd | 40807840900000016101 |
| T46 | 1,012,500.00 | 06-Sep-05 | Agravein Services Ltd | 40807840800000077101 |
| T47 | 3,200,000.00 | 19-Sep-05 | Agravein Services Ltd | 40807840800000077101 |
| T48 | 2,993,000.00 | 25-Oct-05 | Agravein Services Ltd | 40807840800000077101 |
| T49 | 2,731,000.00 | 25-Oct-05 | Agravein Services Ltd | 40807840800000077101 |
| T50 | 1,776,000.00 | 25-Oct-05 | Agravein Services Ltd | 40807840800000077101 |
| T51 | 5,500,000.00 | 02-Nov-05 | Agravein Services Ltd | 40807840800000077101 |
| T52 | 3,000,000.00 | 13-Dec-05 | Alliance Invest Limited | 40807840500000095001 |

iv) Remitting Bank: Rietumu Banka (BIC: RTMBLV)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T56 | 6,544,201.00 | 06-Jun-08 | Larsen Markets LLP | LV10RTMB0000606806489 |

2779855.1

v) Remitting Bank: Standard Chartered Bank, Abu Dhabi (BIC: SCBLAE)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|-----|-------------|------|------------------|----------------------|
| T60 | 15,000,000.00 | 18-Oct-06 | R&B Gulf & International Investment (FZE) | unknown |

2779855.1

**Request to The Bank of New York Mellon**

a) *Bank Account Request:* We request that The Bank of New York Mellon provide all incoming and outgoing SWIFT message types MT103, MT202 and MT202COV for all transactions that occurred between January 1, 2005 and December 31, 2012, where the remitter or beneficiary is any of the companies listed in Annex A. The remitting bank and beneficiary bank should be limited by the names of the banks listed below.

| Bank Name | Previous Name | BIC | Intermediary Name | Previous Name | BIC |
|---|---|---|---|---|---|
| AMT Bank LLC (BIC: ITASRU) | BTA Moscow LLS and Slavinvestbank LLC | ITASRU | N/A | N/A | N/A |
| JSC Rietumu Banka (BIC: RTMBLV) | N/A | RTMBLV | National Westminster Bank PLC | N/A | NWBKGB /RBOSGB |
| OJSC JSCB Rosbank | N/A | RSBNRU | N/A | N/A | N/A |
| Uralsib Bank OAO | N/A | AVTBRU | N/A | N/A | N/A |

b) *Specific Transaction Request:* We request that The Bank of New York Mellon provide all outgoing SWIFT message types MT103, MT202 and MT202COV received up to and including two months from the date of each transaction listed below. The searches should be limited by the name of the remitter and the remitting bank listed for each of the corresponding transactions.

i)   Remitting Bank: Abu Dhabi Islamic Bank (BIC: ABDIAE)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T1 | 20,000,000.00 | 03-May-11 | Askar Amangeldiyev | unknown |

2779855.1

ii)  Remitting Bank: AMT Bank LLC  (BIC: ITASRU)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. | Name of Remitting Bank At Date of Transaction |
|---|---|---|---|---|---|
| T15 | 6,040,000.00 | 19-Aug-08 | Barenholt Productions Inc | 40807840800000000148 | BTA Bank LLS Moscow |
| T17 | 2,491,000.00 | 22-Jan-10 | CJSC CENTRO-CAR 2000 | 40702840000000000092 | AMT Bank LLC |
| T16 | 13,107,000.00 | 24-Jul-09 | CJSC Stroyproekt | 40702840600009004204 | AMT Bank LLC |
| T2 | 9,999,999.99 | 04-Oct-06 | JSC Eurasia M4 | 40702840000000002494 | LLC Slavinvestbank |
| T3 | 1,500,517.22 | 27-Oct-06 | JSC Eurasia M4 | 40702840300000003041 | LLC Slavinvestbank |
| T4 | 21,000,485.81 | 01-Nov-06 | JSC Eurasia M4 | 40702840300000003041 | LLC Slavinvestbank |
| T5 | 25,000,478.13 | 27-Nov-06 | JSC Eurasia M4 | 40702840300000003041 | LLC Slavinvestbank |
| T6 | 9,100,540.35 | 05-Dec-06 | JSC Eurasia M4 | 40702840300000003041 | LLC Slavinvestbank |
| T9 | 7,200,525.39 | 16-Jan-07 | JSC Eurasia M4 | 40702840300000003041 | LLC Slavinvestbank |
| T11 | 20,800,492.24 | 07-Feb-07 | JSC Eurasia M4 | 40702840300000003041 | LLC Slavinvestbank |
| T12 | 3,500,000.04 | 20-Apr-07 | JSC Eurasia M4 | 40702840300000003041 | LLC Slavinvestbank |
| T8 | 5,000,000.00 | 27-Dec-06 | LLC Investhildingstroi | 40702840600000000004203 | LLC Slavinvestbank |
| T13 | 1,225,181.00 | 11-Jul-07 | LLC Investhildingstroi | 40702840600000000004203 | LLC Slavinvestbank |
| T7 | 15,450,000.00 | 20-Dec-06 | OOO Stroi Elite Limited | 40702840700000004297 | LLC Slavinvestbank |
| T10 | 8,836,750.00 | 30-Jan-07 | OOO Stroi Elite Limited | 40702840700000004297 | LLC Slavinvestbank |
| T14 | 3,999,970.70 | 04-Oct-07 | Sanesta Investments Ltd | 40807840700000000086 | LLC Slavinvestbank |

iii) Remitting Bank: Hellenic Bank (BIC: HEBACY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T28 | 1,990,966.41 | 18-Apr-11 | Sheldon Limited | 240-07-551637-01 |
| T29 | 1,992,000.00 | 20-Apr-11 | Sheldon Limited | 240-07-551637-01 |

2779855.1

iv) Remitting Bank: Marfin Laiki Bank (BIC: LIKICY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|-----|-------------|------|------------------|----------------------|
| T38 | 4,000,000.00 | 21-Aug-08 | Amdover Limited | 178-32-143752 |
| T39 | 4,000,000.00 | 22-Aug-08 | Amdover Limited | 178-32-143752 |
| T40 | 4,000,000.00 | 26-Aug-08 | Amdover Limited | 178-32-143752 |
| T41 | 4,000,000.00 | 28-Aug-08 | Amdover Limited | 178-32-143752 |
| T42 | 4,000,000.00 | 01-Sep-08 | Amdover Limited | 178-32-143752 |
| T43 | 1,700,000.00 | 03-Sep-08 | Amdover Limited | 178-32-143752 |
| T44 | 1,082,919.30 | 09-Mar-10 | Tristana Holdings Limited | 178-32-192771 |

v) Remitting Bank: Rietumu Banka (BIC: RTMBLV)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|-----|-------------|------|------------------|----------------------|
| T56 | 6,544,201.00 | 06-Jun-08 | Larsen Markets LLP | LV10RTMB0000608806489 |

2779855.1

## Request to The Northern Trust Company

a) *Bank Account Request:* We request that The Northern Trust International Banking Corporation provide all incoming and outgoing SWIFT message types MT103, MT202 and MT202COV for all transactions that occurred between January 1, 2005 and December 31, 2012, where the remitter or beneficiary is any of the companies listed in Annex A. The remitting bank and beneficiary bank should be limited by the names of the banks listed below.

| Bank Name | Previous Name | BIC | Intermediary Name | Previous Name | BIC |
|---|---|---|---|---|---|
| JSC Rietumu Banka (BIC: RTMBLV) | N/A | RTMBLV | National Westminster Bank PLC | N/A | NWBKGB/ RBOSGB |

b) *Specific Transaction Request:* There is no Specific Transaction request to The Northern Trust International Banking Corporation.

2779855.1

## Request to UBS AG

a) *Bank Account Request*: We request that UBS AG, Stamford provide all incoming and outgoing SWIFT message types MT103, MT202 and MT202COV for all transactions that occurred between January 1, 2005 and December 31, 2012, where the remitter or beneficiary is any of the companies listed in Annex A. The remitting bank and beneficiary bank should be limited by the names of the banks listed below.

| Bank Name | Previous Name | BIC | Page Reference | Intermediary Name | Previous Name | BIC |
|---|---|---|---|---|---|---|
| AMT Bank LLC (BIC: ITASRU) | BTA Moscow LLS and Slavinvestbank LLC | ITASRU | 11 | UBS AG, Zurich | N/A | UBSWCH /UBSACH |
| JSC Rietumu Banka (BIC: RTMBLV) | N/A | RTMBLV | 464 | N/A | N/A | N/A |
| LGT (Schweiz) AG | Dresdner (Schweiz) AG | BLFLCH | 302 | N/A | N/A | N/A |

b) *Specific Transaction Request*: We request that UBS AG, Stamford provide all outgoing SWIFT message types MT103, MT202 and MT202COV received up to and including two months from the date of each transaction listed below. The searches should be limited by the name of the remitter and the remitting bank listed for each of the corresponding transactions.

i) Remitting Bank: AMT Bank LLC (BIC: ITASRU)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. | Name of Remitting Bank At Date of Transaction |
|---|---|---|---|---|---|
| T15 | 6,040,000.00 | 19-Aug-08 | Barenholt Productions Inc | 40807840800000000148 | BTA Bank LLS Moscow |
| T17 | 2,491,000.00 | 22-Jan-10 | CJSC CENTRO-CAR 2000 | 40702840000000200092 | AMT Bank LLC |
| T16 | 13,107,000.00 | 24-Jul-09 | CJSC Stroyproekt | 40702840600000904204 | AMT Bank LLC |
| T2 | 9,999,999.99 | 04-Oct-06 | JSC Eurasia M4 | 40702840000000002494 | LLC Slavinvestbank |
| T3 | 1,500,517.22 | 27-Oct-06 | JSC Eurasia M4 | 40702840300000003041 | LLC Slavinvestbank |

27798855.1

| T4 | 21,000,485.81 | 01-Nov-06 | JSC Eurasia M4 | 40702840300000003041 | LLC Slavinvestbank |
|---|---|---|---|---|---|
| T5 | 25,000,478.13 | 27-Nov-06 | JSC Eurasia M4 | 40702840300000003041 | LLC Slavinvestbank |
| T6 | 9,100,540.35 | 05-Dec-06 | JSC Eurasia M4 | 40702840300000003041 | LLC Slavinvestbank |
| T9 | 7,200,525.39 | 16-Jan-07 | JSC Eurasia M4 | 40702840300000003041 | LLC Slavinvestbank |
| T11 | 20,800,492.24 | 07-Feb-07 | JSC Eurasia M4 | 40702840300000003041 | LLC Slavinvestbank |
| T12 | 3,500,000.04 | 20-Apr-07 | JSC Eurasia M4 | 40702840300000003041 | LLC Slavinvestbank |
| T8 | 5,000,000.00 | 27-Dec-06 | LLC Investhildingstroi | 40702840600000000004203 | LLC Slavinvestbank |
| T13 | 1,225,181.00 | 11-Jul-07 | LLC Investhildingstroi | 40702840600000000004203 | LLC Slavinvestbank |
| T7 | 15,450,000.00 | 20-Dec-06 | OOO Stroi Elite Limited | 40702840700000004297 | LLC Slavinvestbank |
| T10 | 8,836,750.00 | 30-Jan-07 | OOO Stroi Elite Limited | 40702840700000004297 | LLC Slavinvestbank |
| T14 | 3,999,970.70 | 04-Oct-07 | Sanesta Investments Ltd | 40807840700000000086 | LLC Slavinvestbank |

ii) Remitting Bank: Rietumu Banka (BIC: RTMBLV)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T55 | 8,489,008.00 | 08-Sep-05 | BARBARAN LLC | LV13RTMB0000155806293 |
| T56 | 6,544,201.00 | 06-Jun-08 | Larsen Markets LLP | LV10RTMB0000060806489 |

iii) Remitting Bank: UBS AG

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T72 | 1,000,000.00 | 11-Mar-05 | Teronk Finance LLP | 0240747716 |

2779855.1

**Request to Union Bank, N.A. (previously known as Union Bank of California)**

a) *Bank Account Request*: We request that Union Bank, N.A. provide all incoming and outgoing SWIFT message types MT103, MT202 and MT202COV for all transactions that occurred between January 1, 2005 and December 31, 2012, where the remitter or beneficiary is any of the companies listed in Annex A. The remitting bank and beneficiary bank should be limited by the names of the banks listed below.

| Bank Name | Previous Name | BIC | Intermediary Name | Previous Name | BIC |
|---|---|---|---|---|---|
| AMT Bank LLC (BIC: ITASRU) | BTA Moscow LLS and Slavinvestbank LLC | ITASRU | N/A | N/A | N/A |
| OJSC JSCB Rosbank | N/A | RSBNRU | N/A | N/A | N/A |

b) *Specific Transaction Request*: There is no request Specific Transaction Request to Union Bank, N.A.

2779855.1

**Request to Wells Fargo Bank, N.A. (previously known as Wachovia Bank, N.A.)**

a) *Bank Account Request:* We request that Wells Fargo & Co. provide all incoming and outgoing SWIFT message types MT103, MT202 and MT202COV for all transactions that occurred between January 1, 2005 and December 31, 2012, where the remitter or beneficiary is any of the companies listed in Annex A. The remitting bank and beneficiary bank should be limited by the names of the banks listed below.

| Bank Name | Previous Name | BIC | Intermediary Name | Previous Name | BIC |
|---|---|---|---|---|---|
| AMT Bank LLC (BIC: ITASRU) | BTA Moscow LLS and Slavinvestbank LLC | ITASRU | N/A | N/A | N/A |
| JSC Rietumu Banka (BIC: RTMBLV) | N/A | RTMBLV | N/A | N/A | N/A |
| Uralsib Bank OAO | N/A | AVTBRU | N/A | N/A | N/A |

b) *Specific Transaction Request:* We request that Wells Fargo & Co. provide all outgoing SWIFT message types MT103, MT202, and MT202COV received up to and including two months from the date of each transaction listed below. The searches should be limited by the name of the remitter and the remitting bank listed for each of the corresponding transactions.

i) Remitting Bank: AMT Bank LLC  (BIC: ITASRU)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. | Name of Remitting Bank At Date of Transaction |
|---|---|---|---|---|---|
| T15 | 6,040,000.00 | 19-Aug-08 | Barenholt Productions Inc | 40807840800000000148 | BTA Bank LLS Moscow |
| T17 | 2,491,000.00 | 22-Jan-10 | CJSC CENTRO-CAR 2000 | 40702840000000200092 | AMT Bank LLC |
| T16 | 13,107,000.00 | 24-Jul-09 | CJSC Stroyproekt | 40702840600009004204 | AMT Bank LLC |

2779855.1

ii) Remitting Bank: Hellenic Bank (BIC: HEBACY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T28 | 1,990,966.41 | 18-Apr-11 | Sheldon Limited | 240-07-551637-01 |
| T29 | 1,992,000.00 | 20-Apr-11 | Sheldon Limited | 240-07-551637-01 |

iii) Remitting Bank: Marfin Laiki Bank (BIC: LIKICY)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T44 | 1,082,919.30 | 09-Mar-10 | Tristana Holdings Limited | 178-32-192771 |

iv) Remitting Bank: Rietumu Banka (BIC: RTMBLV)

| No. | Value (USD) | Date | Remitter Details | Remitter Account No. |
|---|---|---|---|---|
| T55 | 8,489,008.00 | 08-Sep-05 | BARBARAN LLC | LV13RTMB0000155806293 |
| T56 | 6,544,201.00 | 06-Jun-08 | Larsen Markets LLP | LV10RTMB0000060806489 |

2779855.1